3

United States District Court
Southern District of Texas
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MAY 0 1 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CSL DEVELOPMENT CORPORATION, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B01-059 |
| | § | JURY DEMANDED |
| GAIM-KO, INC.; RAY GALLEGOS; | § | |
| SOUTH PADRE ISLAND FISHING | § | |
| CENTER, INC.; STANLEY McELROY; | § | |
| DAVE FRIEDMAN; SRFP, INC.; and | § | |
| SOUTH PADRE ISLAND FISHING | § | |
| CENTER JOINT VENTURE | § | |
| | § | |
| Defendants. | § | |

### PLAINTIFF CSL DEVELOPMENT CORPORATION, INC.'S
### MOTION TO EXTEND DEADLINES

TO THE HONORABLE COURT:

PLAINTIFF, CSL DEVELOPMENT CORPORATION, files this its Motion to Extend

Deadlines and in support thereof would show:

I.

On, April 20, 2001, Plaintiff CSL Development Corporation sued Defendants Gaim-Ko,

Inc.; Ray Gallegos; South Padre Island Fishing Center, Inc.; Stanley McElroy; Dave Friedman;

SRFP, Inc.; and South Padre Island Fishing Center Joint Venture, and the Court set a pre-trial

conference for May 23, 2001 (meaning the parties would have their FRCP 26 meeting prior to

that date and file their joint report thereon by May, 11, 2001). Defendants Dave Friedman,

SRFP, Inc., and South Padre Island Fishing Center Joint Venture were served on April 25, 2001;

therefore their answers are not due to be filed with the Court until May 15, 2001. Defendants

C::CSL\Motion to Extend

South Padre Island Fishing Center, Inc., and Stanley McElroy have not been served to date. Defendants Gaim-Ko and Ray Gallegos have not been served to date and are New Mexico citizens. Even if the remaining resident defendants are served on the date of the filing of this motion, their answer date would not be until May 20, 2001 (after the May 11 date by which the parties must have their FRCP 26 meeting and file their report thereon). The non-resident defendants would not, in all likelihood, be served by the May 23, 2001 pre-trial hearing date because service through the Texas Secretary of State generally takes some time. The non-resident defendants certainly would not have answered by the May 23, 2001 hearing date.

## II.

Accordingly, to avoid having an initial pre-trial hearing without some of the defendants present, which almost certainly would require a second hearing, plaintiffs request that the Court continue the pre-trial conference until a date after June 15, 2001 and change the other deadlines to conform with that postponement.

PREMISES CONSIDERED, plaintiff requests that the Court grant this motion and grant it all other relief to which it is justly entitled.

Respectfully submitted,

By: _____

John Flood
State Bar. No. 07155910
719 S. Shoreline Blvd., Suite 600
Corpus Christi, Texas 77401
(361) 882-1612
(361) 882-3015 (Facsimile)

**ATTORNEY IN CHARGE FOR PLAINTIFFS**

C::CSL\Motion to Extend                                             2

OF COUNSEL:

J.A. Magallanes
State Bar No. 12809500
Magallanes, Hinojosa & Mancias
1713 Boca Chica
Brownsville, Texas 78520
(956) 544-6571
(956) 544-4290 (Facsimile)

Bob Hilliard
State Bar No. 09677700
John M. Quinlan
State Bar No. 16435100
Hilliard & Muñoz, PPC
719 S. Shoreline, Suite 600
Corpus Christi, Texas 78401
(361) 882-1612
(361) 882-3015 (Facsimile)

Joseph M. Grant
State Bar No. 08301520
The Grant Law Firm
2437 Bay Area Blvd., #100
Houston, Texas 77058
(281) 286-1222
(281) 286-1444 (Facsimile)

## Certificate of Conference

The undersigned certifies that he has not conferred with the parties because they have not yet filed an answer.

_____
John M. Quinlan

## **Certificate of Service**

The undersigned certifies that he has not forwarded the foregoing instrument to all parties because they have not yet filed an answer.

Dated:          April 30, 2001

John M. Quinlan

ClibPDF - www.fastio.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CSL DEVELOPMENT CORPORATION, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B01-059 |
| | § | JURY DEMANDED |
| GAIM-KO, INC.; RAY GALLEGOS; | § | |
| SOUTH PADRE ISLAND FISHING | § | |
| CENTER, INC.; STANLEY McELROY; | § | |
| DAVE FRIEDMAN; SRFP, INC.; and | § | |
| SOUTH PADRE ISLAND FISHING | § | |
| CENTER JOINT VENTURE | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING CSL DEVELOPMENT CORPORATION'S
MOTION TO EXTEND DEADLINES**

The Court postpones the May 23, 2001 pre-trial hearing and scheduling conference until

_____, 2001 at _____m.

SIGNED AND ENTERED on this the _____ day of _____, 2001

_____
UNITED STATES DISTRICT JUDGE