4

AO 440 (Rev 10/93) Summons in a Civil Action (Reverse)

| Received on: 04-23-01 @ 10:30 am | **RETURN OF SERVICE** CAB-01-59 |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE April, 25, 2001 @ 11:40 am |
| NAME OF SERVER (PRINT)  Billy D. Deel | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

[xx] Served personally upon the defendant. Place where served: <u>South Padre Island Fisching Center Joint Venture, by delivering to Dave Freidman, Padre Blvd., Hookers Pier, South Padre Island, Texas</u>

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

United States District Court
Southern District of Texas
FILED

[ ] Returned unexecuted: _____

MAY 03 2001

Michael N. Milby
Clerk of Court

[ ] Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on <u>April 25, 2001 @ 11:40 am</u>
              Date

*Signature of Server* — Billy D. Deel

TEXAS CIVIL PROCESS, INC.
<u>1650 S. Brownlee Blvd.</u>
*Address of Server*
P.O. Box 3785
Corpus Christi, TX  78463-3785

[Stamp: MAY 03 2001 — Michael N. Milby, Clerk of Court, United States District Court, Southern District of Texas, RECEIVED]

[1] As to who may serve a Summons see Rule 4 of the Federal Rules of Civil Procedure