AO 440 (Rev 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE     C A B - 0 1 - 5 9

Received On:  04-23-01 @ 10:30 am

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE  April 25, 2001 @ 11:40 AM |
| NAME OF SERVER (PRINT)  Billy D. Deel | TITLE  Process Server |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: __Padre Blvd., Hookers Pier, South Padre Island, Texas__

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

United States District Court
Southern District of Texas
FILED

MAY 03 2001

Michael N. Milby
Clerk of Court

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES  $75.00 | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   April 25, 2001 @ 11:40 am
                    Date

Signature of Server  *Billy D. Deel*

TEXAS CIVIL PROCESS, INC.
Address of Server  1650 S. Brownlee Blvd
P.O. Box 3785
Corpus Christi, TX 78463-3785

United States District Court
Southern District of Texas
RECEIVED
MAY 03 2001
Michael N. Milby, Clerk of Court

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.