IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 8 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CSL DEVELOPMENT CORPORATION, INC. | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. B01-059 |
| GAIM-KO, INC.; RAY GALLEGOS; SOUTH PADRE ISLAND FISHING CENTER, INC.; STANLEY McELROY; DAVE FRIEDMAN; SRFP, INC.; and SOUTH PADRE ISLAND FISHING CENTER JOINT VENTURE | § § § § § § § | JURY DEMANDED |
| Defendants. | § | |

## ORDER GRANTING CSL DEVELOPMENT CORPORATION'S MOTION TO EXTEND DEADLINES

The Court postpones the May 23, 2001 pre-trial hearing and scheduling conference until _August 22_, 2001 at _1:30 p_.m.

SIGNED AND ENTERED on this the _7th_ day of _MAY_, 2001

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE