AO 440 (Rev 10/93) Summons in a Civil Action (Reverse)

Received on: April 26, 2001 @ 4:00 pm   **RETURN OF SERVICE**   CAB-01-59

| | DATE May 3, 2001 @ 8:21 Am |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER (PRINT) Scott L. Thomas | TITLE Process Server |

⑨

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 3304 Thousand Oaks, Austin, Tx

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

United States District Court
Southern District of Texas
FILED

[ ] Returned unexecuted: _____

MAY 1 5 2001

Michael N. Milby
Clerk of Court

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 3, 2001 @ 8:21 Am
             Date

Service Fee: $75.00

"Return of Service attached"

TEXAS CIVIL PROCESS, INC.
Signature of Server
1650 S. Brownlee Blvd
P.O. Box 3785
Corpus Christi, TX 78463-3785
Address of Server

United States District Court
Southern District of Texas
RECEIVED
MAY 1 5 2001
Michael N. Milby, Clerk

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ClibPDF - www.fastio.com

Cause No. __B 01-059__

# RETURN OF SERVICE

Came to hand: __4 / 26 / 2001__ At __4:00__ o'clock __P__ .M.

[ X ]  SUMMONS
[ X ]  PLAINTIFF CSL DEVELOPMENT CORPORATION INC.'S ORIGINAL COMPLAINT
[ X ]  ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES

Executed on: __5 / 3 / 2001__ At __8:21__ o'clock __A__ .M.

Executed at: __3304 Thousand Oaks, Austin, Tx.__ within the County of __Travis__,

by delivering to __South Padre Island Fishing Center Inc., by delivering to its agent, Stanley McElroy__ in person, a true copy of the above specified civil process having first endorsed on such copy the date of delivery.

**Not executed** for the following reasons:_____

I am over the age of 18, not a party to nor interested in the outcome of the above numbered suit and am authorized by written order of the Court to serve citations and other notices.

Print Name: __Scott L. Thomas__
*Texas Civil Process, Inc.*
*1650 South Brownlee Blvd.*
*Corpus Christi, Texas 78404*
*CP-21*

* State of __Texas__ *
* County of __Travis__ *

Before me, a notary public, on this day personally appeared the above named authorized person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct. Given under my hand and seal of office on this the __5TH__ day of __May__, 20__01__.



LINDA FOOTE
MY COMMISSION EXPIRES
April 16, 2005

Notary Public Signature