AO 440 (Rev 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE   CAB-01-59

Received on: 4-26-01 @ 10:00 AM

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE: May 2, 2001 @ 12:31 PM |
| NAME OF SERVER (PRINT): Cheryl Bonilla | TITLE: Process Server |

Check one box below to indicate appropriate method of service

[xx] Served personally upon the defendant. Place where served: Gaim-Ko Inc., by delivering to its agent for service, Gary E. Gaylord, LTD. 740 San Mateo, NE, Suite A-E, Albuquerque, New Mexico

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

United States District Court
Southern District of Texas
FILED
MAY 18 2001
Michael N. Milby
Clerk of Court

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| -0- | $85.00 | $85.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 2, 2001 @ 12:31 PM
               Date

Signature of Server: TEXAS CIVIL PROCESS, INC.
Address of Server: 1650 S. Brownlee Blvd
P.O. Box 3785
Corpus Christi, TX 78463-3785

[1] As to who may serve a Summons see Rule 4 of the Federal Rules of Civil Procedure

Case No.: __B 01-059__

# RETURN OF SERVICE

Came to hand: __4__ / __26__ / __2001__, at __10:00__ o'clock __A__.M.

[X] SUMMONS
[X] PLAINTIFF CSL DEVELOPMENT CORPORATION INC.'S ORIGINAL COMPLAINT
[X] ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES

Executed on: __5__ / __2__ / __2001__, at __12:31__ o'clock __P__.M.

Executed at: __740 SAN MATEO, NE, STE A-E ALBUQUERQUE NM__ within the County of __BERNALILLO__ by delivering to __GAIM-KO, by delivering to its agent for service, Gary E. Gaylord, Ltd.__ in person, a true copy of the above specified civil process having first endorsed on such copy the date of delivery.

I am over the age of 18, not a party to nor interested in the outcome of the above numbered suit and am authorized by written order of the Court to serve citations and other notices.

*Cheryl Bonilla*

Authorized Person: __CHERYL BONILLA__
Texas Civil Process, Inc.
1650 South Brownlee Blvd.
Corpus Christi, Texas 78404
CP-21

* State of __New Mexico__ *
* County of __BERNALILLO__

## VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.
Given under my hand and seal of office on this the __11__ day of __MAY__, 2001.

Notary Public Signature   1.16.2003