AO 440 (Rev 10/93) Summons in a Civil Action (Reverse)

⑫

| | | |
|---|---|---|
| Received On: 4-26-01 @ 10:00 AM | **RETURN OF SERVICE** | CAB-01-59 |
| Service of the Summons and Complaint was made by me [1] | DATE | May 2, 2001 @ 12:24 PM |
| NAME OF SERVER (PRINT) Cheryl Bonilla | TITLE | Process Server |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: Ray Gallegos, 2403 San Mateo NE, Albuquerque, New Mexico

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

United States District Court
Southern District of Texas
FILED

MAY 1 8 2001

[ ] Other (specify): _____

Michael N. Milby
Clerk of Court

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| -0- | $110.00 | $110.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 2, 2001 @ 12:24 PM
           Date

**TEXAS CIVIL PROCESS, INC.**
1650 S. Brownlee Blvd
Signature of Server   P.O. Box 3785
Corpus Christi, TX 78463-3785
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Case No.: __B 01-059__

# RETURN OF SERVICE

Came to hand __4__ / __26__ / __2001__, at __10:00__ o'clock __A__ .M.

[X] SUMMONS
[X] PLAINTIFF CSL DEVELOPMENT CORPORATION INC.'S ORIGINAL COMPLAINT
[X] ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES

Executed on __5__ / __2__ / __2001__, at __12:24__ o'clock __P__ .M.

Executed at: __2403 SAN MATEO, NE, ALBUQUERQUE, NM__ within the County of __BERNALILLO__ by delivering to __RAY GALLEGOS__ in person, a true copy of the above specified civil process having first endorsed on such copy the date of delivery.

I am over the age of 18, not a party to nor interested in the outcome of the above numbered suit and am authorized by written order of the Court to serve citations and other notices.

_Cheryl Bonilla_
Authorized Person: __CHERYL BONILLA__
**Texas Civil Process, Inc.**
**1650 South Brownlee Blvd.**
**Corpus Christi, Texas 78404**
**CP-21**

* State of __New Mexico__ *
* County of __BERNALILLO__

VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.

Given under my hand and seal of office on this the __11__ day of __MAY__, 2001

Notary Public Signature  1.16.2003

TOTAL P.03