IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 23 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CSL DEVELOPMENT CORPORATION, INC. § | |
| § | |
| Plaintiff, § | |
| § | |
| -VS.- § | CIVIL ACTION NO: B-01-059 |
| § | |
| GAIM-KO, INC.; RAY GALLEGOS; § | |
| SOUTH PADRE ISLAND FISHING § | |
| CENTER, INC.; STANLEY McELROY; § | |
| DAVE FRIEDMAN; SRFP, INC.; and § | |
| SOUTH PADRE ISLAND FISHING § | |
| CENTER JOINT VENTURE § | |
| § | |
| Defendants. § | |

**DEFENDANTS GAIM-KO AND RAY GALLEGOS ANSWER TO
PLAINTIFF CSL DEVELOPMENT CORPORATION, INC.'S
<u>ORIGINAL COMPLAINT</u>**

TO THE HONORABLE COURT:

Now comes defendants Gaim-Ko and Ray Gallegos, by its undersigned counsel, and in answer to the complaint states:

I.

<u>**PARTIES**</u>

1. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1.

2. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2.

3. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3.

1

4. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.

5. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5.

6. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6.

7. Defendant, Gaim-Ko, admits that it is a New Mexico corporation with it principal place of business in New Mexico. Defendant, Gaim-Ko, denies the other allegations contained in paragraph 7.

8. Defendant, Ray Gallegos, admits that he is an individual citizen and resident of New Mexico. Defendant, Ray Gallegos, denies the other allegations contained in paragraph 8.

II.

## JURISDICTION AND VENUE

1. Defendants, Gaim-Ko and Ray Gallegos deny the allegations contained in paragraph 1, a,b,c and d.

2. Defendants, Gaim-Ko and Ray Gallegos deny the allegations contained in paragraph 2, a, b, c, and d.

III.

## FACTS

Defendants, Gaim-Ko and Ray Gallegos deny the allegations contained under the title of FACTS.

2

## PLAINTIFF'S CAUSES OF ACTION

IV.

## BREACH OF CONTRACT

Defendants, Gaim-Ko and Ray Gallegos, deny the allegations contained under the title of BREACH OF CONTRACT.

V.

## TORTIOUS INTERFERENCE WITH CONTRACT AND TORTIOUS INTERFERENCE WITH PROSPECTIVE BUSINESS RELATIONS

Defendants, Gaim-Ko and Ray Gallegos, deny the allegations contained under the title of TORTIOUS INTERFERENCE WITH CONTRACT AND TORTIOUS INTERFERENCE WITH PROSPECTIVE BUSINESS REALTIONS.

VI.

## DEFAMATION

Defendants, Gaim-Ko and Ray Gallegos, deny the allegations contained under the title of DEFAMATION.

VII.

## PUNITIVE OR EXEMPLARY DAMAGES

Defendants, Gaim-Ko and Ray Gallegos, deny the allegations contained under the title of PUNITIVE OR EXEMPLARY DAMAGES.

VIII.

## VICARIOUS AND OTHER LIABILITY

Defendants, Gaim-Ko and Ray Gallegos, deny the allegations contained under the title of VICARIOUS AND OTHER LIABILITY.

## IX.

## **DAMAGES**

Defendants, Gaim-Ko and Ray Gallegos, deny the allegations contained under the title of DAMAGES.

## X.

## **JURY DEMAND**

Defendants, Gaim-Ko and Ray Gallegos, have no comment as to the JURY DEMAND.

## **AFFIRMATIVE DEFENSES**

1. Defendants, Gaim-Ko and Ray Gallegos, allege lack of subject matter jurisdiction and lack of jurisdiction over the person;

2. Defendants, Gaim-Ko and Ray Gallegos, allege forum non-conveniens;

3. Defendants, Gaim-Ko and Ray Gallegos, allege that the conditions precedent, "that if the Pier Lease, <u>is not negotiated to (Operator's) satisfaction within one (1) week from execution hereof, in which event this Agreement shall be null and void</u>," did not occur.

**WHEREFORE,** having fully stated its Answer, defendants, Gaim-Ko and Ray Gallegos prays that:

1. This Court dismiss plaintiffs' action with prejudice for lack of subject matter jurisdiction, forum non-conveniens and failure to comply with conditions precedent.

2. This Court award defendants costs and attorneys' fees.

3. This Court grant defendants, Gaim-Ko and Ray Gallegos, such other and further relief as it may deem just and proper in a case of this nature.

Respectfully submitted,

Rudy A. Ortiz & Associates, P.C.
Rudy A. Ortiz, NM Bar # 9480
    VA Bar # 38169
    DC Bar # 449306
800 Gold Ave. NW
P.O. Box 26191
Albuquerque, NM 87125
(505) 242-1890

**TEXAS LAW FIRM:**
Earl Rutledge, P.C.
1845 Precinct Line Road, Suite 213
Hurst, TX 76054
(817) 577-2000

5