14



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 2 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CSL DEVELOPMENT CORPORATION, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-059 |
| | § | |
| GAIM-KO, INC.; RAY GALLEGOS; | § | |
| SOUTH PADRE ISLAND FISHING | § | |
| CENTER, INC.; STANLEY McELROY; | § | |
| DAVE FRIEDMAN; SRFP, INC.; and | § | |
| SOUTH PADRE ISLAND FISHING | § | |
| CENTER JOINT VENTURE | § | |

**AGREED MOTION FOR SUBSTITUTION OF COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, W. MICHAEL FISHER, attorney for Defendant, SOUTH PADRE ISLAND FISHING CENTER JOINT VENTURE, in the above entitled and numbered cause, and moves the Court to grant him permission to withdraw as attorney of record in this cause and to substitute CARLA M. SAENZ of the Law Firm of GRIFFITH, SAENZ AND HILL, L.L.P., as attorney of record for the Defendant, **SOUTH PADRE ISLAND FISHING JOINT VENTURE**, in all things.

WHEREFORE, PREMISES CONSIDERED, Attorney W. Michael Fisher respectfully prays the Court for permission and leave to withdraw as attorney of record for the Defendant, **SOUTH PADRE ISLAND FISHING CENTER JOINT VENTURE**, in this suit, and further prays the Court allow the substitution of CARLA M. SAENZ of the Law Firm of GRIFFITH,

SAENZ & HILL, L.L.P., as attorney of record for Defendant SOUTH PADRE ISLAND FISHING CENTER JOINT VENTURE.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, TX 78520
(956) 542-5666
(956) 542-0016 Fax

By: /s/ W. Michael Fisher
W. MICHAEL FISHER
State Bar No. 07062420
Federal Admission No.: 1080

**GRIFFITH, SAENZ & HILL, L.L.P.**
1325 Palm Blvd., Suite H
Brownsville, TX 78520
(956) 541-2862
(956) 541-2864 Fax

BY: _____
Carla M. Saenz
State Bar No. 17514595
Federal Identification No. 7994

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | | |
|---|---|---|
| CSL DEVELOPMENT CORPORATION, INC. | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-059 |
| | § | |
| GAIM-KO, INC.; RAY GALLEGOS; | § | |
| SOUTH PADRE ISLAND FISHING | § | |
| CENTER, INC.; STANLEY McELROY; | § | |
| DAVE FRIEDMAN; SRFP, INC.; and | § | |
| SOUTH PADRE ISLAND FISHING | § | |
| CENTER JOINT VENTURE | § | |

## ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL

On this day, the Motion of Attorney W. Michael Fisher for leave to withdraw as attorney of record for the Defendant, **SOUTH PADRE ISLAND FISHING CENTER JOINT VENTURE**, was presented to the Court, and the Court being of the opinion that the same should be GRANTED, it is accordingly,

ORDERED by the Court that Attorney W. Michael Fisher is hereby granted leave to withdraw as attorney of record for the Defendant **SOUTH PADRE ISLAND FISHING CENTER JOINT VENTURE**, in the above entitled and numbered cause, and that CARLA M. SAENZ of the Law Firm of GRIFFITH, SAENZ & HILL, L.L.P., be and is hereby substituted as counsel for Defendant, SOUTH PADRE ISLAND FISHING CENTER JOINT VENTURE.

**SIGNED** this ____ day of _____, 2001.

_____
U.S. DISTRICT JUDGE

1