*15*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | | |
|---|---|---|
| CSL DEVELOPMENT CORPORATION, INC. | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-059 |
| | § | |
| GAIM-KO, INC.; RAY GALLEGOS; | § | |
| SOUTH PADRE ISLAND FISHING | § | |
| CENTER, INC.; STANLEY McELROY; | § | |
| DAVE FRIEDMAN; SRFP, INC.; and | § | |
| SOUTH PADRE ISLAND FISHING | § | |
| CENTER JOINT VENTURE | § | |

### ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL

On this day, the Motion of Attorney W. Michael Fisher for leave to withdraw as attorney of record for the Defendant, **SOUTH PADRE ISLAND FISHING CENTER JOINT VENTURE**, (DOCKET NO. 14) was presented to the Court, and the Court being of the opinion that the same should be GRANTED, it is accordingly,

ORDERED by the Court that Attorney W. Michael Fisher is hereby granted leave to withdraw as attorney of record for the Defendant **SOUTH PADRE ISLAND FISHING CENTER JOINT VENTURE**, in the above entitled and numbered cause, and that CARLA M. SAENZ of the Law Firm of GRIFFITH, SAENZ & HILL, L.L.P., be and is hereby substituted as counsel for Defendant, SOUTH PADRE ISLAND FISHING CENTER JOINT VENTURE.

SIGNED this 7th day of AUGUST, 2001.

_____
U.S. DISTRICT JUDGE
MAGISTRATE

Stamp: United States District Court, Southern District of Texas, ENTERED, AUG 0 8 2001, Michael N. Milby, Clerk of Court, By Deputy Clerk

1