*1(*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 4 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CSL DEVELOPMENT CORPORATION, INC. | § | |
| | § | |
| Complainant, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B01-059 |
| | § | JURY DEMANDED |
| GAIM-KO, INC.; RAY GALLEGOS; | § | |
| SOUTH PADRE ISLAND FISHING | § | |
| CENTER, INC.; STANLEY McELROY; | § | |
| DAVE FRIEDMAN; SRFP, INC.; and | § | |
| SOUTH PADRE ISLAND FISHING | § | |
| CENTER JOINT VENTURE | § | |
| | § | |
| Defendants. | § | |

## JOINT REPORT OF RULE 26 AND JOINT
## DISCOVERY/CASE MANAGEMENT PLAN

1.    Where and when the meeting of the parties required by Rule 26(f) was held, and identify
       the counsel who attended for each party.

       On August 8, 2001, two telephone conference meetings were held: the first at 9:00 a.m.
CST and the second at 2:30 p.m. CST. In attendance at the first meeting were complainant's
counsel John Flood and Joe Grant and Michael Fisher, counsel for defendants South Padre Island
Fishing Center, Inc., Stanley McElroy, Dave Friedman and SRFP, Inc. In attendance at the
second meeting were complainant's counsel John Flood and Joe Grant and Rudy Ortiz, counsel
for Gaim-Ko, Inc. and Ray Gallegos, and, Carla Saenz, counsel for South Padre Island Fishing
Center Joint Venture.

2.    Cases related to this one that are pending in any state or federal court, with the case
       number and court.

       None.

3.    Specify the allegation of federal jurisdiction.

       Federal question jurisdiction over plaintiff's claims for breach of charter party under 28
U.S.C. §1333 and Fed. R. Civ. P. 9(h). Diversity jurisdiction because there is complete diversity
between the parties and complainant's claim exceeds $75,000.00 (excluding interest and costs).

C CSL\Joint Report

CHdPDF - www.fineba.com

4.      Name the parties who disagree and the reasons.

In their answer, defendants Gaim-Ko and Ray Gallegos deny the allegations of federal jurisdiction; however, such defendants state no reason therefor.

5.      Anticipated additional parties that should be included, when they can be added and by whom they are wanted.

At this time, the parties do not anticipate joinder of additional parties; however, the parties agree to a November 1, 2001, joinder deadline for complainant, and, a December 3, 2001, joinder deadline for defendants.

6.      Anticipated interventions.

None

7.      Class-action issues.

None

8.      Whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

All parties will make initial disclosures on August 24, 2001.

9.      Describe the proposed agreed discovery plan, including:

The parties jointly propose to the Court the following discovery plan:

A.      Discovery will be needed on the following subjects:

      i.      Whether a contract for charter and purchase of the MV ENTERTAINER (the vessel) existed between CSL and the Gaim-ko defendants;

      ii.      Whether a breach of contract occurred;

      iii.      Whether a lease at the Pier defendants' pier was negotiated to Gaim-Ko's satisfaction;

      iv.      Whether the Pier defendants told the Gaim-Ko defendants that the vessel was unseaworthy;

      v.      Whether the Gaim-ko defendants used statements by the Pier defendants

as a pretext to breach a contract with CSL;

    vi.     Whether a false statement was made regarding the vessel;

    vii.    Whether any defendant published false statements regarding the vessel.

B.    All discovery is to be completed by February 15, 2002.

C.    Maximum of 30 interrogatories for the plaintiff, 30 (total) for the Pier defendants and 30 (total) for the Gaim-ko defendants. The "Pier defendants" are South Padre Island Fishing Center, Inc., Stanley McElroy, Dave Friedman, SRFP, Inc. and South Padre Island Fishing Center Joint Venture. The "Gaim-ko defendants" are Gaim-ko, Inc. and Ray Gallegos.

D.    Maximum of 30 requests for admissions for for the plaintiff, 30 (total) for the Pier defendants and 30 (total) for the Gaim-ko defendants.

E.    Maximum of 12 depositions by plaintiff(s) and 12 by defendants.

F.    Each deposition of parties is limited to a maximum of 6-hours (per side) unless extended by agreement of parties. Each deposition of non-parties is limited to 2-hours per side unless extended by agreement of parties.

G.    Reports for retained experts under Rule 26(a)(2) due:

    i.     from plaintiff(s) by January 4, 2002;

    ii.    from defendant(s) by February 1, 2002.

H.    Supplementations under Rule 26(e) due February 8, 2002.

10.    If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

All parties agree to the discovery plan.

11.    Specify the discovery beyond initial disclosures that has been undertaken to date.

None.

12.    State the date the planned discovery can reasonably be completed.

February 15, 2001.

13.   Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

The parties agree that the chance of a complete settlement or resolution prior to completion of the agreed discovery is very remote.

14.   Describe what each party has done or agreed to do to bring about a prompt resolution.

The parties agree to a discovery plan that completes all discovery in six-months and sets a mediation session and trial at the completion of such period.

15.   From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable.

All parties agree to a non-binding mediation to be conducted prior to March, 2002.

16.   Magistrate judges may now hear jury and non-jury trials.  Indicate the parties' joint position on a trial before a magistrate judge.

The parties do not agree to trial before a magistrate judge.

17.   State whether a jury demand has been made and if it was made on time.

A timely jury demand was made.

18.   Specify the number of hours it will take to present the evidence in this case.

Complainant estimate it will take it 12-hours to present its evidence.  Defendants estimate it will take them 10-15 hours to present their evidence.

19.   List pending motions that could be ruled on at the initial pre-trial and scheduling conference.

None.

20.   List other motions pending.

None.

21.   Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

None.

