*17*

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

United States District Court
Southern District of Texas
FILED

AUG 2 2 2001

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. **B-01-059**       DATE & TIME: **08-22-01 AT 1:30 P.M.**

**CSL DEVELOPMENT CORPORATION, INC.**       PLAINTIFF(S)  **JOHN FLOOD**
                                             COUNSEL

VS.

**GAIM-KO, INC., ET AL.**       DEFENDANT(S)  **RUDY ORTIZ**
                                COUNSEL       **CARLA SAENZ**
                                              **W. MICHAEL FISHER**

-------------------------------------------------------------------------------

  Attorneys John Flood, Joe Grant, Richard Pilcher Hill in lieu of Carla Saenz and Michael Fisher appeared in chambers. Attorney Rudy Ortiz did not appear.

  Scheduling dates were selected.