*18*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CSL DEVELOPMENT CORPORATION, INC. | § § § | |
| VS. | § § | CIVIL ACTION NO. B-01-059 |
| GAIM-KO, INC., RAY GALLEGOS, SOUTH PADRE ISLAND FISHING CENTER, INC., STANLEY MCELROY, DAVE FRIEDMAN, SRFP, INC., AND SOUTH PADRE ISLAND FISHING CENTER JOINT VENTURE | § § § § § § | |

## ORDER

On this day came on to be considered the **initial pretrial conference** in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1) A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **February 14, 2002.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(2) A final pretrial and settlement conference is set for **February 14, 2002 at 2:00 P.M.**

(3) Final Pretrial is set for **February 28, 2002 at 8:30 A.M.** before Judge Filemon B. Vela. Jury selection is set for **March 1, 2002 at 8:30 A.M.** before Judge Filemon B. Vela.

(4) Trial on the merits is set for **March, 2002**, docket call.

DONE at Brownsville, Texas, on this 22nd day of August, 2001.

John Wm. Black
United States Magistrate Judge