*19*

United States District Court
Southern District of Texas
ENTERED

AUG 2 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

| | | |
|---|---|---|
| CSL DEVELOPMENT CORPORATION, INC. | § § § | |
| VS. | § § | CIVIL ACTION NO. B-01-059 |
| GAIM-KO, INC., RAY GALLEGOS, SOUTH PADRE ISLAND FISHING CENTER, INC., STANLEY MCELROY, DAVE FRIEDMAN, SRFP, INC., AND SOUTH PADRE ISLAND FISHING CENTER JOINT VENTURE | § § § § § § | |

TYPE OF CASE:     __X__  CIVIL                    ____  CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**SHOW CAUSE HEARING WHY PLEADINGS FOR DEFENDANTS GAIM-KO AND RAY GALLEGOS SHOULD NOT BE STRICKEN BECAUSE OF COUNSEL'S FAILURE TO APPEAR AT A FED. R. CIV. P. 16 CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**SEPTEMBER 5, 2001 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    AUGUST 22, 2001

TO:      MR. RUDY ORTIZ
         MR. JOHN FLOOD
         MR. W. MICHAEL FISHER
         MS. CARLA SAENZ