United States District Court
Southern District of Texas
FILED

AUG 24 2001

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| CSL DEVELOPMENT CORPORATION, INC. ) ) ) -VS- ) ) GAIM-KO, RAY GALLEGOS, SOUTH ) PADRE ISLAND FISHING CENTER, ) INC., STANLEY MCELROY, DAVE ) FRIEDMAN, SRFP, INC., AND SOUTH ) PADRE ISLAND FISHING CENTER ) JOINT VENTURE. ) | Civil Action No: B-01-059 |

### COUNSEL'S RESPONSE TO SHOW CAUSE HEARING ORDER
### FOR
### <u>FAILURE TO APPEAR AT A FED.R.CIV.P. 16 CONFERENCE</u>

COMES NOW undersigned counsel for defendants, Gaim-ko and Ray Gallegos, and states for his failure to appear at a Fed.R.Civ.P. 16 Conference the following reasons:

1. Counsel Rudy A. Ortiz was asked to respond to plaintiff's original complaint on May 21, 2001; Counsel received a copy of the complaint and nothing more; The defendant's answer to the complaint was overnighted to the Clerk of the Court and was stamped May 23, 2001.

2. Counsel has not received any other document from the Court prior to the Show Cause Hearing.

3. On August 8, 2001 Counsel participated in a phone conference meeting for the purpose of developing a Joint Report of Rule 26 and Joint Discovery/case Management Plan. The Plan was filed on Monday, August 13, 2001. No mention was made of a Rule 16 conference to be held August 22, 2001.

1

4. Defendants, Gaim-ko and Ray Gallegos, had originally requested, Attorney Earl Rutledge of 1845 Precinct Line Road, Suite 213, Hurst Texas, to be local counsel but is unable to so act because he has not been admitted to practice before the Federal Bar of the Southern District of Texas. It is expected that Attorney Bobby Lerma of 1000 E. Van Buren, Brownsville, Texas 98520 will enter his appearance next week as head counsel for these defendants.

**WHEREFORE,** Counsel, Rudy A. Ortiz, apologizes for not making an inquiry as to the Court's scheduling order and for his failure to attend the August 22, 2001 Rule 16 conference. Counsel will consult with Counsel W. Michael Fisher as to the Rule 16 conference. Further, Counsel asks the Court that the pleadings for defendants Gaim-ko and Ray Gallegos not be stricken because of counsel's Failure To Appear At the Fed.R. Civ.P 16 Conference.

Respectfully submitted,

Rudy A. Ortiz
800 Gold Ave, SW
P.O. Box 26191
Albuquerque, NM 87125
(505) 242-1890  (505) 242-6455

## CERTIFICATE OF SERVICE

The foregoing response was served Via Facsimile Transmission to the following counsel:

**Via Facsimile: (956) 542-0016**
W. Michael Fisher
Roerig, Oliveria & Fisher, LLP
855 West Price Road, Suite 9
Brownsville, TX 78520

**Via Facsimile: (512) 882-3015**
John T. Flood
Hilliard & Munoz
719 S. Shoreline, Suite 600
Corpus Christi, TX 78401

2

<u>**Via Facsimile: (281) 286-1444**</u>
Joseph W. Grant
The Grant Law Firm
2437 Bay Area Blvd., #100
Houston, TX 77058

<u>**Via Facsimile: (956) 541-2864**</u>
Ms. Carla Saenz
Griffith, Saenz & Hill, LLP
1325 Palm Blvd. Suite H
Brownsville, TX 78520

_____
Rudy A. Ortiz

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

| | |
|---|---|
| CSL DEVELOPMENT CORPORATION, INC. § § § | |
| VS. § | CIVIL ACTION NO. B-01-059 |
| § | |
| GAIM-KO, INC., RAY GALLEGOS, SOUTH § PADRE ISLAND FISHING CENTER, INC., § STANLEY MCELROY, DAVE FRIEDMAN, § SRFP, INC., AND SOUTH PADRE ISLAND § FISHING CENTER JOINT VENTURE § | |

TYPE OF CASE:      __X__ CIVIL                    ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

TYPE OF PROCEEDING:

SHOW CAUSE HEARING WHY PLEADINGS FOR DEFENDANTS GAIM-KO AND RAY GALLEGOS SHOULD NOT BE STRICKEN BECAUSE OF COUNSEL'S FAILURE TO APPEAR AT A FED. R. CIV. P. 16 CONFERENCE

PLACE:                                                         ROOM NO.:

UNITED STATES FEDERAL COURTHOUSE             SECOND FLOOR COURTROOM, #2
600 E. HARRISON STREET
BROWNSVILLE, TEXAS                                       DATE AND TIME:

                                                                   SEPTEMBER 5, 2001 AT 1:30 P.M.

                                                                   _____
                                                                   JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   AUGUST 22, 2001

TO:      MR. RUDY ORTIZ
         MR. JOHN FLOOD
         MR. W. MICHAEL FISHER
         MR. CARLA SAENZ