United States District Court
Southern District of Texas
FILED

AUG 2 7 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CSL DEVELOPMENT CORPORATION, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B01-059 |
| | § | JURY DEMANDED |
| GAIM-KO, INC.; RAY GALLEGOS; | § | |
| SOUTH PADRE ISLAND FISHING | § | |
| CENTER, INC.; STANLEY McELROY; | § | |
| DAVE FRIEDMAN; SRFP, INC.; and | § | |
| SOUTH PADRE ISLAND FISHING | § | |
| CENTER JOINT VENTURE | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF CSL DEVELOPMENT CORPORATION, INC.'S
## INITIAL DISCLOSURES

TO: **DEFENDANTS GAIM-KO AND RAY GALLEGOS** by and through their attorney of record, Rudy A. Ortiz & Associates, P.C., 800 Gold Ave., P.O. Box 26191, Albuquerque, NM 87125

**DEFENDANTS SOUTH PADRE ISLAND FISHING CENTER, INC., STANLEY McELROY, DAVE FRIEDMAN, and SRFP, INC.,** by and through their attorney of record W. Michael Fisher, 855 West Price Road, Suite 9, Brownsville, Texas 78520

**DEFENDANT SOUTH PADRE ISLAND FISHING CENTER JOINT VENTURE** by and through their attorney of record Carla M. Saenz, 1325 Palm Blvd. Suite H, Brownsville, Texas 78520

Plaintiff, CSL Development Corporation, Inc. makes these initial disclosures as required by Federal Rule of Civil Procedure 26(a)(1).

(A) Individuals likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings:

    Captain Louie
    Address and phone number unknown
    Will supplement

Has information regarding operation and seaworthy condition of the M/V ENTERTAINER

Captain A.D Guerrero
C/o Aker Gulf Marine
FM Rd 1069
Ingleside, Texas
361.643.8533
Has information regarding the Coast Guard's inspection of the M/V ENTERTAINER.

E.L. Beche
Surveyor, American Bureau of Shipping
Address and phone number unknown
Has information regarding the condition of the M/V ENTERTAINER. He executed a load line certificate on May 23, 2000.

James Moon, Marine Associates
Address and phone number unknown
Has information regarding the condition of the M/V ENTERTAINER. He conducted an audio gauging on the hull and bottom of the vessel according to specifications issued by ABS.

Michael Albers
Bank 1st, President and CEO
2900 Louisiana NE, South Bldg.
Albuquerque NM, 87109
505.872.1536
Has information regarding financing for a portion of the purchase price of the M/V ENTERTAINER.

Lou Daleo, Broker
**Coastal Passenger Vessels, Ltd, LLP**
9363 Shady Lane Circle
Houston, Texas 77063
713.532.2525
Has information regarding the negotiation and execution of the contract at issue, negotiation of the lease at issue, and, all statements and representations of parties he was privy to and learned about.

Charles Liberis
**CSL Development Corporation**
1610 Barrancas Avenue
Pensacola, FL 32501
850.438.9647
Has information regarding the negotiation and execution of the contract at issue,

negotiation of the lease at issue, and, all statements and representations of parties he was privy to and learned about.

    Ray A. Gallegos, President/Director
    **Gaim-ko, Inc.**
    PO Box 244
    2403 San Mateo Blvd., NE
    Suite W17
    Albuquerque, NM 87110
    505.257.3454
    Has information regarding the negotiation and execution of the contract at issue, negotiation of the lease at issue, and, all statements and representations of parties he was privy to and learned about.

    Charlotte Gallegos, Secretary/Treasurer
    **Gaim-ko, Inc.**
    PO Box 244
    Albuquerque, NM 87103
    505.257.3454
    Presumably, she has information regarding the negotiation and execution of the contract at issue, negotiation of the lease at issue, and, all statements and representations of parties she was privy to and learned about.

    John Hale, General Manager
    **Gaim-ko, Inc.**
    PO Box 244
    Albuquerque, NM 87103
    505.257.3454
    Presumably, he has information regarding the negotiation and execution of the contract at issue, negotiation of the lease at issue, and, all statements and representations of parties he was privy to and learned about.

