

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

AUG 2 7 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CSL DEVELOPMENT CORPORATION, INC. ) ) ) -VS- ) ) GAIM-KO, RAY GALLEGOS, SOUTH ) PADRE ISLAND FISHING CENTER, ) INC., STANLEY MCELROY, DAVE ) FRIEDMAN, SRFP, INC., AND SOUTH ) PADRE ISLAND FISHING CENTER ) JOINT VENTURE. ) | Civil Action No: B-01-059 |

### FEDERAL RULES OF CIVIL PROCEDURE 26(a)(1)

### INITIAL DISCLOSURE

Pursuant to FRCP 26(a)(1), Gaim-Ko and Ray Gallegos, Defendants, makes its initial discloaures as follows:

A.  WITNESSES

  1.  Ray Gallesgos, President of Gaim-Ko, Inc. 2403 San Mateo Blvd, N.E. Ste W17 Albuquerque, NM 87110. (Mr. Gallegos attempted to enter into a lease of the pier)

  2.  Pete Montoya, Comptroller of Gaim-Ko Inc., 2403 San Mateo Blvd., N.E., Ste W17, Albuquerque, NM 87110. (Mr. Pete Montoya participated in the meetings with Mr. Gallegos with respect to the pier lease)

  3.  Catherine Baker Stetson, Attorney At Law, 1305 Rio Grande Blvd, N.W., Albuquerque, NM 87104. (Ms. Catherine Baker Stetson, participated in the devlopment of a contract between the parties)

    4. Lou Daleo, Coastal Marine, Ltd., 9363 Shady Lane Circle, Houston, TX 77063.

(Lou Daleo was the broker who attempted to put all the pieces together on this business venture)

B. DOCUMENTS

    1. Letter from Ray Gallegos of Gaim-Ko, Inc. to Dave Friedman, South Padre Island Center Joint Venture.

    2. Copy of Official Check for $10,000 made out to South Padre Island.

    3. Proposal For Sublease Agreement from Gaim-Ko, Inc. to South Padre Island Center Joint Venture.

    4. Copy of FedEx airbill.

    5. Letter from David Friedman turning down pier lease offer. Dated Nov. 27, 2000.

Dated: _August 24, 2001_

*[signature]*

Rudy A. Ortiz for Gaim-Ko, Inc
and Ray Gallegos, Defendants.
800 Gold Ave. SW
P.O. Box 26191
Albuquerque, NM 87125
(505) 242-1890

*New Mexico Bar # NM 9480*

## CERTIFICATE OF SERVICE

The foregoing response was served Via Facsimile Transmission to the following counsel:

**Via Facsimile: (956) 542-0016**
W. Michael Fisher
Roerig, Oliveria & Fisher, LLP
855 West Price Road, Suite 9
Brownsville, TX 78520

**Via Facsimile: (512) 882-3015**
John T. Flood
Hilliard & Munoz
719 S. Shoreline, Suite 600
Corpus Christi, TX 78401

**Via Facsimile: (281) 286-1444**
Joseph W. Grant
The Grant Law Firm
2437 Bay Area Blvd., #100
Houston, TX 77058

**Via Facsimile: (956) 541-2864**
Ms. Carla Saenz
Griffith, Saenz & Hill, LLP
1325 Palm Blvd. Suite H
Brownsville, TX 78520

Rudy A. Ortiz