23

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 9 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CSL DEVELOPMENT CORPORATION, INC. | § | |
| | § | |
| Complainant, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B01-059 |
| | § | JURY DEMANDED |
| GAIM-KO, INC.; RAY GALLEGOS; | § | |
| SOUTH PADRE ISLAND FISHING | § | |
| CENTER, INC.; STANLEY McELROY; | § | |
| DAVE FRIEDMAN; SRFP, INC.; and | § | |
| SOUTH PADRE ISLAND FISHING | § | |
| CENTER JOINT VENTURE | § | |
| | § | |
| Defendants. | § | |

**COMPLAINANT'S ATTORNEY-IN-CHARGE'S REPLY TO COUNSEL FOR
GAIM-KO, INC. AND RAY GALLEGOS' RESPONSE TO SHOW CAUSE HEARING
ORDER FOR FAILURE TO APPEAR AT A FED.R.CIV.P. 16 CONFERENCE**

John Flood, attorney-in-charge for complainant CSL Development Corporation, Inc. (CSL), respectfully appears to reply to the filing of Gaim-Ko, Inc. and Ray Gallegos' counsel's response to the show cause hearing order, and shows the court the following:

1.  On June 4, 2001, at 1:58 p.m. CST (12:58 p.m. MST), the Court's order setting the August 22, 2001, conference was faxed to Mr. Ortiz by my office. Attached as Exhibit "A" is such proof of service.

2.  At the August 22, 2001, conference, based upon Exhibit "A", I represented to the Court that Mr. Ortiz had received notice of the August 22, 2001 conference, and, in fact, he had.

3.  On August 27, 2001, I wrote the letter attached as Exhibit "B" asking Mr. Ortiz to withdraw his representation to the Court that he had not received notice of the August 22, 2001,

conference.

4.  This filing is made solely for the reason that the validity of the undersigned's representation to the Court on August 22, 2001 – that Mr. Ortiz had received notice of the scheduling conference -- was placed in issue by the response on filed stating that CSL's counsel had not received notice of such conference. Righteous indignation is not the undersigned's intention; accuracy is.

Respectfully submitted,

By: _____
John Flood
State Bar. No. 07155910
719 S. Shoreline Blvd., Suite 600
Corpus Christi, Texas 77401
(361) 882-1612
(361) 882-3015 (Facsimile)

**ATTORNEY IN CHARGE FOR COMPLAINANT CSL DEVELOPMENT CORPORATION, INC.**

OF COUNSEL:

J.A. Magallanes
State Bar No. 12809500
Magallanes, Hinojosa & Mancias
1713 Boca Chica
Brownsville, Texas 78520
(956) 544-6571
(956) 544-4290 (Facsimile)

2

Bob Hilliard
State Bar No. 09677700
Hilliard & Muñoz, PPC
719 S. Shoreline, Suite 600
Corpus Christi, Texas 78401
(361) 882-1612
(361) 882-3015 (Facsimile)

Joseph M. Grant
State Bar No. 08301520
The Grant Law Firm
2437 Bay Area Blvd., #100
Houston, Texas 77058
(281) 286-1222
(281) 286-1444 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record on August 28, 2001 by fax and certified mail.

_____
John Flood

3

ClibPDF - www.fastio.com

# Exhibit "A"

# Complainant's Attorney-in-Charge's Reply to Counsel for Gaim-ko, Inc. and Ray Gallegos' Response to Show Cause Hearing Order for Failure to Appear at a Fed.R.Civ.P. 16 Conference

ClibPDF - www.fastio.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CSL DEVELOPMENT CORPORATION, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B01-059 |
| | § | JURY DEMANDED |
| GAIM-KO, INC.; RAY GALLEGOS; | § | |
| SOUTH PADRE ISLAND FISHING | § | |
| CENTER, INC.; STANLEY McELROY; | § | |
| DAVE FRIEDMAN; SRFP, INC.; and | § | |
| SOUTH PADRE ISLAND FISHING | § | |
| CENTER JOINT VENTURE | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING CSL DEVELOPMENT CORPORATION'S
<u>MOTION TO EXTEND DEADLINES</u>**

The Court postpones the May 23, 2001 pre-trial hearing and scheduling conference until _August 22_, 2001 at _1:30 p_.m.

SIGNED AND ENTERED on this the _7th_ day of _MAY_, 2001

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE



# Hilliard & Muñoz
### ATTORNEYS AT LAW
A Partnership of Professional Corporations

Robert C. Hilliard, P.C.★
Jacob G. Munoz, P.C.
Delmar Shelley Hilliard
John T. Flood
Dax S. Cowart
John M. Quinlan
Norm Thomas★★

★BOARD CERTIFIED
PERSONAL INJURY TRIAL LAW
CIVIL TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION
★★BOARD CERTIFIED
CIVIL TRIAL LAW
CIVIL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

Kevin W. Grillo
Of Counsel

# FAX TRANSMISSION SHEET

PLEASE DELIVER THE FOLLOWING PAGES TO:

Name:  Rudy A. Ortiz

Company:  Rudy A. Ortiz & Associates, P.C.

