# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

AUG 3 1 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CSL DEVELOPMENT CORPORATION, INC. ) ) ) | |
| -VS- ) ) | Civil Action No: B-01-059 |
| GAIM-KO, RAY GALLEGOS, SOUTH PADRE ISLAND FISHING CENTER, INC., STANLEY MCELROY, DAVE FRIEDMAN, SRFP, INC., AND SOUTH PADRE ISLAND FISHING CENTER JOINT VENTURE. ) ) ) ) ) ) ) | |

### GAIM-KO, INC. AND RAY GALLEGOS, DEFENDANTS ADDITIONAL MATERIALS IN RESPONSE TO SHOW CAUSE HEARING ORDER FOR FAILURE TO APPEAR AT FED.R.CIV.P. 16 CONFERENCE

Rudy A. Ortiz, attorney for defendants Gaim-Ko, Inc. and Ray Gallegos, respectfully submits the following affidavit, letter and fax in support of his response to Show Cause Hearing Order:

1. Affidavit from Marc R. Ortiz, Office Manager, regarding fax machine during the period of June 2-6, 2001.

2. Letter from Sam Lopez, occupant of an office in the same building as Counsel for Gaim-Ko, Inc. and Ray Gallegos.

3. Fax sent to John Flood, counsel for complainant CSL, August 28, 2001.

Respectfully submitted,

Rudy A. Ortiz
RUDY A. ORTIZ & ASSOCIATES, P.C.
800 Gold Ave. S.W.
P.O. Box 26191
Albuquerque, NM 87125
(505) 242-1890

1

## CERTIFICATE OF SERVICE

The foregoing response was served Via Facsimile Transmission to the following counsel:

**Via Facsimile: (956) 542-0016**
W. Michael Fisher
Roerig, Oliveria & Fisher, LLP
855 West Price Road, Suite 9
Brownsville, TX 78520

**Via Facsimile: (~~512~~ 361) 882-3015**
John T. Flood
Hilliard & Munoz
719 S. Shoreline, Suite 600
Corpus Christi, TX 78401

**Via Facsimile: (281) 286-1444**
Joseph W. Grant
The Grant Law Firm
2437 Bay Area Blvd., #100
Houston, TX 77058

**Via Facsimile: (956) 541-2864**
Ms. Carla Saenz
Griffith, Saenz & Hill, LLP
1325 Palm Blvd. Suite H
Brownsville, TX 78520

_____
Rudy A. Ortiz

# AFFIDAVIT

**Be it acknowledged,** that Marc R. Ortiz of Albuquerque, New Mexico, the undersigned deponent, being of legal age, does hereby depose and say under oath as follows:

I am the office manager of the Offices of Rudy A. Ortiz & Associates, P.C. and Commercial Money Center, both located at 800 Gold Ave. S.W., Albuquerque, New Mexico. As part of my office duties I service the computers, copiers, fax machines etc. On the weekend of June 2 & 3, 2001 the fax machine jammed. When I opened the office on Monday, June 4, 2001, the fax machine was making strange noises. I called the Hewlett Packard service department to get instructions on how to correct the problem. I had to take the fax machine apart and clean the different components. Because I did not have the proper tools and equipment it took me two days to complete the task. During the 4th, 5th and part of the 6th of June we were not able to receive or send fax messages.

And I affirm that the foregoing is true except as to statements made upon information and belief, and as to those I believe them to be true.

Witness my hand under the penalties of perjury this 30th day of August.

_____
Marc R. Ortiz

STATE OF NEW MEXICO
COUNTY OF BERNALILLO

On August 30, 2001 before me, Samuel O. Lopez, personally appeared Marc R. Ortiz, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person executed the instrument.

WITNESS my hand and official seal.

_____
Notary Public

My commission Expires: June 7, 2003



800 Gold Avenue, SW • Albuquerque NM 87102 • (505) 247-9999 • Fax (505) 242-6455

August 30, 2001

TO WHOM IT MAY CONCERN:

I Sam Lopez of Albuquerque, NM occupy an office at 800 Gold Ave. SW, Albuquerque, NM. I do consulting work for Commercial Money Center, Inc. and several attorneys working on Commercial Money Center cases.

On June 4 & 5 of 2001 the fax machine which we all share was broken and not operational for receiving or sending messages.

Please let me know if you need additional information about this matter.

Sincerely,

Sam Lopez

101 Convention Center Drive, Suite 1225 • Las Vegas, Nevada 89109 • (702) 894-9400 • Fax (702) 369-6303

ClibPDF - www.fastio.com

## Rudy A. Ortiz & Associates, P.C.
### Attorneys At Law

P.O. Box 22285
Alexandria, VA 22304
Phone: 703 823-0014
Fax: 703 823 8140

P.O. Box 26191
Albuquerque, N.M. 87125
Phone: 505 242-1890
Fax: 505 242-6455

# Fax

To: Hillard & Muñoz / John Flood, Esq.
From: Rudy A. Ortiz
Fax: (361) 882-3015
Date: 8-28-01
Phone:
Pages: 1
Re: CA No B-01-059 / CSL v. Gem-Kode et al
CC:

☐ Urgent  ☒ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

Dear Mr. Flood:

In my answer to the Court as reason for my failure to Appear at a Fed.R.Civ.P. 16 Conference I stated that I had not received notice. That is true. Further I have no doubt, after receiving your information, that you did fax me a copy of the Courts Order granting CSL Development Corp. and extension. Unfortunately, my fax jammed on the weekend of June 2nd and/or 3rd. The machine was taken apart on the 4th and 5th of June for repair. I will get an affidavit as to the status of the fax machine on those dates. We tried to get from memory the fax items that may have been received or sent during that period but my machine does not have the capability to go that far back.

If I had been contacted about the request for extension or had received something by mail that date would have been on my calendar.

Please be assured that I did not intend to place your veracity with the Court in issue. At the time that I responded I did not know that you had asked and received an extension and I did not have a copy of the Court's order.

Sincerely,

Rudy A. Ortiz

CONFIDENTIALITY NOTE: This facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If you are not the intended recipient, THIS IS NOTICE TO YOU that any further dissemination, distribution or copying of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the above address via the United States Postal Service and your costs will be refunded. Thank you.

IN THE EVENT OF A PROBLEM WITH THIS TRANSMISSION KINDLY CALL (505) 242-1890 IMMEDIATELY