25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
600 E. HARRISON STREET, #204
BROWNSVILLE, TEXAS 78520

United States District Court
Southern District of Texas
ENTERED

SEP 0 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

CHAMBERS OF
JOHN WM. BLACK
MAGISTRATE JUDGE

PHONE (956) 548-2570

September 4, 2001

Mr. Rudy A. Ortiz
P. O. Box 26191
800 Gold Avenue, S.W.
Albuquerque, NM  87125

  Re: Civil Action No. B-01-059
   CSL Development Corporation, Inc. vs.
   Gaim-Ko, et al.

Dear Mr. Ortiz:

  Thank you for your response regarding your failure to appear at the Fed. R. Civ. P. 16 conference. In view of this response, it will not be necessary to have a hearing. However, your attention is called to the Local Rules for the Southern District of Texas and the requirements for appearing in this District.

          Very truly yours,

          John Wm. Black
          United States Magistrate Judge

JWB:pt

 fc: Mr. John T. Flood
   Mr. W. Michael Fisher
   Ms. Carla Saenz