# COPY

United States District Court
Southern District of Texas
FILED

OCT 1 8 2001

Michael N. Milby
Clerk of Court

26

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CSL DEVELOPMENT CORPORATION, INC. | § | |
| | § | |
| **Plaintiff,** | § | |
| v. | § | |
| | § | |
| GAIM-KO, INC.; RAY GALLEGOS; SOUTH | § | Civil Action No. B-ℓ0-059 |
| PADRE ISLAND FISHING CENTER, INC.; | § | |
| STANLEY McELROY; DAVE FRIEDMAN; | § | |
| SRFP, INC.; and SOUTH PADRE ISLAND | § | |
| FISHING CENTER JOINT VENTURE | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

## DEFENDANTS, RAY GALLEGOS AND GAIM-KO, INC.'S UNOPPOSED MOTION & NOTICE OF MOTION TO WITHDRAW AS ATTORNEY IN CHARGE AND MOTION FOR SUBSTITUTION

TO THE HONORABLE COURT:

Pursuant to Federal Rule of Civil Procedure 11 and Local Rule 83.2, Defendants, RAY

GALLEGOS and GAIM-KO, INC.( hereinafter, "GAIM-KO" defendants) file this Unopposed

Motion to Withdraw as Attorney In Charge and Motion for Substitution and states as follows:

1.       GAIM-KO  respectfully moves for an order granting the withdrawal of GAIM-

KO'S attorney in charge, Rudy A. Ortiz and the substitution of Paul L. Fourt, Jr. as the attorney

in charge.  This motion is unopposed by all parties.

2.       The grounds for this motion are as follows:

Rudy A. Ortiz is an attorney in the state of New Mexico, but is not admitted to practice in

the Southern District of Texas.  Additionally, Mr. Ortiz and GAIM-KO believe the change in

representation will better serve GAIM-KO's interests in this suit.

3.       This motion is based on the pleadings and papers on file in this action and the

attached memorandum of points and authorities.

For these reasons, Defendants respectfully ask this Court to grant the motion to withdraw
and substitute Paul L. Fourt, Jr. as attorney in charge for Defendants.

Respectfully submitted,

By: _____
Paul L. Fourt, Jr.
Texas Bar Number 00785874
Federal Identification No. 19663
1000 E. Van Buren
Brownsville, TX 78520
Tel. 956-574-0109
Fax 956-574-0227

SUBSTITUTING ATTORNEY IN
CHARGE FOR RAY GALLEGOS and
GAIM-KO, INC.

By: _____
Rudy A. Ortiz
New Mexico Bar Number 9480
800 Fold Ave. S.W
P.O. Box 26191.
Albuquerque, NM 87125
Tel. 505-242-1890
Fax 505-2426455

WITHDRAWING ATTORNEY IN
CHARGE FOR RAY GALLEGOS and
GAIM-KO, INC.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was sent by U.S. Mail on October 18, 2001, to all counsel of record at each address listed below:

Paul L. Fourt, Jr.

**JOHN FLOOD**
**HILLIARD & MUNOZ**
719 S. Shoreline, Suite 600
Corpus Christi, Texas 78401
Phone (361) 882-1612
Fax    (362) 882-3015
*CSL DEVELOPMENT CORP, INC.*

**W. MICHAEL FISHER**
**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road-Suite 9
Brownsville, Texas 78520-8786
Phone (956) 542-5666
Fax    (956) 542-0016
*SOUTH PADRE ISLAND FISHING, STANLEY*
*Mc ELROY, DAVE FRIEDMAN, and  SRFP, INC*

**CARLA M. SAENZ**
**GRIFFITH, SAENZ AND HILL, L.L.P.**
1325 Palm Blvd., Suite H
Brownsville, Texas 78520
Phone (956) 541-2862
Fax    (956) 541-2864
*SOUTH PADRE ISLAND FISHING*
*CENTER JOINT VENTURE*