COPY

27

United States District Court
Southern District of Texas
FILED

OCT 1 8 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CSL DEVELOPMENT CORPORATION, INC. § | |
| § | |
| **Plaintiff,** § | |
| v. § | |
| § | |
| GAIM-KO, INC.; RAY GALLEGOS; SOUTH § | Civil Action No. B-01-059 |
| PADRE ISLAND FISHING CENTER, INC.; § | |
| STANLEY McELROY; DAVE FRIEDMAN; § | |
| SRFP, INC.; and SOUTH PADRE ISLAND § | |
| FISHING CENTER JOINT VENTURE § | |
| § | |
| **Defendants.** § | |

## PAUL L. FOURT JR. AND RUDY A. ORTIZ' MEMORANDUM IN SUPPORT OF DEFENDANTS MOTION TO WITHDRAW AS ATTORNEY IN CHARGE AND MOTION FOR SUBSTITUTION

Rudy A. Ortiz respectfully asks this court to allow him to withdraw as attorney in charge for Defendants, RAY GALLEGOS and GAIM-KO, INC. and substitute Paul L. Fourt, Jr. as attorney in charge.

### A. Introduction

1.  Plaintiff is CSL DEVELOPMENT CORPORATION, INC.; defendants are GAIM-KO, INC.; RAY GALLEGOS.

2.  Plaintiff sued defendants for breach of contract.

### B. Argument

3.  There is good cause for this Court to grant the motion to withdraw because Rudy A. Ortiz is an attorney in the state of New Mexico, but is not admitted to practice in the Southern District of Texas. Additionally, due to travel related delays and expenses, Gaim-Ko's interests

will be better protected if they are represented by an attorney in the Brownsville area.

4. Paul L. Fourt, Jr. will be substituted as the attorney in charge for RAY GALLEGOS and GAIM-KO, INC. His Texas Bar Number is 00785874 and his Federal Bar number is 19663. Paul L. Fourt, Jr.'s office address, telephone number, and fax number are as follows: 1000 E. Van Buren, Brownsville, TX 78520; Tel. 956-574-0109; Fax 956-574-0227.

5. RAY GALLEGOS and GAIM-KO, INC. approve the substitution. All parties to this suit have been notified of the substitution and no parties oppose the substitution. The withdrawal and substitution of attorneys will not delay these proceedings.

## C. Conclusion

6. Rudy A. Ortiz is an attorney in the state of New Mexico, but is not admitted to practice in the Southern District of Texas. Additionally, Mr. Ortiz and GAIM-KO believe the change in representation will better serve GAIM-KO's interests in this suit.

For these reasons, Rudy A. Ortiz and Paul L. Fourt, Jr. respectfully ask this Court to grant the motion to withdraw and substitute Paul L. Fourt, Jr. as attorney in charge for RAY GALLEGOS and GAIM-KO, INC.

Respectfully submitted,

By: _____
Paul L. Fourt, Jr.
Texas Bar Number 00785874
Federal Identification No. 19663
1000 E. Van Buren
Brownsville, TX 78520
Tel. 956-574-0109
Fax 956-574-0227

SUBSTITUTING ATTORNEY IN CHARGE FOR RAY GALLEGOS and GAIM-KO, INC.

By: _____
Rudy A. Ortiz
New Mexico Bar Number 9480
800 Fold Ave. S.W
P.O. Box 26191.
Albuquerque, NM 87125
Tel. 505-242-1890
Fax 505-2426455

**WITHDRAWING ATTORNEY IN CHARGE FOR RAY GALLEGOS and GAJM-KO, INC.**