28

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| CSL DEVELOPMENT CORPORATION, INC. § | |
| § | |
| **Plaintiff,** § | |
| v. § | |
| § | Civil Action No. B-01-059 |
| GAIM-KO, INC.; RAY GALLEGOS; SOUTH § | |
| PADRE ISLAND FISHING CENTER, INC.; § | |
| STANLEY McELROY; DAVE FRIEDMAN; § | |
| SRFP, INC.; and SOUTH PADRE ISLAND § | |
| FISHING CENTER JOINT VENTURE § | |
| § | |
| **Defendants.** § | |

## ORDER ON MOTION TO WITHDRAW AND MOTION FOR SUBSTITUTION

After considering the Motion to Withdraw as attorney in charge for Defendants, RAY GALLEGOS and GAIM-KO, INC., and the Motion for Substitution as attorney in charge, (DOCKET D026) the Court:

**FINDS** good cause to allow Rudy A. Ortiz to withdraw as attorney in charge for Defendants, RAY GALLEGOS and GAIM-KO, INC. and **GRANTS** the motion to withdraw; and further,

**ORDERS** that Paul L. Fourt, Jr. be substituted as attorney in charge for Defendants, RAY GALLEGOS and GAIM-KO, INC.

SIGNED on 19 OCT, 2001.

_____
U.S. DISTRICT JUDGE
MAGISTRATE