29

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE, DIVISION**

United States District Court
Southern District of Texas
FILED

JAN 1 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **CSL DEVELOPMENT CORPORATION, INC.** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. B-01-059** |
| | § | |
| **GAIM-KO, INC.; RAY GALLEGOS; SOUTH PADRE ISLAND FISHING CENTER, INC.; STANLEY McELROY; DAVE FRIEDMAN; SRFP, INC.; and SOUTH PADRE ISLAND FISHING CENTER JOINT VENTURE** | § § § § § § | |

**DEFENDANTS SOUTH PADRE ISLAND FISHING CENTER, INC.; STANLEY McELROY; DAVE FRIEDMAN; SRFP, INC., and SOUTH PADRE ISLAND FISHING CENTER JOINT VENTURE'S**
**CERTIFICATE OF WRITTEN DISCOVERY**

TO: **CSL DEVELOPMENT CORPORATION, INC.**, Plaintiff, by and through their attorney of record, to wit:

Mr. John T. Flood
**HILLIARD & MUNOZ**
719 S. Shoreline, Suite 600
Corpus Christi, TX 78401

Mr. Joseph W. Grant
The Grant Law Firm
2437 Bay Area Blvd., #100
Houston, TX 77058

**COMES NOW, DEFENDANTS SOUTH PADRE ISLAND FISHING CENTER, INC.; STANLEY McELROY; DAVE FRIEDMAN; SRFP, INC., and SOUTH PADRE ISLAND FISHING CENTER JOINT VENTURE**, and files this their Certificate of Written Discovery and certifies that the following discovery was properly served to all counsel on January 14, 2002,

pursuant to all applicable Rules of Civil Procedure:

1. Defendants South Padre Island Fishing Center, Inc.; Stanley McElroy; Dave Friedman; SRFP, Inc.; and South Padre Island Fishing Center Joint Venture's First Set of Interrogatories and Request for Production to Plaintiff CSL Development Corporation, Inc.

Respectfully submitted,

**GRIFFITH, SAENZ & HILL, L.L.P.**
1325 Palm Blvd., Suite H
Brownsville, TX 78520
(956) 541-2862
(956) 541-2864 Fax

BY: Carla M Saenz
Carla M. Saenz
State Bar No. 17514595
Federal Identification No. 7994
**ATTORNEYS FOR DEFENDANT SOUTH PADRE ISLAND FISHING CENTER JOINT VENTURE**

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, TX 78520
(956) 542-5666
(956) 542-0016 Fax

By: Michael Fischer with permission by cms.
W. MICHAEL FISHER
State Bar No. 07062420
Federal Admission No.: 1080
**ATTORNEYS FOR DEFENDANTS SOUTH PADRE ISLAND FISHING CENTER, INC., STANLEY McELROY; DAVE FRIEDMAN; SRFP, INC.**

# CERTIFICATE OF SERVICE

**I CERTIFY** that a true and correct copy of the above and foregoing document has been sent on this 16th day of January, 2002, to all counsel of record, to wit:

Mr. John T. Flood
Mr. Bob Hilliard
Hilliard & Munoz
719 S. Shoreline, Suite 600
Corpus Christi, TX 78401

**Via CMRRR 7000 0520 0024 6464 1391**

Mr. Joseph W. Grant
The Grant Law Firm
2437 Bay Area Blvd., #100
Houston, TX 77058

**Via CMRRR 7000 0520 0024 6464 4682**

J.A. Magallanes
Magallanes, Hinojosa & Mancias
1713 Boca Chica Blvd.
Brownsville, TX 78520

Paul L. Fourt, Jr.
Attorney at Law
1000 E. Van Buren
Brownsville, TX 78520

Carla M. Saenz
CARLA M. SAENZ