**ORIGINAL**

31

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 1 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CSL DEVELOPMENT CORPORATION, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-059 |
| | § | |
| GAIM-KO, INC.; RAY GALLEGOS; | § | |
| SOUTH PADRE ISLAND FISHING | § | |
| CENTER, INC.; STANLEY McELROY; | § | |
| DAVE FRIEDMAN; SRFP, INC.; and | § | |
| SOUTH PADRE ISLAND FISHING | § | |
| CENTER JOINT VENTURE | § | |

DEFENDANTS', GAIM-KO, INC., RAY GALLEGOS, SOUTH PADRE ISLAND
FISHING CENTER, INC., STANLEY McELROY, DAVE FRIEDMAN, SRFP, INC.,
AND SOUTH PADRE ISLAND FISHING CENTER JOINT VENTURE
MOTION FOR CONTINUANCE FOR EXTENSION OF TIME
TO COMPLETE ALL DISCOVERY DEADLINES



TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, GAIM-KO, INC., RAY GALLEGOS, SOUTH PADRE ISLAND FISHING CENTER, INC., STANLEY McELROY, DAVE FRIEDMAN, SRFP, INC., AND SOUTH PADRE ISLAND FISHING CENTER JOINT VENTURE, Defendants, and file this their Motion for Continuance and For Extension of Time to Complete all Discovery Deadlines in the above entitled and numbered cause, and in support thereof would show unto the Court as follows:

## I.

The trial on the merits is currently set for March, 2002, docket call. A Final Pre-Trial is set for February 28, 2002, at 8:30 a.m., and Jury Selection is set for March 1, 2002, at 8:30 a.m.

## II.

The Defendants in the above-styled and numbered cause request their first continuance and extension to complete all discovery deadlines due to the fact that discovery is incomplete. Specifically, Defendants' are awaiting Plaintiff's responses to written discovery, after which various deposition will have to be taken, including of factual and expert witnesses. To date only one deposition has been taken in the case. The Defendants request that the Court continue the case for at least four (4) months so that the parties can complete discovery, and extend all deadlines as outlined in their Joint Discovery Case Management Plan, in order to allow the parties sufficient time to engage in further discovery and preparation of this case. The parties hereby request that all the deadlines be extended so that all relevant information can be obtained.

## III.

The parties have pursued discovery matters diligently in order to abide by the Court ordered Joint Discovery Case Management Plan. However, additional time is necessary to complete the extensive discovery anticipated in this case which in turn is necessary to complete all other deadlines.

## IV.

The parties would state onto the Court that this Motion is not made for the purpose of delay, but solely that justice may be done.

**WHEREFORE, PREMISES CONSIDERED**, Defendants, **GAIM-KO, INC., RAY**

**GALLEGOS, SOUTH PADRE ISLAND FISHING CENTER, INC., STANLEY McELROY, DAVE FRIEDMAN, SRFP, INC., AND SOUTH PADRE ISLAND FISHING CENTER JOINT VENTURE,** pray that their Motion for Continuance of the Trial Date and for Extension of Time to Complete All Deadlines in this case be in all things granted; and for such other and further relief, both general and special, legal or equitable, to which parties may show themselves justly entitled.

Respectfully submitted,

**CARLA M. SAENZ & ASSOCIATES, P.L.L.C.**
1325 Palm Blvd., Suite H
Brownsville, TX 78520
(956) 541-2862
(956) 541-2864 Fax

BY: *Carla M. Saenz*
Carla M. Saenz
State Bar No. 17514595
Federal Identification No. 7994
**ATTORNEYS FOR DEFENDANT
SOUTH PADRE ISLAND FISHING
CENTER JOINT VENTURE**

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, TX 78520
(956) 542-5666
(956) 542-0016 Fax

By: *Michael Fisher with permission by Carla M. Saenz*
W. MICHAEL FISHER
State Bar No. 07062420
Federal Admission No.: 1080
**ATTORNEYS FOR DEFENDANTS
SOUTH PADRE ISLAND FISHING CENTER, INC.;
STANLEY McELROY; DAVE FRIEDMAN; SRFP, INC.**

Paul L. Fourt, Jr.
Attorney at Law
1000 E. Van Buren
Brownsville, TX 78520
(956) 574-0109
(956) 574-0227

By: _Paul L. Fourt Jr., with permission by Carla M. Saenz_
Paul L. Fourt, Jr.
SBN: 00785874
Fed. Id. No. 19663
**ATTORNEY FOR DEFENDANTS
RAY GALLEGOS AND GAIM-KO, INC.**

