IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CSL DEVELOPMENT CORPORATION, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-059 |
| | § | |
| GAIM-KO, INC.; RAY GALLEGOS; | § | |
| SOUTH PADRE ISLAND FISHING | § | |
| CENTER, INC.; STANLEY McELROY; | § | |
| DAVE FRIEDMAN; SRFP, INC.; and | § | |
| SOUTH PADRE ISLAND FISHING | § | |
| CENTER JOINT VENTURE | § | |

**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION
OF TIME TO DESIGNATE EXPERTS AND PRODUCE EXPERTS' REPORTS**

On this _1st_ day of _February_, 2002, came on to be heard Defendants', **GAIM-KO, INC.; RAY GALLEGOS; SOUTH PADRE ISLAND FISHING CENTER, INC.; STANLEY McELROY; DAVE FRIEDMAN; SRFP, INC.; AND SOUTH PADRE ISLAND FISHING CENTER JOINT VENTURE**, Motion for Extension of Time to Designate Experts and Produce Experts' Reports _(Docket No. 30)_ in the above styled and numbered cause. The Court, after having considered said Motion, is of the opinion that same should be in all things **granted**;

**IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED** that Defendants' deadline to Designate Experts and Produce Experts' Reports shall be completed by the _1st_ day of <u>March</u>, 2002.

SIGNED AND ENTERED this the 1st day of February, 2002, at Brownsville, Texas.

_____
U.S. ~~FEDERAL DISTRICT~~ MAGISTRATE JUDGE