# ORIGINAL

33

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION**

United States District Court
Southern District of Texas
ENTERED

FEB 13 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| CSL DEVELOPMENT CORPORATION, INC. § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | **CIVIL ACTION NO. B-01-059** |
| § | |
| GAIM-KO, INC.; RAY GALLEGOS; § | |
| SOUTH PADRE ISLAND FISHING § | |
| CENTER, INC.; STANLEY McELROY; § | |
| DAVE FRIEDMAN; SRFP, INC.; and § | |
| SOUTH PADRE ISLAND FISHING § | |
| CENTER JOINT VENTURE § | |

---

**AGREED ORDER GRANTING
MOTION FOR CONTINUANCE AND FOR EXTENSION OF TIME
TO COMPLETE ALL DEADLINES**

---

On this _13th_ day of _February_, 2002, came on to be heard Defendants' Motion for Continuance and for Extension of Time to Complete All Deadlines in the above styled and numbered cause. The Court, after having considered said Motion and the agreement of the parties, is of the opinion that same should be in all things **granted**;

**IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that**

1. **COMPLETION OF DISCOVERY** by:                              September 13, 2002

2. **DESIGNATION OF EXPERT WITNESSES & PRODUCTION OF EXPERTS' REPORT** shall be completed by:

   Plaintiffs:                                                   March 29, 2002

   Defendants:                                                   May 31, 2002

3. **MOTIONS DEADLINE** shall be filed by:                      August 9, 2002

4. **JOINDER OF ALL PARTIES** shall be completed by:            March 25, 2002

5. **A FINAL PRETRIAL CONFERENCE** and **SETTLEMENT**
   **CONFERENCE** is set ~~for~~ before Magistrate Judge John   <u>August 23, 2002</u> at 1:30 P.M.
   Wm. Black
   FINAL PRETRIAL is set before Judge Filemon B. Vela   September 5, 2002 at 8:30 A.
6. **JURY SELECTION** is set before Judge Filemon B. Vela <u>September, ~~XXXX~~ 6</u>, 2002 at
   8:30 A.M.
7. **TRIAL** date will be set by Judge Filemon B. Vela   ~~September 23, 2002~~
   at the docket call for:   <u>September, 2002</u>

   **SIGNED AND ENTERED** this the /3 day of **FEB**          , 2002, at Brownsville, Texas.

   _____
   U.S. FEDERAL MAGISTRATE JUDGE

**APPROVED AS TO FORM:**

Mr. Joseph Grant
**The Grant Law Firm**
2437 Bay Area Blvd., #100
Houston, TX 77058
(281) 286-1222 - Telephone
(281) 286-1444 - Fax
Federal I.D. No. 6217
*Co-Counsel for CSL Development Corporation, Inc.*

and

**Hilliard & Munoz**
719 S. Shoreline, Suite 600
Corpus Christi, TX 78401
(361) 882-1612 - Telephone
(361) 882-3015 - Fax

By: *John T. Flood* with permission
    John T. Flood                by Carla M. Saenz
    State Bar No.: 07155910
    Federal I.D. No. 12593

   *Attorneys In Charge for*
   *CSL Development Corporation, Inc.*