IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 1 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CSL DEVELOPMENT CORPORATION, INC. § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. B01-059 |
| § | JURY DEMANDED |
| GAIM-KO, INC.; RAY GALLEGOS; § | |
| SOUTH PADRE ISLAND FISHING § | |
| CENTER, INC.; STANLEY McELROY; § | |
| DAVE FRIEDMAN; SRFP, INC.; and § | |
| SOUTH PADRE ISLAND FISHING § | |
| CENTER JOINT VENTURE § | |
| § | |
| Defendants. § | |

### PLAINTIFF CSL DEVELOPMENT CORPORATION, INC.'S DESIGNATION OF EXPERT WITNESS

Pursuant to Agreed Order Granting Motion for Continuance and For Extension of Time to Complete All Deadlines, Plaintiff CSL Development Corporation, Inc. designates the following expert(s):

C.M. Henkel III
**Fritz, Byrne & Head, L.L.P.**
500 N. Shoreline, Suite 800
Corpus Christi, Texas 78471
361/883-1500
361/888-9149

Mr. Henkel is a lawyer who will be called to testify regarding plaintiff's reasonable and necessary attorney's fees for investigating, preparing and filing and prosecuting plaintiff's breach of contract/specific performance actions, and, any necessary appeals of a judgment regarding such claims.

c:CSL\Designation of Expert

Captain A.D Guerrero
c/o Aker Gulf Marine
FM Rd 1069
Ingleside, Texas
361/643-8533

Captain Guerrero may be called as a witness to testify regarding his inspections of the M/V Entertainer that he conducted as a representative of the United States Coast Guard. Plaintiff has no control over Capt. Guerrero and he is not a specially-retained expert witness. As such, he has no report other than the inspection which has already been produced in discovery. Capt. Guerrero is a fact witness whose training and expertise may allow him to render "expert testimony".

Respectfully submitted,

By: _____
John Flood
State Bar. No. 07155910
719 S. Shoreline Blvd., Suite 600
Corpus Christi, Texas 77401
(361) 882-1612
(361) 882-3015 (Facsimile)

**ATTORNEY IN CHARGE FOR PLAINTIFFS**

OF COUNSEL:

J.A. Magallanes
State Bar No. 12809500
Magallanes, Hinojosa & Mancias
1713 Boca Chica
Brownsville, Texas 78520
(956) 544-6571
(956) 544-4290 (Facsimile)

Bob Hilliard
State Bar No. 09677700
Hilliard & Muñoz, PPC
719 S. Shoreline, Suite 600
Corpus Christi, Texas 78401
(361) 882-1612
(361) 882-3015 (Facsimile)

Joseph M. Grant
State Bar No. 08301520
The Grant Law Firm
2437 Bay Area Blvd., #100
Houston, Texas 77058
(281) 286-1222
(281) 286-1444 (Facsimile)

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was served on this the 2?th day of March, 2002 by Certified Mail/Return Receipt Requested on:

Mr. W. Michael Fisher
**Roerig, Oliveria & Fisher, LLP**
855 West Price Road, Suite 9
Browsville, Texas 78520

Ms. Carla Saenz
**Carla Saenz & Associates, P.L.L.C.**
1325 Palm Blvd., Suite H
Brownsville, Texas 78520

Mr. Paul L. Fourt, Jr.
**Law Office of Paul L. Fourt, Jr.**
1000 E. Van Buren
Brownsville, Texas 78520

_____
John Flood

FRITZ, BRYNE & HEAD, L.L.P.
500 N. SHORELINE, SUITE 800
CORPUS CHRISTI, TEXAS 78471
(361) 883-1500
(361) 888-9149


C.M. HENKEL, III


      Admitted to bar 1971, Texas; U.S. District Court, Southern and Western Districts of Texas; U.S. Supreme Court.

| | |
|---|---|
| Education: | University of Texas (B.A., 1967), University of Houston (J.D., 1971), Phi Delta Phi Fraternity. |
| Member: | Corpus Christi Bar Association, State Bar of Texas, Fellow of the Texas Bar Foundation, Texas Association of Bank Counsel |
| Practice Areas: | Civil Litigation, Lender Liability; Deceptive Trade Practices; Construction and Employment Law; Banking Law; Commercial Law; Business Law; Consumer Credit Law; Real Estate Law |