IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 15 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CSL DEVELOPMENT CORPORATION, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-059 |
| | § | |
| GAIM-KO, INC.; RAY GALLEGOS; SOUTH PADRE ISLAND FISHING CENTER, INC.; STANLEY McELROY; DAVE FRIEDMAN; SRFP, INC.; and SOUTH PADRE ISLAND FISHING CENTER JOINT VENTURE | § § § § § | |

## ORDER SETTING HEARING

It is hereby ORDERED that this Honorable Court has set a hearing date on the First Motion for Summary Judgment filed by Defendants SOUTH PADRE ISLAND FISHING CENTER, INC., STANLEY McELROY, DAVE FRIEDMAN, SRFP, INC. and SOUTH PADRE ISLAND FISHING JOINT VENTURE, for the __12th__ day of ____June____, 2002, beginning at __2:00__ o'clock __P__.M.

SIGNED FOR ENTRY this _14th_ day of __MAY__, 2002.

_____
JUDGE PRESIDING

Copies to:

W. Michael Fisher
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520

John T. Flood
FLOOD & FLOOD
555 North Carancahua, Suite 830
Corpus Christi, Texas 78478

Mr. Rudy A. Ortiz
Attorney at Law
800 Gold Ave. SW
P.O. Box 26191
Albuquerque, New Mexico 87125

Mr. Joseph W. Grant
THE GRANT LAW FIRM
2437 Bay Area Blvd., #100
Houston, Texas 77058

Ms. Carla Saenz
CARLA M. SAENZ & ASSOCIATES
1325 Palm Blvd., Suite H
Brownsville, Texas 78520

Paul L. Fourt, Jr.
Attorney at Law
1000 E. Van Buren Street
Brownsville, Texas 78520