# FLOOD & FLOOD
### ATTORNEYS AT LAW

555 N. CARANCAHUA, SUITE 830
CORPUS CHRISTI, TEXAS 78478
TELEPHONE 361.654.8877
FACSIMILE 361.654.8879

JOHN FLOOD
john@floodandflood.com

United States District Court
Southern District of Texas
FILED

MAY 20 2002

Michael N. Milby
Clerk of Court

May 15, 2002

**Via First Class Mail**
United States District Clerk
Southern District, Brownsville Division
1158 Federal Bldg.
600 E. Harrison St.
Brownsville, Texas 78520-7114

Re:  Civil Action No.B01-059; *CSL Development Corporation, Inc. vs. Gaim-Ko, Inc., et al.;* United States District Court Southern District of Texas Brownsville Division

Dear Clerk:

Pursuant to the Southern District of Texas' Local Rule 2F, please accept this letter as notice that the undersigned's address has changed:

John Flood
Texas Bar No. 07155910
Fed. I.D. No. 12593
Flood & Flood
555 N. Carancahua, Suite 830
Corpus Christi, Texas  78478
Phone: 361/654-8877
Fax:     361/654-8879

We request that you acknowledge same by placing your file stamp upon the extra copy provided and returning same to our offices via the enclosed envelope.

---

United States District Clerk
Southern District
May 15, 2002
Page 2

Should you have any questions, please feel free to contact me.

Very truly yours,

FLOOD & FLOOD

John Flood

JF:ikc

cc:   All Counsel

---