United States District Court
Southern District of Texas
FILED

MAY 2 2 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CSL DEVELOPMENT CORPORATION, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B01-059 |
| | § | JURY DEMANDED |
| GAIM-KO, INC.; RAY GALLEGOS; | § | |
| SOUTH PADRE ISLAND FISHING | § | |
| CENTER, INC.; STANLEY McELROY; | § | |
| DAVE FRIEDMAN; SRFP, INC.; and | § | |
| SOUTH PADRE ISLAND FISHING | § | |
| CENTER JOINT VENTURE | § | |
| | § | |
| Defendants. | § | |

COMPLAINANT'S **UNOPPOSED** MOTION FOR LEAVE TO
FILE OPPOSITION PAPERS TO DEFENDANTS SOUTH PADRE ISLAND FISHING
CENTER, INC., STANLEY MCELROY, DAVE FRIEDMAN, SRFP, INC. and SOUTH
PADRE ISLAND FISHING CENTER JOINT VENTURE'S
FIRST MOTION FOR SUMMARY JUDGMENT AFTER THE SUBMISSION DATE
BUT BEFORE THE HEARING

Complainant CSL Development Corporation, Inc. respectfully asks the Court to

grant it leave to file opposition papers to the motion for summary judgment filed by

Defendants SOUTH PADRE ISLAND FISHING CENTER, INC., STANLEY

MCELROY, DAVE FRIEDMAN, SRFP, INC. and SOUTH PADRE ISLAND FISHING

CENTER JOINT VENTURE.

1.    The motion for summary judgment was filed on or about April 16, 2002.

2.    Complainant's attorney in charge received the motion on April 29, 2002.

3.    A hearing on the motion for summary judgment is set for June 12, 2002, at

2:00 p.m.

3.    Pursuant to Rule 6.E. of the Local Rules of the Southern District of Texas, Complainant's opposition papers were due to be filed on or about May 6, 2002, the submission date under Rule 6.D.  Prior to April 16, 2002, and between April 16 and May 6, unsuccessful attempts were made by all parties to schedule the depositions of the affiants whose affidavits were attached to the motion for summary judgment.  Two of the affiants are to be deposed the week of May 27, 2002.

4.    Complainants seek to depose the affiants and submit such testimony in opposition to the motion for summary judgment.

5.    Counsel for movants do not oppose the request made by complainant in this motion.

THEREFORE, complainant asks the Court to grant it leave to file opposition papers to the motion for summary judgment filed by Defendants SOUTH PADRE ISLAND FISHING CENTER, INC., STANLEY MCELROY, DAVE FRIEDMAN, SRFP, INC. and SOUTH PADRE ISLAND FISHING CENTER JOINT VENTURE on or before June 7, 2002.

Respectfully Submitted,

By:    _____
John Flood
State Bar. No. 07155910
Fed. I.D. No. 12593
555 N. Carancahua, Suite 830
Corpus Christi, Texas 77401
(361) 654-8877
(361) 654-8879 (Facsimile)

**ATTORNEY IN CHARGE FOR COMPLAINANT**

OF COUNSEL:

J.A. Magallanes
State Bar No. 12809500
Magallanes, Hinojosa & Mancias
1713 Boca Chica
Brownsville, Texas 78520
(956) 544-6571
(956) 544-4290 (Facsimile)

Bob Hilliard
State Bar No. 09677700
Hilliard & Muñoz, PPC
719 S. Shoreline, Suite 600
Corpus Christi, Texas 78401
(361) 882-1612
(361) 882-3015 (Facsimile)

Joseph M. Grant
State Bar No. 08301520
The Grant Law Firm
2437 Bay Area Blvd., #100
Houston, Texas 77058
(281) 286-1222
(281) 286-1444 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on this the 17th day of May, 2002 by Certified Mail/Return Receipt Requested on:

Mr. W. Michael Fisher
**Roerig, Oliveria & Fisher, LLP**
855 West Price Road, Suite 9
Browsville, Texas 78520

Ms. Carla Saenz
**Carla Saenz & Associates, P.L.L.C.**
1325 Palm Blvd., Suite H
Brownsville, Texas 78520

Mr. Paul L. Fourt, Jr.
**Law Office of Paul L. Fourt, Jr.**
1000 E. Van Buren
Brownsville, Texas 78520

John Flood

## CERTIFICATE OF NO OPPOSITION

On May 15, 2002, I faxed a draft of this motion to all counsel of record. By letter dated May 16, 2002, counsel for the summary judgment movants agreed to the relief requested herein. In a phone call on May 17, 2002, counsel for Gaim-Ko and Mr. Gallegos agreed to the relief requested herein.

John Flood

4