40

United States District Court
Southern District of Texas
ENTERED

MAY 23 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CSL DEVELOPMENT CORPORATION, INC. §
§
   Plaintiff, §
§
VS. § CIVIL ACTION NO. B01-059
§ JURY DEMANDED
GAIM-KO, INC.; RAY GALLEGOS; §
SOUTH PADRE ISLAND FISHING §
CENTER, INC.; STANLEY McELROY; §
DAVE FRIEDMAN; SRFP, INC.; and §
SOUTH PADRE ISLAND FISHING §
CENTER JOINT VENTURE §
§
   Defendants. §

ORDER ON COMPLAINANT'S UNOPPOSED MOTION FOR LEAVE TO
FILE OPPOSITION PAPERS TO DEFENDANTS SOUTH PADRE ISLAND FISHING
CENTER, INC., STANLEY MCELROY, DAVE FRIEDMAN, SRFP, INC. and SOUTH
PADRE ISLAND FISHING CENTER JOINT VENTURE'S
FIRST MOTION FOR SUMMARY JUDGMENT AFTER THE SUBMISSION DATE
BUT BEFORE THE HEARING

Having received and reviewed complainant CSL Development Corporation, Inc.'s

unopposed motion for leave to file opposition papers to the motion for summary

judgment filed by Defendants SOUTH PADRE ISLAND FISHING CENTER, INC.,

STANLEY MCELROY, DAVE FRIEDMAN, SRFP, INC. and SOUTH PADRE

ISLAND FISHING CENTER JOINT VENTURE; (DOCKET NO. 39)

   The Court FINDS that such motion should be granted.

   THEREFORE, complainant CSL Development Corporation, Inc. is granted leave

to file opposition papers to the motion for summary judgment filed by Defendants

SOUTH PADRE ISLAND FISHING CENTER, INC., STANLEY MCELROY, DAVE

1

FRIEDMAN, SRFP, INC. and SOUTH PADRE ISLAND FISHING CENTER JOINT VENTURE on or before June 7, 2002.

Signed on 23 MAY 2002

_____
UNITED STATES MAGISTRATE JUDGE

AGREED:

_____
John Flood
Attorney-in-Charge for Complainant CSL Development

_____
W. Michael Fisher
Attorney-in-Charge for Defendants
South Padre Island Fishing Center, Inc.;
Stanley McElroy; Dave Friedman; SRFP, Inc.

_____
Carla Saenz
Attorney-in-Charge for Defendant
South Padre Island Fishing Center
Joint Venture

_____
Paul L. Fort, Jr.
Attorney-in-Charge for Defendant
Gaim-Ko, Inc. and Ray Gallegos

2