C:\CSL\Joint Report

CHAPDF - www.texto.com

22.     List the names, bar numbers, addresses, and telephone numbers of all counsel.

Complainant's Counsel:

John Flood, Attorney-in-Charge
State Bar. No. 07155910
719 S. Shoreline, Suite 600
Corpus Christi, Texas 78401
(361) 882-1612

Of Counsel:

J.A. Magallanes
State Bar No. 12809500
Magallanes, Hinojosa & Mancias
1713 Boca Chica
Brownsville, Texas 78520
(956) 544-6571

Bob Hilliard
State Bar No. 09677700
Hilliard & Muñoz, PPC
719 S. Shoreline, Suite 600
Corpus Christi, Texas 78401
(361) 882-1612

Joseph M. Grant
State Bar No. 08301520
The Grant Law Firm
2437 Bay Area Blvd., #100
Houston, Texas 77058
(281) 286-1222

Defendants South Padre Island Fishing Center, Inc., Stanley McElroy, Dave Friedman and SRFP, Inc.:

W. Michael Fisher, Attorney-in-Charge
State Bar No. 07062420
Fed. ID 1080
855 West Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666

<u>Defendant South Padre Island Fishing Center Joint Venture.</u>:

Carla Saenz, Attorney-in-Charge
State Bar No.
1325 Palm Blvd., Ste H
Brownsville, Texas 78520
(956) 541-2862

<u>Defendants Gaim-Ko and Ray Gallegos</u>:

Rudy A. Ortiz, Attorney-in-Charge
New Mexico Bar No. 9480
Virginia Bar No. 38169
DC Bar No. 449306
800 Gold Ave.
P.O. Box 26191
Albuquerque, NM 87125
(505) 242-1890

Of Counsel:

Earl Rutledge
State Bar No.
1845 Precinct Line Road, Suite 213
Hurst, Texas 76054
(817) 577-2000

Respectfully submitted,

By:

John Flood
State Bar. No. 07155910
719 S. Shoreline Blvd., Suite 600
Corpus Christi, Texas 77401
(361) 882-1612
(361) 882-3015 (Facsimile)

**ATTORNEY IN CHARGE FOR
COMPLAINANT CSL DEVELOPMENT
CORPORATION, INC.**

OF COUNSEL:

J.A. Magallanes
State Bar No. 12809500
Magallanes, Hinojosa & Mancias
1713 Boca Chica
Brownsville, Texas 78520
(956) 544-6571
(956) 544-4290 (Facsimile)

Bob Hilliard
State Bar No. 09677700
Hilliard & Muñoz, PPC
719 S. Shoreline, Suite 600
Corpus Christi, Texas 78401
(361) 882-1612
(361) 882-3015 (Facsimile)

Joseph M. Grant
State Bar No. 08301520
The Grant Law Firm
2437 Bay Area Blvd., #100
Houston, Texas 77058
(281) 286-1222
(281) 286-1444 (Facsimile)

By: _____
W. Michael Fisher
State Bar No. 07062420
Fed. ID 1080
855 West Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666

**ATTORNEY-IN-CHARGE FOR
DEFENDANTS SOUTH PADRE ISLAND
FISHING CENTER, INC., STANLEY
McELROY, DAVE FRIEDMAN and SRFP,
INC.**

Case 1:01-cv-00059   Document 16   Filed in TXSD on 08/14/2001   Page 8 of 10

By: _Carla Saenz_

Carla Saenz

State Bar No. : 17714595

1325 Palm Blvd., Ste H

Brownsville, Texas 78520

(956) 541-2862

**ATTORNEY-IN-CHARGE FOR DEFENDANT
SOUTH PADRE ISLAND FISHING CENTER
JOINT VENTURE**

By: _____

Rudy A. Ortiz

New Mexico Bar No. 9480

Virginia Bar No. 38169

DC Bar No. 449306

800 Gold Ave.

P.O. Box 26191

Albuquerque, NM 87125

(505) 242-1890

**ATTORNEY-IN-CHARGE FOR
DEFENDANTS GAIM-KO, INC. AND RAY
GALLEGOS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record on August 13, 2001, by fax and certified mail.

_____

John Flood

C:\CSL\Voml Report                                     8

By: _____
Carla Saenz
State Bar No.
1325 Palm Blvd., Ste H
Brownsville, Texas 78520
(956) 541-2862

**ATTORNEY-IN-CHARGE FOR DEFENDANT
SOUTH PADRE ISLAND FISHING CENTER
JOINT VENTURE**

By: _____
Rudy A. Ortiz
New Mexico Bar No. 9480
Virginia Bar No. 38169
DC Bar No. 449306
800 Gold Ave.
P.O. Box 26191
Albuquerque, NM 87125
(505) 242-1890

**ATTORNEY-IN-CHARGE FOR
DEFENDANTS GAIM-KO, INC. AND RAY
GALLEGOS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record on August 13, 2001, by fax and certified mail.

_____
John Flood

CSAPDF - www.fsxis.com

By: _____

Carla Saenz
State Bar No.
1325 Palm Blvd., Ste H
Brownsville, Texas 78520
(956) 541-2862

**ATTORNEY-IN-CHARGE FOR DEFENDANT
SOUTH PADRE ISLAND FISHING CENTER
JOINT VENTURE**


By: _____

Rudy A. Ortiz
New Mexico Bar No. 9480
Virginia Bar No. 38169
DC Bar No. 449306
800 Gold Ave.
P.O. Box 26191
Albuquerque, NM 87125
(505) 242-1890

**ATTORNEY-IN-CHARGE FOR
DEFENDANTS GAIM-KO, INC. AND RAY
GALLEGOS**


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record on August 13, 2001, by fax and certified mail.

John Flood