    Gary E. Gaylord (agent for service)
    **Gaim-ko, Inc.**
    740 San Mateo, NE, Box A-E
    Albuquerque, MN 87108
    505.257.3454
    Unknown what information Mr. Gaylord may have.

    Stanley McElroy
    **South Padre Island Fishing Center, Inc.**
    3304 Thousand Oaks Cove
    Austin, Texas 78746
    512.306.0707

Has information regarding the negotiation and execution of the contract at issue, negotiation of the lease at issue, and, all statements and representations of parties he was privy to and learned about.

Dave Friedman
**South Padre Island Fishing Center Joint Venture**
**SRFP, Inc.**
One Padre Boulevard
South Padre Island, Texas 78597
956.761.4665

Has information regarding the negotiation and execution of the contract at issue, negotiation of the lease at issue, and, all statements and representations of parties he was privy to and learned about.

Catherine Stetson
Counsel for Gaim-ko
Address unknown
Albuquerque

Has information regarding the negotiation and execution of the contract at issue, negotiation of the lease at issue, and, all statements and representations of parties she was privy to and learned about.

(B) A description by category and location of all documents, data compilations and tangible things in the possession of CSL or its counsel that are relevant to disputed facts alleged with particularity in the complaint:

- Financial Correspondence between Mr. Lou Daleo and Mr. Michael Albers, President of Bank 1st.
- Correspondence between Mr. Ray Gallegos, Gaim-Ko Inc., and Mr. Charles S. Liberis, CSL Corporation.
- Agreement to Charter and Purchase Vessel (Contract).
- Birth and Sublease Agreement between South Padre Island Fishing Center Joint Venture and CSL Development Corporation.
- Certificates of Inspections.
- Correspondence between Mr. Lou Daleo and Mr. Charles S. Liberis, CSL Corporation.

(C) A computation of any category of damages:

CSL's damages are the loss of the benefit of the bargain, $4,000,000.00, plus reasonable attorneys' fees and costs of court. Damages for defamation and punitive damages are incapable of being calculated at this time.

(D) CSL has no insurance information under FRCP 26(a)(1)(D).

                        Respectfully submitted,

By: *[signature]*

John Flood
State Bar. No. 07155910
719 S. Shoreline Blvd., Suite 600
Corpus Christi, Texas 77401
(361) 882-1612
(361) 882-3015 (Facsimile)

**ATTORNEY IN CHARGE FOR PLAINTIFFS**

OF COUNSEL:

J.A. Magallanes
State Bar No. 12809500
Magallanes, Hinojosa & Mancias
1713 Boca Chica
Brownsville, Texas 78520
(956) 544-6571
(956) 544-4290 (Facsimile)

Bob Hilliard
State Bar No. 09677700
Hilliard & Muñoz, PPC
719 S. Shoreline, Suite 600
Corpus Christi, Texas 78401
(361) 882-1612
(361) 882-3015 (Facsimile)

Joseph M. Grant
State Bar No. 08301520
The Grant Law Firm
2437 Bay Area Blvd., #100
Houston, Texas 77058
(281) 286-1222
(281) 286-1444 (Facsimile)

## Certificate of Service

The undersigned certifies that the foregoing instrument has been forwarded to all parties listed below, in the manner specified.

Dated:         August 24, 2001

_John Flood_

**Via Certified Mail - RRR**

W. Michael Fisher
**Roerig, Oliveria & Fisher, LLP**
855 West Price Road, Suite 9
Brownsville, Texas 78520

Ms. Carla Saenz
**Griffith, Saenz & Hill, LLP**
1325 Palm Blvd., Suite H
Brownsville, Texas 78520

Rudy A. Ortiz & Associates, P.C.
800 Gold Ave.
P.O. Box 26191
Albuquerque, NM 87125

Earl Rutledge, PC
1845 Precinct Line Road, Suite 213
Hurst, Texas 76054