FAX Number:  505-242-6455

From:  John Quinlan

Date:  June 4, 2001

Total Number of Page Including This Cover Sheet:

COMMENTS:

The information on the attached documents is confidential mail being transmitted by fax. It is our intention that only the recipient review and read it. Therefore, if you are not the recipient, please don't read it.

IF YOU DO NOT RECEIVE ALL PAGES OR HAVE ANY PROBLEMS WITH RECEIVING THIS TRANSMISSION, PLEASE CALL US AT (361) 882-1612.

Telephone (361) 882-1612 • Fax (361) 882-3015 • 719 S. Shoreline, Suite 600 • Corpus Christi, Texas 78401

```
┌─────────────────────────────────────────────────────────────────────────────────────┐
│                          Send Confirmation Report                                    │
│ Name: HILLIARD & MUNOZ          ID: 512 882 3015         04 Jun 01  1:59PM Page  1  │
└─────────────────────────────────────────────────────────────────────────────────────┘
```

| Job | Start Time    | Usage  | Phone Number or ID | Type | Pages | Mode  | Status     |
|-----|---------------|--------|--------------------|------|-------|-------|------------|
| 492 | 6/ 4  1:58PM  | 0'47"  | 15052426455040.... | Send | 2/ 2  | EC 96 | Completed..|
|     | Total         | 0'47"  | Pages Sent: 2      | Pages Printed: 0 | | | |

## Hilliard & Muñoz
### ATTORNEYS AT LAW
A Partnership of Professional Corporations

Robert C. Hilliard, P.C.
Isaac G. Munoz, P.C.
Delrose Shurley Hilliard
John T. Flood
Dan S. Cowart
John M. Quinlan
Norm Thomas

Kevin W. Grillo
Of Counsel

# FAX TRANSMISSION SHEET

### PLEASE DELIVER THE FOLLOWING PAGES TO:

Name:         Rudy A. Ortiz

Company:      Rudy A. Ortiz & Associates, P.C.

FAX Number:   505-242-6455

From:         John Quinlan

Date:         June 4, 2001

Total Number of Page Including This Cover Sheet.

### COMMENTS.

The information on the attached documents is confidential mail being transmitted by fax. It is our intention that only the recipient review and read it. Therefore, if you are not the recipient, please don't read it.

IF YOU DO NOT RECEIVE ALL PAGES OR HAVE ANY PROBLEMS WITH RECEIVING THIS TRANSMISSION, PLEASE CALL US AT (361) 882-1612.

Telephone (361) 882-1612 • Fax (361) 882-3015 • 719 S. Shoreline, Suite 500 • Corpus Christi, Texas 78401

# Exhibit "B"

# Complainant's Attorney-in-Charge's Reply to Counsel for Gaim-ko, Inc. and Ray Gallegos' Response to Show Cause Hearing Order for Failure to Appear at a Fed.R.Civ.P. 16 Conference

Case 1:01-cv-00059   Document 23   Filed in TXSD on 08/29/2001   Page 8 of 10

ClibPDF - www.fastio.com

# HILLIARD & MUÑOZ

TRIAL LAWYERS
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS

**FILE COPY**

Robert C. Hilliard, P.C ★
Jacob G. Muñoz, P.C.
Delmar Shelley Hilliard
John T. Flood
Dax S. Cowart
Kevin W. Grillo, Of Counsel

719 S. Shoreline, Suite 600
Corpus Christi, Texas 78401
361.882.1612
fax 361.882.3015
hilliardandmunoz.com

★BOARD CERTIFIED IN PERSONAL INJURY
TRIAL LAW and CIVIL TRIAL LAW by the
TEXAS BOARD OF LEGAL SPECIALIZATION

August 27, 2001

**Via Facsimile (505) 242-6455**
Rudy A. Ortiz
800 Gold Ave.
P. O. Box 26191
Albuquerque, N.M. 87125

  Re: Civil Action No.B01-059; *CSL Development Corporation, Inc. vs. Gaim-Ko, Inc. et al.;* United States District Court Southern District of Texas Brownsville Division

Dear Counsel:

  At the scheduling conference held last week, the Court inquired as to whether you had received notice of the conference. Based upon the enclosed Order that was faxed to you at this fax number on June 4, 2001, at 1:58 p.m. CST (12:58 p.m. MST), I responded to the Court in the affirmative. Mr. Fisher also represented to the Court that you had indicated to him your awareness of the conference.

  With your August 24, 2001, response you have placed my veracity with the Court in issue. I respectfully request that you inform the Court that on June 4, 2001, your office received the Court's order setting the scheduling conference for August 22, 2001, at 1:30 p.m. Please do so by the end of business today.

  Thank you.

Affiliated Firm: Hilliard & Heald★, L.L.P •550 Fannin, Suite 111•Beaumont, Texas 77701•409.832.7171•fax 409.832.1378
★Mr Hilliard and Mr. Heald are Board Certified in Personal Injury Trial Law and Civil Trial Law by the Texas Board of Legal Specialization.

Mr. Ortiz
August 27, 2001
Page 2

        Very truly yours,

        HILLIARD & MUÑOZ, PPC

        *[signature]*

        John Flood

JF:jmc
Enclosure
cc:   **Via Facsimile: (956) 542-0016**
      W. Michael Fisher
      **Via Facsimile: (281) 286-1444**
      Joseph M. Grant

ClibPDF - www.fastio.com