## **CERTIFICATE OF SERVICE**

**I CERTIFY** that a true and correct copy of the above and foregoing document has been sent on this 1st day of February, 2002, to all counsel of record, to wit:

| | |
|---|---|
| Mr. John T. Flood<br>Mr. Bob Hilliard<br>Hilliard & Munoz<br>719 S. Shoreline, Suite 600<br>Corpus Christi, TX 78401 | **Via CMRRR 7000 0520 0024 6464 3876** |
| Mr. Joseph W. Grant<br>The Grant Law Firm<br>2437 Bay Area Blvd., #100<br>Houston, TX 77058 | **Via Regular Mail** |
| J.A. Magallanes<br>Magallanes, Hinojosa & Mancias<br>1713 Boca Chica Blvd.<br>Brownsville, TX 78520 | **Via Regular Mail** |
| Paul L. Fourt, Jr.<br>Attorney at Law<br>1000 E. Van Buren<br>Brownsville, TX 78520 | **Via Regular Mail** |
| Mr. Michael W. Fisher<br>Roerig, Oliveira & Fisher, L.L.P.<br>855 W. Price Road, Suite 9<br>Brownsville, TX 78520 | **Via Regular Mail** |

_Carla M. Saenz_
CARLA M. SAENZ

## CERTIFICATE OF CONFERENCE

I hereby certify that on this the 1st day of February, 2002, I conferred with Plaintiffs' counsel regarding this motion and they have advised that they do not oppose the continuance of the trial and/or extending the discovery deadlines for the parties.

_____
CARLA M. SAENZ

## **VERIFICATION**

THE STATE OF TEXAS   §
                    §
COUNTY OF CAMERON    §

BEFORE ME, the undersigned authority, personally appeared **CARLA M. SAENZ, of CARLA M. SAENZ & ASSOCIATES, P.L.L.C.,** known to me personally to be the person whose signature is above subscribed, and who, after being by me, duly sworn, deposed and stated that she is one of the attorneys of record for the Defendants, in the above entitled and numbered cause, has authority to make the foregoing Motion, and that the recitals contained therein are true and correct to the best of her knowledge and belief.

_____
Carla M. Saenz
**CARLA M. SAENZ & ASSOCIATES, P.L.L.C.**

SUBSCRIBED AND SWORN TO BEFORE ME this ___1___ day of February, 2002, to certify which witness my hand and seal of office.



SANDRA ESPINOZA
Notary Public,
State of Texas
Comm. Exp. 12-09-2003

_____
Notary Public in Hidalgo County,
for the State of Texas
My Commission Expires: _____

# ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | | |
|---|---|---|
| CSL DEVELOPMENT CORPORATION, INC. § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| VS. § | CIVIL ACTION NO. B-01-059 | |
| § | | |
| GAIM-KO, INC.; RAY GALLEGOS; § | | |
| SOUTH PADRE ISLAND FISHING § | | |
| CENTER, INC.; STANLEY McELROY; § | | |
| DAVE FRIEDMAN; SRFP, INC.; and § | | |
| SOUTH PADRE ISLAND FISHING § | | |
| CENTER JOINT VENTURE § | | |

## ORDER GRANTING DEFENDANTS' MOTION FOR CONTINUANCE AND FOR EXTENSION OF TIME TO COMPLETE ALL DEADLINES

On this _____ day of _____, 2002, came on to be heard Defendants' Motion for Continuance and for Extension of Time to Complete All Deadlines in the above styled and numbered cause. The Court, after having considered said Motion, is of the opinion that same should be in all things **granted**;

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that

1. **ALL DISCOVERY** shall be completed by: _____

2. **DESIGNATION OF EXPERT WITNESSES & PRODUCTION OF EXPERTS' REPORT** shall be completed by:

   Plaintiffs: _____

   Defendants: _____

3. **COMPLETION OF DISCOVERY** by:

   Plaintiffs: _____

   Defendants: _____

4. **MOTIONS DEADLINE** shall be completed by: _____

5. **JOINDER OF ALL PARTIES** shall be completed by: _____

6. **A PRETRIAL CONFERENCE** and **SETTLEMENT CONFERENCE** is set for: _____

7. **A FINAL PRETRIAL CONFERENCE** is set for: _____

8. **JURY SELECTION** is set for: _____

**SIGNED AND ENTERED** this the ___ day of _____, 2002, at Brownsville, Texas.

_____
**U.S. FEDERAL DISTRICT JUDGE**