41

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE, DIVISION**

United States District Court
Southern District of Texas
FILED

MAY 2 8 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CSL DEVELOPMENT CORPORATION, INC. § | |
| § | |
| *Plaintiff,* § | |
| § | |
| VS. § | **CIVIL ACTION NO. B-01-059** |
| § | **JURY DEMANDED** |
| GAIM-KO, INC.; RAY GALLEGOS; § | |
| SOUTH PADRE ISLAND FISHING § | |
| CENTER, INC.; STANLEY McELROY; § | |
| DAVE FRIEDMAN; SRFP, INC.; and § | |
| SOUTH PADRE ISLAND FISHING § | |
| CENTER JOINT VENTURE § | |
| § | |
| *Defendants* § | |

---

**DEFENDANTS SOUTH PADRE ISLAND FISHING CENTER, INC.;**
**STANLEY McELROY; DAVE FRIEDMAN; SRFP, INC.; and**
**SOUTH PADRE ISLAND FISHING CENTER JOINT VENTURE**
**MOTION TO COMPEL ANSWERS AND RESPONSES TO DEFENDANTS' FIRST**
**SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION**
**PROPOUNDED TO PLAINTIFF**

---

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW **SOUTH PADRE ISLAND FISHING CENTER, INC.; STANLEY**
**McELROY; DAVE FRIEDMAN; SRFP, INC.; and SOUTH PADRE ISLAND FISHING**
**CENTER JOINT VENTURE**, Defendants in the above-styled and numbered cause, and files this
their Motion to Compel Answers and Responses to the Defendants' First Set of Interrogatories
and Request for Production, propounded to Plaintiff, **CSL DEVELOPMENT CORPORATION,**
**INC.**, and in support thereof would show the following:

## I.

On or about February 22, 2002, Defendants received Plaintiff's, **CSL DEVELOPMENT CORPORATION, INC.**, answers and objections to Defendants' First Set of Interrogatories and Request for Production, a true and correct copy of which is enclosed hereto as **Exhibit "A."**

Plaintiff's objections and answers to Interrogatory Nos. 2, 3, 14, 15, 17 and 25; and, Requests for Production Nos. 5, 6, 9, 10, 11, 12, 13, 14, 15, 24, 25, 28 and 29 are without merit, inadequate or incomplete and constitute a clear abuse of the discovery process.

Said discovery requests seek information relevant to the subject matter in this action, and may lead to the discovery of admissible evidence at trial.

Defendants request that the Plaintiff be compelled to answer to the Interrogatories and Requests for Production listed above on the basis that Plaintiff's objections and answers are not contemplated by the Federal Rules of Civil Procedure.

## II.

On or about April 9, 2002, Defendants sent a letter to Plaintiff's counsel advising him of their incomplete answers and responses to Defendants' First Set of Interrogatories and Requests for Production, a true and correct copy of which are attached hereto as **Exhibit "B."**

## III.

On or about April 11, 2002, Plaintiffs sent a letter to Defendants' counsel regarding Plaintiff's answers and responses to the items addressed above, a true and correct copy of which is attached hereto as **Exhibit "C."**

## IV.

On May 6, 2002, Defendants sent a letter to Plaintiff's counsel advising him of their

incomplete supplemental answers and responses to Defendants' First Set of Interrogatories and Requests for Production, a true and correct copy of which are attached hereto as **Exhibit "D."**

Plaintiff has not supplemented its answers and responses to the items addressed above in the Defendants' First Set of Interrogatories and Requests for Production.

As of the date of the filing of this Motion, the Plaintiff has not supplemented its answers or responses to said First Set of Interrogatories and Requests for Production discussed above.

## V.

The Plaintiff has an obligation or duty under the Federal Rules of Civil Procedure to fully answer and respond to said Interrogatories and Requests for Production and to subsequently supplement each answer and response. Accordingly, the Defendants would be highly prejudiced and cannot prepare its defenses for the trial of this lawsuit without a ruling from the Court.

**WHEREFORE, PREMISES CONSIDERED**, Defendants, **SOUTH PADRE ISLAND FISHING CENTER, INC.; STANLEY McELROY; DAVE FRIEDMAN; SRFP, INC.; and SOUTH PADRE ISLAND FISHING CENTER JOINT VENTURE**, pray that, upon notice and hearing, the Court order the Plaintiff, **CSL DEVELOPMENT CORPORATION, INC.**, to answer and respond adequately and completely and to withdraw its objections to Defendants' First Set of Interrogatories and Requests for Production and direct the Plaintiff to file supplemental answers and responses to said Interrogatories and Requests for Production within seven (7) days from the date of this hearing.

**DATED** this ___28 th___ day of May, 2002.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, TX 78520
(956) 542-5666 Tel
(956) 542-0016 Fax


By: _Michael Fisher with permission_
    W. MICHAEL FISHER
    State Bar No. 07062420 _by Carla M. Saenz_
    Federal Admission No.: 1080

    **ATTORNEYS FOR DEFENDANTS**
    **SOUTH PADRE ISLAND FISHING CENTER, INC.;**
    **STANLEY McELROY; DAVE FRIEDMAN; SRFP, INC.**


**CARLA M. SAENZ & ASSOCIATES, P.L.L.C.**
1325 Palm Blvd., Suite H
Brownsville, TX 78520
(956) 541-2862
(956) 541-2864 Fax


BY: _Carla M. Saenz_
    Carla M. Saenz
    State Bar No. 17514595
    Federal Identification No. 7994

    **ATTORNEYS FOR DEFENDANT**
    **SOUTH PADRE ISLAND FISHING**
    **CENTER JOINT VENTURE**

## CERTIFICATE OF SERVICE

**I CERTIFY** that a true and correct copy of the above and foregoing document has been sent on this _28th_ day of May, 2002, to all counsel of record, to wit:

| | |
|---|---|
| Mr. John T. Flood<br>**Flood & Flood**<br>555 North Carancahua, Suite 830<br>Corpus Christi, TX 78478 | *Via CM/RRR 7000 0520 0024 6462 5810* |
| Mr. Joseph W. Grant<br>The Grant Law Firm<br>2437 Bay Area Blvd., #100<br>Houston, TX 77058 | *Via Regular Mail* |
| Mr. Rudy A. Ortiz<br>Attorney at Law<br>800 Gold Ave. SW<br>P.O. Box 26191<br>Albuquerque, New Mexico 87125 | *Via Regular Mail* |
| Paul L. Fourt, Jr.<br>Attorney at Law<br>1000 E. Van Buren<br>Brownsville, TX 78520 | *Via Regular Mail* |
| Ms. Marcy L. Rothman<br>**Rothman & Hext, L.L.P.**<br>1301 McKinney Street, Suite 3177<br>Houston, TX 77010 | *Via Regular Mail* |

CARLA M. SAENZ

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | | |
|---|---|---|
| CSL DEVELOPMENT CORPORATION, INC. | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-059 |
| | § | JURY DEMANDED |
| GAIM-KO, INC.; RAY GALLEGOS; | § | |
| SOUTH PADRE ISLAND FISHING | § | |
| CENTER, INC.; STANLEY McELROY; | § | |
| DAVE FRIEDMAN; SRFP, INC.; and | § | |
| SOUTH PADRE ISLAND FISHING | § | |
| CENTER JOINT VENTURE | § | |
| | § | |
| *Defendants* | § | |

---

### ORDER GRANTING DEFENDANTS' MOTION TO COMPEL

---

BE IT REMEMBERED that on this the _____ day of _____, 2002, came on to be considered Defendants', **SOUTH PADRE ISLAND FISHING CENTER, INC.; STANLEY McELROY; DAVE FRIEDMAN; SRFP, INC.; and SOUTH PADRE ISLAND FISHING CENTER JOINT VENTURE,** Motion To Compel Answers and Responses to the Defendants' First Set of Interrogatories and Requests for Production to Plaintiff, **CSL DEVELOPMENT CORPORATION, INC.** The Court, after considering said Motion, and argument of counsel, is of the opinion that said Motion should be in all things **granted.**

**IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED** that Plaintiff, **CSL DEVELOPMENT CORPORATION, INC.,** shall file supplemental answers and responses to First Set of Interrogatories and Requests for Production within seven (7) days from the date of this

Order.

**SIGNED AND ENTERED** this the ____ day of _____, 2002.


_____
U.S. MAGISTRATE
JOHN W. BLACK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

CSL DEVELOPMENT CORPORATION, INC. §
§
*Plaintiff,* §
§
VS. §
§
GAIM-KO, INC.; RAY GALLEGOS; §
SOUTH PADRE ISLAND FISHING §
CENTER, INC.; STANLEY McELROY; §
DAVE FRIEDMAN; SRFP, INC.; and §
SOUTH PADRE ISLAND FISHING §
CENTER JOINT VENTURE §
§
*Defendants* §

CIVIL ACTION NO. B-01-059
JURY DEMANDED

---

### ORDER SETTING HEARING

---

IT IS ORDERED that a hearing in the above-entitled and numbered cause on Defendants',

SOUTH PADRE ISLAND FISHING CENTER, INC.; STANLEY McELROY; DAVE

FRIEDMAN; SRFP, INC.; and SOUTH PADRE ISLAND FISHING CENTER JOINT

VENTURE, Motion to Compel Answers and Responses to Defendant's First Set of

Interrogatories and Requests for Production to Plaintiff, CSL DEVELOPMENT

CORPORATION, INC., be, and the same is hereby set for the 12TH day of June , 2002, at 2:00

o'clock p.m., in the United States District Court Southern District of Texas, Brownsville

Division.

**SIGNED AND ENTERED** this the _____ day of _____, 2002.

_____
U.S. MAGISTRATE
JOHN W. BLACK

Copies to:

Ms. Carla M. Saenz, **Carla M. Saenz & Associates, P.L.L.,** 1325 Palm Blvd., Suite H, Brownsville TX 78520
Mr. Michael W. Fisher, **Roerig, Oliveira & Fisher, L.L.P.,** 855 W. Price Road, Suite 9, Brownsville, TX 78520
Mr. John T. Flood, **Flood & Flood,** 555 North Carancahua, Suite 830, Corpus Christi, TX 78478
Mr. Joseph W. Grant, The Grant Law Firm, 2437 Bay Area Blvd., #100, Houston, TX 77058
J.A. Magallanes, Magallanes, Hinojosa & Mancias, 1713 Boca Chica Blvd., Brownsville, TX 78520
Paul L. Fourt, Jr., Attorney at Law, 1000 E. Van Buren, Brownsville, TX 78520

# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CSL DEVELOPMENT CORPORATION, INC.     §
                                      §
          Plaintiff,                  §
                                      §
VS.                                   §          CIVIL ACTION NO. B01-059
                                      §          JURY DEMANDED
GAIM-KO, INC.; RAY GALLEGOS;          §
SOUTH PADRE ISLAND FISHING            §
CENTER, INC.; STANLEY McELROY;        §
DAVE FRIEDMAN; SRFP, INC.; and        §
SOUTH PADRE ISLAND FISHING            §
CENTER JOINT VENTURE                  §
                                      §
          Defendants.            .    §

**PLAINTIFF CSL DEVELOPMENT CORPORATION, INC.'S
RESPONSES TO DEFENDANTS SOUTH PADRE ISLAND FISHING
CENTER, INC., STANLEY McELROY, DAVE FRIEDMAN,
SRFP, INC., and SOUTH PADRE ISLAND FISHING CENTER
JOINT VENTURE'S FIRST REQUEST FOR PRODUCTION**

TO:    **DEFENDANTS SOUTH PADRE ISLAND FISHING CENTER, INC., STANLEY
       McELROY, DAVE FRIEDMAN, and SRFP, INC.,** by and through their attorney of
       record W. Michael Fisher, 855 West Price Road, Suite 9, Brownsville, Texas 78520

       **DEFENDANT SOUTH PADRE ISLAND FISHING CENTER JOINT VENTURE**
       by and through their attorney of record Carla M. Saenz, 1325 Palm Blvd. Suite H,
       Brownsville, Texas 78520

                          Respectfully submitted,

                          By: _____
                              John Flood
                              State Bar. No. 07155910
                              719 S. Shoreline Blvd., Suite 600
                              Corpus Christi, Texas 77401
                              (361) 882-1612
                              (361) 882-3015 (Facsimile)

**ATTORNEY IN CHARGE FOR PLAINTIFFS**



RECEIVED
FEB 2 6 2002

OF COUNSEL:

J.A. Magallanes
State Bar No. 12809500
**Magallanes, Hinojosa & Mancias**
1713 Boca Chica
Brownsville, Texas 78520
(956) 544-6571
(956) 544-4290 (Facsimile)

Bob Hilliard
State Bar No. 09677700
**Hilliard & Muñoz, PPC**
719 S. Shoreline, Suite 600
Corpus Christi, Texas 78401
(361) 882-1612
(361) 882-3015 (Facsimile)

Joseph M. Grant
State Bar No. 08301520
**The Grant Law Firm**
2437 Bay Area Blvd., #100
Houston, Texas 77058
(281) 286-1222
(281) 286-1444 (Facsimile)

## Certificate of Service

The undersigned certifies that the foregoing instrument has been forwarded to all parties listed below, in the manner specified.

Dated:          February 25, 2002

John Flood

**Via Certified Mail - RRR**
W. Michael Fisher
**Roerig, Oliveria & Fisher, LLP**
855 West Price Road, Suite 9
Brownsville, Texas 78520

Ms. Carla Saenz
**Griffith, Saenz & Hill, LLP**
1325 Palm Blvd., Suite H
Brownsville, Texas 78520

**via First Class Mail**
Paul L. Fourt, Jr.
Attorney at Law
1000 E. Van Buren
Brownsville, Texas 78520

## Request for Production

1.    Corporate bylaws and articles of incorporation for CSL Development Inc., Casino Padre Investment Company, LLC, Casino Padre Investors, LLC, or any entity with a controlling interest in Casino Padre f/k/a M/V Entertainer.

**RESPONSE:** Produced.

2.    Corporate bylaws and articles of incorporation for the vessel Casino Padre f/k/a M/V Entertainer.

**RESPONSE:** None.

3.    Any and all berthing leases or operating agreement with any person or entity regarding the vessel Casino Padre f/k/a M/V Entertainer for the five (5) years prior to the lease with the Pier Defendants and until present, if any.

**RESPONSE:** None.

4.    Any and all berthing leases or operating agreements with any person or entity regarding the vessel Casino Padre f/k/a M/V Entertainer subsequent to the lease with the Pier Defendants.

**RESPONSE:** None.

5.    Certificates of inspection, citations, notices and current status issued by the U.S. Coast Guard for the five (5) years prior to the incidents giving rise to the lawsuit, thereafter and until present, for the vessel Casino Padre f/k/a M/V Entertainer.

**RESPONSE:** Produced is the Certificate of Inspection at the time of the contract.

6.    A complete copy of all insurance policy(ies) covering the vessel Casino Padre f/k/a M/V Entertainer for the past five (5) years until present.

**RESPONSE:** Produced is the declaration page.

7.    All contracts, signed or unsigned, between CSL Development Inc., and Gaim-Ko for the charter and purchase of the vessel Casino Padre f/k/a M/V Entertainer.

**RESPONSE:** Produced.

8.    All contracts, signed or unsigned, between CSL Development, Inc., Casino Padre Investment Company, LLC, Casino Padre Investors, LLC, or any entity with a controlling interest in Casino Padre f/k/a M/V Entertainer and the Pier Defendants.

**RESPONSE:** Produced.

9.      All telephone billing statements, charges or list(s) of itemized calls between the parties prior to, subsequent to or during the relevant period made the basis of this lawsuit.

**RESPONSE:** Such documents are being reviewed in an effort to produce the information requested and not produce the information not requested.

10.     All individual tax returns of Charles S. Liberis for the past (5) years to present.

**RESPONSE:** Plaintiff objects to request number 10 because the information it seeks is not relevant and will not lead to the discovery of admissible evidence.

11.     All corporate, partnership or business tax returns for CSL Development Inc., Casino Padre Investment Company, LLC, Casino Padre Investors, LLC, for the past five (5) years to present.

**RESPONSE:** Plaintiff objects to request number 11 because the information it seeks is not relevant and will not lead to the discovery of admissible evidence.

12.     All corporate, partnership or business tax returns for the vessel Casino Padre f/k/a M/V Entertainer for the past five (5) years to present.

**RESPONSE:** Plaintiff objection to request number 12 because the information it seeks is not relevant and will not lead to the discovery of admissible evidence.

13.     All financial information, including balance sheets, profit and loss statements and/or documents reflecting the net worth of CSL Development Inc., Casino Padre Investment Company, LLC, Casino Padre Investors, LLC, or any entity with ownership or a controlling interest in Casino Padre f/k/a M/V Entertainer for the past five (5) years to present.

**RESPONSE:** Plaintiff objection to request number 13 because the information it seeks is not relevant and will not lead to the discovery of admissible evidence.

14.     All monthly itemized lists evidencing the amount of ticket sales during the vessel Casino Padre f/k/a M/V Entertainer's operation at Sound Padre Island Texas, including but not limited to itemized lists of admissions and food and beverage sales.

**RESPONSE:** Plaintiff objection to request number 14 because the information it seeks is not relevant and will not lead to the discovery of admissible evidence.

15.     All advertisements, marketing and/or sales promotions, or publications, including newspaper articles, for the purchase and/or operation of the vessel Casino Padre f/k/a M/V Entertainer at all times prior to, during or subsequent to the lease with the Pier

Entertainer.

**RESPONSE:** Plaintiff has searched for such documents and discovered none. Such search will continue and such documents will be produced when and if discovered.

24.    All photographs or video-tapes of the vessel Casino Padre f/k/a M/V Entertainer.

**RESPONSE:** Original photographs are maintained at CSL offices. Same will be produced at a plaintiffs' counsel's office at a mutually convenient time.

25.    All written statements by the Pier Defendants regarding the condition of the vessel Casino Padre f/k/a M/V Entertainer.

**RESPONSE:** None.

26.    All written statements by the Pier Defendants regarding the lease of the pier at all times prior to, during or subsequent to the lease with the Pier Defendants.

**RESPONSE:** None.

27.    All solicitations, offerings, prospectuses, pro formas used in connection with the feasibility, promotion or securing of equity or loans for Casino Padre Investment Company LLC and Casino Padre Investors LLC and any entity with ownership or controlling interest in Casino Padre f/k/a M/V Entertainer.

**RESPONSE:** None.

28.    All market studies, independent professional studies, letters, written opinions, industry publications and/or studies supporting the solicitations, offerings, prospectuses, pro formas used in connection with the feasibility, promotion, or securing of equity or loans request for Casino Padre Investment Company LLC and Casino Padre Investors LLC and any entity with ownership or controlling interest in Casino Padre f/k/a M/V Entertainer.

**RESPONSE:** Plaintiff has searched for such documents and discovered none. Such search will continue and such documents will be produced when and if discovered.

29.    All payroll record including details lists of all taxes and withholding checks paid.

**RESPONSE:** Plaintiff objects to request number 13 because the information it seeks is not relevant and will not lead to the discovery of admissible evidence.

30.    All contracts and/or agreements with advertising agencies for the purchase, sale and/or operation of the vessel Casino Padre f/k/a M/V Entertainer at all times prior to, during or subsequent to the lease with the Pier Defendants.

**RESPONSE:** Plaintiff has searched for such documents and discovered none.  Such search will continue and such documents will be produced when and if discovered.

**Index of Documents:**

1.  Articles of Incorporation of CSL Development Corporation. 2-01-1995
2.  Bylaws of CSL Development Corporation.
3.  Water Quality Insurance Syndicate Declarations Page. 6-27-00 through 6-27-01
4.  Berth and Sublease Agreement. 6-23-99
5.  International Load Line Certificate(1966). Applicable dates: March 31, 2000-March 31, 2005.
6.  Certificate of Inspection. Applicable dates: April 10, 2000-April 10, 2001.
7.  Letter to John Hale from Lou Daleo. 8-15-00
8.  Specific Buyer Brokerage Agreement. 8-15-00
9.  Letter to John Hale from Lou Daleo. 8-17-00
10. Fed-Ex air bill receipt to John Hale from Lou Daleo. 8-17-00
11. Letter to Charles Liberis from Lou Daleo. 8-19-00
12. Letter to John Hale from Lou Daleo. 8-20-00
13. Letter to Ray and John from Lou Daleo. 8-25-00
14. Letter to Lou Daleo from R.A. Gallegos. 8-25-00
15. Letter to Ray and John from Lou Daleo. 8-26-00
16. Offer to Charter/Purchase. 9-6-00
17. Letter to John Hale from Lou Daleo. 9-6-00
18. Letter to Lou Daleo from R.A. Gallegos. 9-8-00
19. Letter to Gaim-Ko, Inc. from Charles S. Liberis. 9-11-00
20. Letter to Ray Gallegos from Charles S. Liberis. 9-11-00
21. Letter to Ray and John from Lou Daleo. 9-11-00
22. Letter to Ray Gallegos from Lou Daleo 9-12-00
23. Letter to Lou Daleo from Charles Liberis. 9-14-00
24. Letter to Ray Gallegos from Lou Daleo 9-15-00
25. Letter to Catherine Stetson from Charles S. Liberis. 9-15-00
26. Letter to Ray and John from Lou Daleo. 9-18-00
27. Letter to John Hale from Lou Daleo. 9-27-00
28. Letter to Dave Friedman from Charles Liberis 10-2-00
29. Letter to Ray from Lou Daleo. 10-13-00
30. Letter to Ray and John from Lou Daleo. 10-13-00
31. Letter to Lou Daleo from Charles Liberis. 10-15-00
32. Letter to Charles Liberis from Lou Daleo. 10-15-00
33. Offer to Charter/Purchase. Draft. 10-16-00
34. Offer to Charter/Purchase. 10-16-00
35. Offer to Charter/Purchase, signed by R.A. Gallegos 10-18-00
36. Letter to Ray and John from Lou Daleo. 10-18-00
37. Letter to Charles Liberis from Lou Daleo. 10-18-00
38. Letter to Ray from Lou Daleo. 10-19-00
39. Letter to Ray from Lou Daleo. 10-20-00
40. Letter to John from Lou Daleo 10-23-00
41. Letter to Ray and Pete from Lou Daleo. 10-23-00
42. Letter to Lou from Charles, Purchase of Vessel. 10-26-00

43. E-mail to ldaleo@coastalmarindltd.com from CBStetson@aol.com. 10-27-00
44. Letter to Kate Stetson from Lou Daleo. 10-27-00
45. Letter to Kate Stetson from Lou Daleo. 10-27-00 Cc: Charles Liberis
46. Letter to Kate Stetson from Lou Daleo. 10-27-00 Cc: Charles Liberis, Ray Gallegos
47. E-mail to liberis@pcola.gulf.net from CBStetson@aol.com. 10-27-00 Cc: ldaleo@coastalmarindltd.com
48. E-mail to ldaleo@coastalmarindltd.com, marineltd.com@r198-001.ev1.net from CBStetson@aol.com. 10-28-00
49. E-mail to liberis@pcola.gulf.net from CBStetson@aol.com. 10-28-00
50. Letter to Cate Stetson form Lou Daleo. 10-28-00 Cc: Ray Gallegos, Charles Liberis
51. Letter to Ray from Lou Daleo. 10-29-00
52. Letter to Charles Liberis from Lou Daleo. 10-29-00
53. Letter to Ray from Lou Daleo. 10-30-00 Cc: Charles Liberis
54. Letter to Ray Gallegos from Charles S. Liberis 10-30-00
55. Letter to Kate Stetson from Lou Daleo. 10-30-00
56. Letter to Lou Daleo from Charles Liberis. 10-31-00
57. Letter to Charles Liberis from Lou Daleo. 11-1-00
58. Letter to Ray and Pete from Lou Daleo. 11-1-00
59. Letter to Charles Liberis from Lou Daleo. 11-1-00
60. Letter to Lou Daleo from Michael Albers. 11-1-00
61. Letter to Catherine Stetson from Charles Liberis. 11-1-00
62. Letter to Ray and Pete from Lou Daleo. 11-2-00
63. Letter to Catherine Stetson from Charles Liberis. 11-2-00
64. E-mail to ldaleo@coastalmarindltd.com from CBStetson@aol.com. 11-2-00
65. Agreement to Charter and Purchase Vessel. signed 11-3-00
66. Letter to Ray and Pete from Lou Daleo. 11-3-00
67. Agreement to Charter and Purchase Vessel. 11-4-00
68. Letter to Charles Liberis from Lou Daleo. 11-4-00 Cc: Ray Gallegos
69. Letter to Charles Liberis from Lou Daleo. 11-4-00 Cc: Ray Gallegos
70. Letter to Charles Liberis from Lou Daleo. 11-4-00
71. E-mail to liberis@pcola.gulf.net from CBStetson@aol.com. 11-4-00
72. Letter to Charles Liberis from Lou Daleo. 11-6-00
73. Letter to Michael Albers from Lou Daleo. 11-6-00
74. $130,00 wire transfer. Fax date 11-6-00
75. Letter to Lou Daleo from Charles Liberis. 11-6-00
76. Letter to Ray from Lou Daleo. 11-6-00
77. Letter to Lou Daleo from Charles Liberis. 11-6-00
78. Letter to Ray Gallegos from Charles Liberis. 11-7-00
79. Letter to Ray Gallegos from Charles Liberis. 11-14-00
80. Letter to Catherine Stetson from Charles S. Liberis. 11-14-00
81. Letter to Ray from Lou Daleo. 11-16-00
82. Letter to Ray Gallegos from Charles Liberis. 11-17-00
83. Letter to Lou Daleo from R.A. Gallegos. 11-20-00

84.    Letter to Sterling Bank from Lou Daleo.  11-22-00
85.    Letter to Ray, Pete and John from Lou Daleo.  11-28-00
86.    Letter to Lou Daleo from Barbara Garrity.  12-5-00
87.    Letter to Lou Daleo from Charles Liberis.  12-6-00
88.    Letter to Lou Daleo from John Hale.  12-8-00
89.    Letter to Ray, Pete and John from Lou Daleo.  12-11-00
90.    Exhibits to depositions of Ray Gallegos and Catherine Stetson. #'s 1-66

OF COUNSEL:

J.A. Magallanes
State Bar No. 12809500
**Magallanes, Hinojosa & Mancias**
1713 Boca Chica
Brownsville, Texas 78520
(956) 544-6571
(956) 544-4290 (Facsimile)

Bob Hilliard
State Bar No. 09677700
**Hilliard & Muñoz, PPC**
719 S. Shoreline, Suite 600
Corpus Christi, Texas 78401
(361) 882-1612
(361) 882-3015 (Facsimile)

Joseph M. Grant
State Bar No. 08301520
**The Grant Law Firm**
2437 Bay Area Blvd., #100
Houston, Texas 77058
(281) 286-1222
(281) 286-1444 (Facsimile)

2

## Certificate of Service

The undersigned certifies that the foregoing instrument has been forwarded to all parties listed below, in the manner specified.

Dated:       February, _20_ 2002

John Flood

**Via Certified Mail - RRR**
W. Michael Fisher
**Roerig, Oliveria & Fisher, LLP**
855 West Price Road, Suite 9
Brownsville, Texas 78520

Ms. Carla Saenz
**Griffith, Saenz & Hill, LLP**
1325 Palm Blvd., Suite H
Brownsville, Texas 78520

**via First Class Mail**
Paul L. Fourt, Jr.
Attorney at Law
1000 E. Van Buren
Brownsville, Texas 78520

## Interrogatories

1. Please state in detail the persons answering these interrogatories, name, address, social security number, driver's license number, phone number, educational background, both formal and practical.

   **ANSWER:**    Charles S. Liberis
   1059 Harbouriew Circle
   Pensacola, FL 32508
   850.438.9647
   859.433.5409 (facsimile)
   SS#: 266.76.3429
   DL#: L162.157.421110
   Juris Doctor - Law

2. Please give complete details of the person's answering these interrogatories criminal record, if any, including but not limited to, arrests, traffic tickets or convictions.

   **ANSWER:**    Plaintiff objects to interrogatory 2 because the information it seeks is not relevant and will not lead to the discovery of admissible evidence (FRE 410).

3. Identify each person, including consulting experts, whose opinions or factual findings or the basis of any opinion or opinions of each expert listed or to be listed in response to F.R.C.P. 26 Disclosures.

   **ANSWER:**    Plaintiff has not determined who its testifying expert will be.

4. Please identify by name, address, phone number and title of the individual(s) or representative(s) of the Pier Defendants that you dealt with regarding the lease of the pier in question.

   **ANSWER:**    Stanley McElroy
   **South Padre Island Fishing Center, Inc.**
   3304 Thousand Oaks Cove
   Austin, Texas 78746
   512.306.0707

   David Friedman
   **South Padre Island Fishing Center Joint Venture**
   **SRFP, Inc.**
   One Padre Boulevard
   South Padre Island, Texas 78597
   956.761.4665

4

5.  With regard to your contention in Paragraph III of the Plaintiff's Original Complaint that the Pier Defendants told the Gaim-Ko Defendants that the vessel was unseaworthy, please state the name of the person(s) who made such statements, when such statements were made, and the names of witnesses in whose presence such statements were made.

ANSWER:   It was relayed to Charles Liberis by Ray Gallegos that these statements were made by Stan McElroy to Gallegos.  It is not known who else was present when these statements were made.

6.  With regard to your contention in Paragraph III of the Plaintiff's Original Complaint that the Pier Defendants told the Gaim-Ko Defendants that the vessel was unseaworthy, please state what your definition of the term "unseaworthy," or what you believe is meant by the term "unseaworthy."

ANSWER:   When I asked Mr. Gallegos what he meant by unseaworthy, Mr. Gallegos told me that Mr. McElroy told him that the vessel was not safe and was a liability.

7.  With regard to your contention in Paragraph III of the Plaintiff's Original Complaint that the Gaim-Ko defendants breached the agreement, in whole or in part, based upon these false statements regarding the vessel's condition as part of a plan between the Gaim-Ko and Pier defendants whereby the Gaim-Ko defendants would attempt to use those statements as a pretext to breach the agreement, please state each and every factual basis to support such contention.

ANSWER:   Plaintiff objects to intog 7's request to state "each and every factual basis to support such contention" because asking plaintiff to marshal all its evidence to answer a written interrogatory is unduly burdensome and the improper procedure as interrogatories are designed to generally narrow the issues, while depositions serve to provide detailed factual bases for contentions.  Subject to such objection, plaintiff states that,

I learned that Mr. Gallegos and the pier defendants entered into an agreement whereby GaimKo would lease the pier and that GaimKo retained Captain Luis Lasne to evaluate other vessels on behalf of GaimKo.

8.  With regard to your claims for tortious interference with contract and tortious interference with prospective business relations, please state each and every factual basis to support these claims, and specify what damages you claim you suffered and/or are entitled to.

ANSWER:   Plaintiff objects to intog 7's request to state "each and every factual basis to support such contention" because asking plaintiff to marshal all its evidence to answer a written interrogatory is unduly burdensome and the improper procedure as interrogatories are designed to generally narrow the issues, while depositions

serve to provide detailed factual bases for contentions.  Subject to such objection, plaintiff states that it is his understanding that defendant McElroy told Ray Gallegos that the vessel was not safe and was a liability.  Such statement interfered with the contract between CSL and Gallegos; alternatively, it prevented the maturation of the contractual relations between CSL and Mr. Gallegos.  Mr. McElroy was negligent in making such statement, and, a proximate result of such negligence are the plaintiffs' damages.  The damages suffered were the loss of the benefit of the bargain.

9.    With regard to your claim that the Pier defendants communicated defamatory statements that the vessel was unseaworthy and unsafe which proximately damaged your business, please state the name of the person(s) who made such statements, when such statements were made, and the names of witnesses in whose presence such statements were made.

ANSWER:    When I asked Mr. Gallegos what he meant by unseaworthy, Mr. Gallegos told me that Mr. McElroy told him that the vessel was not safe and was a liability.

10.    Please identify by name, address and telephone number the owners, directors, officers, and shareholders, including persons or entities, past and present, of the vessel Casino f/k/a/ M/V Entertainer from the date of acquisition (by any entity in which Charles Liberis had any involvement, ownership or control) to present.

ANSWER:    CSL Development Corporation
           1610 Barrancas Avenue
           Pensacola, FL 32501
           Owner of Vessel
           Charles S. Liberis, a director and president

11.    Please identify by name, address and telephone number the owners, directors, officers, shareholders, lendors and investors, including persons or entities, past and present, of CSL Development Corporation, Inc., Casino Padre Investment Company LLC and Casino Padre Investors, LLC.

ANSWER:    CSL Development Corporation - Liberis Charigtable Trust

           Casino Padre Investment Company

           Manager, sureBET Casinos, Inc.

           Mr. Phillip Archer
           Route 1, Box 229
           Lamesa, NM 88044

6

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CSL DEVELOPMENT CORPORATION, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B01-059 |
| | § | JURY DEMANDED |
| GAIM-KO, INC.; RAY GALLEGOS; | § | |
| SOUTH PADRE ISLAND FISHING | § | |
| CENTER, INC.; STANLEY McELROY; | § | |
| DAVE FRIEDMAN; SRFP, INC.; and | § | |
| SOUTH PADRE ISLAND FISHING | § | |
| CENTER JOINT VENTURE | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF CSL DEVELOPMENT CORPORATION, INC.'S
ANSWERS TO DEFENDANTS SOUTH PADRE ISLAND FISHING
CENTER, INC., STANLEY McELROY, DAVE FRIEDMAN,
SRFP, INC., and SOUTH PADRE ISLAND FISHING CENTER
JOINT VENTURE'S FIRST INTERROGATORIES**

TO:   **DEFENDANTS SOUTH PADRE ISLAND FISHING CENTER, INC., STANLEY
McELROY, DAVE FRIEDMAN, and SRFP, INC.,** by and through their attorney of
record W. Michael Fisher, 855 West Price Road, Suite 9, Brownsville, Texas 78520

**DEFENDANT SOUTH PADRE ISLAND FISHING CENTER JOINT VENTURE**
by and through their attorney of record Carla M. Saenz, 1325 Palm Blvd. Suite H,
Brownsville, Texas 78520

Respectfully submitted,

By: _____

John Flood
State Bar. No. 07155910
719 S. Shoreline Blvd., Suite 600
Corpus Christi, Texas 77401
(361) 882-1612
(361) 882-3015 (Facsimile)

**ATTORNEY IN CHARGE FOR PLAINTIFFS**

REC'D
FEB 2 2 2002
BY:_____

02-20-02

Mr. Mark Echols
1125 Hwy 144
Ohutchee AL 35271

Mr. Rex James Minton
333 Ridgebriar
Richardson, Texas 75080

Mr. Wayne Welch
5662 Hwy 431
Alexandria, AL 36250-5002

12.    Please state the name, address and telephone number of any and all lienholders, lendors, investors and/or mortgagees, conveying and/or securing debt or equity, past and present, of the vessel Casino Padre f/k/a M/V Entertainer.

ANSWER:    Bank of Pensacola
400 W. Garden Street
Pensacola, FL 32501
850.436.7800

13.    Please state the name, address and telephone number of all insurance carriers or companies providing insurance coverage to the vessel Casino Padre f/k/a M/V Entertainer for the past five (5) years.

ANSWER:    Lloyds of London
C.A. Hansen
Scott Sherodd (Agent)

14.    Please identify by name, current address (if unknown, last known address contained within your personal files), titles, job description or positions, responsibilities or duties and telephone numbers of all employees, contractors, subcontractors, independent contractors, and laborers on the vessel Casino Padre f/k/a/ M/V Entertainer.

ANSWER:    Plaintiff objects to intog 14's request to provide addresses, titles, job descriptions or positions, responsibilities or duties and telephone numbers because such request is unduly burdensome.Subject to such objection, plaintiff provides the list attached as **Exhibit "A"**.

7

15. Please state the names, address and telephone numbers of any and all vendors providing goods and/or services to the Casino Padre f/k/a M/V Entertainer at all relevant times during the alleged occurrences made the basis of this lawsuit.

ANSWER:   Plaintiff objects to intog 15's request to provide address and telephone numbers because such request is unduly burdensome.  Subject to such objection, plaintiff provides the list attached as **Exhibit "B"**.

16. List by giving the cause number, identities of the parties, court of jurisdiction, description of the controversy, the amount in controversy, date of filing, and disposition of the case, all law suits in which CSL Development Corporation, Inc., Casino Padre f/k/a M/V Entertainer, or any related subsidiary, parent or successor businesses have been named as a party for ten (10) years prior to the filing of this lawsuit, and thereafter until the present.

ANSWER:   a)   Cause No. 99-07093-CA-06; *Boissett c. CSL Development Corporation*; Circuit Court, Dade County, Florida. Pending; Personal injury claim by employee

b)   Cause No. B-00-158-636(c); *Deborah Rasheed v. Casino Padre*; U.S. District Court, Brownsville Division, Texas Filed 10-10-00; Settled; personal injury claim by employee

c)   Cause No. 01-15; *Gilson v. Casino Padre and sureBET Casinos, Inc.*; Circuit Court, Arlington County, Virginia Filed 1-2001; Default judgment entered against defendants on 3-2-01; judgment on promissory note

d)   Cause No. 546-591; *Offshore Suppliers v. Curtis Ship Chandery and CSL Development Corp.*; Jefferson Parish, LA Filed 11-17-99; Pending; failure to pay for services and/or equipment

17. List by giving the cause number, identities of parties, court of jurisdiction, description of the controversy, the amount of controversy, date of filing, and disposition of the case, all law suits in which Charles S. Liberis has been named a party for the ten (10) years prior to the filing of this lawsuit, and thereafter until present.

ANSWER:   Plaintiff objects to interrogatory 17 because the information it seeks is not relevant and will not lead to the discovery of admissible evidence.

8

18. Please state the relationship, between CSL Development Corporation, Inc., Casino Padre f/k/a M/V Entertainer, Casino Padre Investment Company, LLC and Casino Padre Investors, LLC.

ANSWER:    Casino Padre LLC chartered the M/V Casino Padre from CSL Development Corporation. The M/V Casino Padre was managed by sureBET Casino's, Inc.

19. State the name, address and telephone number of each and every person who is expected to be called to testify at trial.

ANSWER:    Plaintiff objects to interrogatory 19 because it cannot at this time affirmatively state who it will call to testify because witness' schedules and other exigencies exist. Subject to such objection, the following is a list of witnesses plaintiff may call to testify:

Captain Louie
Address and phone number unknown
Will supplement

Captain A.D Guerrero
C/o Aker Gulf Marine
FM Rd 1069
Ingleside, Texas
361.643.8533

E.L. Beche
Surveyor, American Bureau of Shipping
Address and phone number unknown

James Moon, Marine Associates
Address and phone number unknown

Michael Albers
Bank 1st, President and CEO
2900 Louisiana NE, South Bldg.
Albuquerque NM, 87109
505.872.1536

Lou Daleo, Broker
**Coastal Passenger Vessels, Ltd, LLP**
9363 Shady Lane Circle
Houston, Texas 77063
713.532.2525

9



Charles Liberis
**CSL Development Corporation**
1059 Harbouriew Circle
Pensacola, FL 32508
850.438.9647

Ray A. Gallegos, President/Director
**Gaim-ko, Inc.**
PO Box 244
2403 San Mateo Blvd., NE
Suite W17
Albuquerque, NM 87110
505.257.3454

Charlotte Gallegos, Secretary/Treasurer
**Gaim-ko, Inc.**
PO Box 244
Albuquerque, NM 87103
505.257.3454

John Hale, General Manager
**Gaim-ko, Inc.**
PO Box 244
Albuquerque, NM 87103
505.257.3454

Gary E. Gaylord (agent for service)
**Gaim-ko, Inc.**
740 San Mateo, NE, Box A-E
Albuquerque, MN 87108
505.257.3454
Stanley McElroy
**South Padre Island Fishing Center, Inc.**
3304 Thousand Oaks Cove
Austin, Texas 78746
512.306.0707

Dave Friedman
**South Padre Island Fishing Center Joint Venture**
**SRFP, Inc.**
One Padre Boulevard
South Padre Island, Texas 78597
956.761.4665

10

Catherine Stetson
Counsel for Gaim-ko
1305 Rio Grande Blvd., N.W.
Albuquerque, NM 87104

Pete Montoya
Comptroller of Gaim-Ko, Inc.
2403 San Mateo Blvd.
N.E. St. W17
Albuquerque, NM 87110

20.   With regard to the claims asserted for damages, please itemize each element of damages for which you are suing, and state in dollars and cents the amount of money you are suing for each.

**ANSWER:**   In excess of 4 million dollars plus attorneys fees and costs damages per the contract. Punitive and Defamation damages to be determined by the jury or Court.

21.   Describe in detail all conversations with, or representations by, any employees or representatives of the Pier Defendants concerning the occurrences giving rise to this suit including any representations, statements, declaration or admissions which you might attempt to make known to the judge or jury in the trial of this lawsuit.

**ANSWER:**   Please see plaintiff's responses to interrogatories 5, 6, 7, and 9.

22.   Please state whether any complaints, claims, incident reports and/or lawsuits were ever made by any patron, customer, employee, or any person against Casino Padre f/k/a M/V Entertainer during its operation at South Padre Island, Texas.

**ANSWER:**   I am aware of none.

23.   Please state whether CSL Development Corporation, Inc., Casino Padre f/k/a M/V Entertainer, Casino Padre Investment Company, LLC, Casino Padre Investors, LLC, or any subsidiary, successor or parent company thereof, have entered into any agreement or contract with any person or entity to charter and purchase the vessel Casino Padre f/k/a M/V Entertainer prior and/or subsequent to the alleged agreement with Gaim-Ko, made the subject of this lawsuit.

**ANSWER:**   They have not.

11

24.    Please give the current location of the vessel Casino Padre f/k/a M/V Entertainer and whether it is still in operation. If so, please state the nature of the business the vessel is operating.

**ANSWER:**    Bayou Chico, Pensacola, FL. Not in operation.

25.    Please state the number of days during the lease period with the Pier Defendants that the vessel Casino Padre f/k/a M/V Entertainer was unsailable for any reason, whether related to weather, mechanical conditions, servicing or Coast Guard certifications, and state the reason(s) for the vessel being unsailable.

**ANSWER:**    I am unable to answer this at this time. Will research and attempt to provide an answer.

26.    Please identify by giving the name, address and telephone number of the person, entities and/or investors that entered into any and all berthing leases with either CSL Development Corporation, Inc., and/or Casino Padre Padre f/k/a M/V Entertainer prior and subsequent to the lease with the Pier Defendants. As to each, provide the term of the agreement and/or lease, and current disposition.

**ANSWER:**    None

27.    Please identify all persons, including experts, with knowledge of relevant facts regarding any issue in this lawsuit by giving their name, address, telephone number and a brief description of each person's knowledge.

**ANSWER:**

Captain Louie
Address and phone number unknown
Will supplement
Has information regarding operation and seaworthy condition of the M/V
ENTERTAINER

Captain A.D Guerrero
C/o Aker Gulf Marine
FM Rd 1069
Ingleside, Texas
361.643.8533
Has information regarding the Coast Guard's inspection of the M/V ENTERTAINER.

12

E.L. Beche
Surveyor, American Bureau of Shipping
Address and phone number unknown
Has information regarding the condition of the M/V ENTERTAINER. He executed a
load line certificate on May 23, 2000.

James Moon, Marine Associates
Address and phone number unknown
Has information regarding the condition of the M/V ENTERTAINER. He conducted an
audio gauging on the hull and bottom of the vessel according to specifications issued by
ABS.

Michael Albers
Bank 1st, President and CEO
2900 Louisiana NE, South Bldg.
Albuquerque NM, 87109
505.872.1536
Has information regarding financing for a portion of the purchase price of the M/V
ENTERTAINER.

Lou Daleo, Broker
**Coastal Passenger Vessels, Ltd, LLP**
9363 Shady Lane Circle
Houston, Texas 77063
713.532.2525
Has information regarding the negotiation and execution of the contract at issue,
negotiation of the lease at issue, and, all statements and representations of parties he was
privy to and learned about.

Charles Liberis
**CSL Development Corporation**
1059 Harbouriew Circle
Pensacola, FL 32508
850.438.9647
Has information regarding the negotiation and execution of the contract at issue,
negotiation of the lease at issue, and, all statements and representations of parties he was
privy to and learned about.

13

Ray A. Gallegos, President/Director
**Gaim-ko, Inc.**
PO Box 244
2403 San Mateo Blvd., NE
Suite W17
Albuquerque, NM 87110
505.257.3454
Has information regarding the negotiation and execution of the contract at issue,
negotiation of the lease at issue, and, all statements and representations of parties he was
privy to and learned about.

Charlotte Gallegos, Secretary/Treasurer
**Gaim-ko, Inc.**
PO Box 244
Albuquerque, NM 87103
505.257.3454
Presumably, she has information regarding the negotiation and execution of the contract
at issue, negotiation of the lease at issue, and, all statements and representations of parties
she was privy to and learned about.

John Hale, General Manager
**Gaim-ko, Inc.**
PO Box 244
Albuquerque, NM 87103
505.257.3454
Presumably, he has information regarding the negotiation and execution of the contract at
issue, negotiation of the lease at issue, and, all statements and representations of parties
he was privy to and learned about.

Gary E. Gaylord (agent for service)
**Gaim-ko, Inc.**
740 San Mateo, NE, Box A-E
Albuquerque, MN 87108
505.257.3454
Unknown what information Mr. Gaylord may have.

Stanley McElroy
**South Padre Island Fishing Center, Inc.**
3304 Thousand Oaks Cove
Austin, Texas 78746
512.306.0707
Has information regarding the negotiation and execution of the contract at issue,
negotiation of the lease at issue, and, all statements and representations of parties he was
privy to and learned about.

14

Dave Friedman
**South Padre Island Fishing Center Joint Venture**
**SRFP, Inc.**
One Padre Boulevard
South Padre Island, Texas 78597
956.761.4665
Has information regarding the negotiation and execution of the contract at issue,
negotiation of the lease at issue, and, all statements and representations of parties he was
privy to and learned about.

Catherine Stetson
Counsel for Gaim-ko
1305 Rio Grande Blvd., N.W.
Albuquerque, NM 87104
Has information regarding the negotiation and execution of the contract at issue,
negotiation of the lease at issue, and, all statements and representations of parties she was
privy to and learned about.

Pete Montoya
Comptroller of Gaim-Ko, Inc.
2403 San Mateo Blvd.
N.E. St. W17
Albuquerque, NM 87110
Participated in the meetings with Mr. Gallegos with respect to the pier.

Plaintiff anticipates designating an attorney to testify regarding attorney's fees; however,
no name can be stated at this time.

15

28.    For any testifying expert, please give the following:

    1.)    the expert's name, address, and telephone number;
    2.)    the subject matter on which the expert will testify;
    3.)    the general substance of the expert's mental impressions and opinions and a brief summary of the basis for them, or if the expert is not retained by, employed by, or otherwise subject to the control of the responding party, documents reflecting such information;
    4.)    If the expert is retained by, employed by or otherwise subject to the control of the responding party:
        a.)    all documents, tangible things, reports, models, or data compilations that have been provided to, reviewed by, or prepared by or for the expert anticipation of the expert's testimony; and
        b.)    the expert's current resume and bibliography.

ANSWER:    Plaintiff anticipates designating an attorney to testify regarding attorney's fees; however, no name can be stated at this time.

29.    Please identify all marketing and advertising agencies or companies hired and/or retained to promote the vessel Casino Padre f/k/a M/V Entertainer at South Padre Island, Texas.

ANSWER:    Advertir, Inc.
              Infinity Outdoors
              Turner Outdoor

16

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CSL DEVELOPMENT CORPORATION, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B01-059 |
| | § | JURY DEMANDED |
| GAIM-KO, INC.; RAY GALLEGOS; | § | |
| SOUTH PADRE ISLAND FISHING | § | |
| CENTER, INC.; STANLEY McELROY; | § | |
| DAVE FRIEDMAN; SRFP, INC.; and | § | |
| SOUTH PADRE ISLAND FISHING | § | |
| CENTER JOINT VENTURE | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF CSL DEVELOPMENT CORPORATION, INC.'S
ANSWERS TO DEFENDANTS SOUTH PADRE ISLAND FISHING
CENTER, INC., STANLEY McELROY, DAVE FRIEDMAN,
SRFP, INC., and SOUTH PADRE ISLAND FISHING CENTER
JOINT VENTURE'S FIRST INTERROGATORIES**

# EXHIBIT "A"

RECEIVED

FEB 2 2 2002

BY

3:03 PM
02/07/02

# Casino Padre
# Employee Phone List
### February 7, 2002

| Employee |
|---|
| Alarcom, Ruperto |
| Alcozer, Duvie |
| Alcozer, Gemini |
| Alcozer, Jasmine |
| Aliva, Gilberto NMN |
| Armendariz, Michele |
| Armstrong, Kimberly |
| Arredondo**, Nahun O |
| Atkinson, Juana M |
| Bailey**, Terrence M |
| Baker, Ted |
| Baldonado, Sofia |
| Barajas**, Gina |
| Beasley, Terri L |
| Beaumont**, Roberto D |
| Beaumont**, Santigo R |
| Beaumont**, Violetta |
| Bernardi**, Joseph ... |
| Biscan, Marie |
| Boling**, Joseph |
| Bourgue**, Anthony P |
| Bradley, Rosie |
| Brian, Joel D |
| Brown**, Joseph H. |
| Brown, Barry E. |
| Buchen, Tommie K |
| Burmeister, Corey |
| Butron-Smith, Bertha |
| Caillavet, David M. |
| Carrizales, Lorena |
| Cerna, Pedro |
| Comstock, Sharon |
| Cook, Jr, James H |
| Cordero**, Daniel |
| Cote', Marica L |
| Cruz**, Julio |
| Curtis, Paulette.. |
| Davis, Eugene |
| Davis, Jason |
| Day, Jacqueline G |
| DeLeon**, Alberto |
| DeRousie, Lilia |
| DeSomma**, John V |
| Dudek, Gary O. |
| Eckenfels, Deborah J |
| Eckenfels, Steven |
| Ellis**, Elizabeth A |
| Espiritvsanto, Ingrid |
| Fazio, Connie |
| Fazioli, Marc A |
| Flecha, Jose |
| Fulenwider, Kimberlie |
| Garcia**, Eduardo |
| Garza**, Stacy |
| Garza, Denisse Dela |
| Gonzalez**, Roberto |
| Green, Carla |
| Hampton, Paulette |
| Han, Young O |
| Hicks, Earl |
| Hohn, John |
| Huggins, John B |
| Johnson**, James |
| Jose ., Raymond |
| Kay, David M |
| Kennedy, John C |
| Kilgore**, Kenny J |

# Casino Padre
## Employee Phone List
### February 7, 2002

**Employee**

King, William G.
Kohnen, Doug
Kolniak, Jr.**, Joseph
Koniski, Edward W
Koniski, Melitha
Krzywonski, Kristen
Lamberth**, Sayonna L
Lamke, Gretchen
Laragione**, Victor
Lasbrook**, David
Lashbrook**, Stephanie
Lasne**, Louis P
Lebron, Jose
Lima, Suzanna M
Madison, Michael
Malone, Christy G.
Marchand, Velda P
Martinez, Maria V
McCleod, Robert
McEachern**, Katherine
McGarry, Francis
Medina, Luis
Meza, Angela
Miller, Valerie A
Miranda, Wilmireya
Monniger, Jr. James A
Moreno, David J
Mosley, Raymond NMN
Murillo**, Jose
Murphy, Therese
Nemoede, Tanya
Ng**, Michael
Ng**, Pamela
Northrop, Dustin
Northrop, Heather
O'Brien, Michael
Oman, Barbara
Ortega, Coryanne
Padilla, Margarita
Parker, Pat
Powell, William S
Ramirez, Miguel A
Ramos, Gracie
Raymond**, Michael H.
Read, Deborah L
Regep, Linda K.
Rhea-Lasne**, Brandi
Rios, Efrain L
Rivera**, Cecilia Y
Rivera, Elizabeth
Rivera, Myrmabel
Riveria, Elizabeth
Rodriguez**, Leonor M.
Rodriguez, Cynthia
RODRIGUEZ, ROBERTO
Rodriquez, Alicia
Rodriquez, Santos
Rojas, Wayne N
Rosales, Juan R.
Ruis, Suzette NMI
Rusheed ., Debra
Saldivar, Ana L
Salgado-Meloni**, Veronica
Sawyer, Jeri
Sawyer, Simon E
Scharff**, John G
Schrecengost**, Mark

# Casino Padre
# Employee Phone List
### February 7, 2002

| Employee |
| --- |
| Sellers**, Noah |
| Sevilla**, Aldo A |
| Silva, Ruben |
| Simison, Dennis |
| Smith**, Gregory L |
| Southard, Bob |
| Standfield, Mary L |
| Stewart, John A |
| Strausburg, Connie |
| Suzao, Luis |
| Taliancich**, Robin R |
| Taranto, John T |
| Thiesmeyer, Joseph J |
| Toldo**, Denise |
| Torres **, Ernesto |
| Torres, Evelyn A. |
| Torres, Jessica |
| Tosses, Iremar |
| Tripp, Jason M |
| Vannatta, April |
| Vasbinder**, Thomas |
| Vasquez, Fernando |
| Vasquez, Monica |
| Vera**, Manuel G |
| Villagomez**, Guillermo A. |
| Villalon, Luis |
| Voros**, David M |
| Walker**, Robert |
| Webster, Elizabeth |
| Wolfe, Adelina |
| Wolfe, Lawrence |
| Worsham, Angel F. |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CSL DEVELOPMENT CORPORATION, INC. §
                                   §
        Plaintiff,                 §
                                   §
VS.                                §        CIVIL ACTION NO. B01-059
                                   §        JURY DEMANDED
GAIM-KO, INC.; RAY GALLEGOS;       §
SOUTH PADRE ISLAND FISHING         §
CENTER, INC.; STANLEY McELROY;     §
DAVE FRIEDMAN; SRFP, INC.; and     §
SOUTH PADRE ISLAND FISHING         §
CENTER JOINT VENTURE               §
                                   §
        Defendants.                §

PLAINTIFF CSL DEVELOPMENT CORPORATION, INC.'S
ANSWERS TO DEFENDANTS SOUTH PADRE ISLAND FISHING
CENTER, INC., STANLEY McELROY, DAVE FRIEDMAN,
SRFP, INC., and SOUTH PADRE ISLAND FISHING CENTER
JOINT VENTURE'S FIRST INTERROGATORIES

EXHIBIT "B"



FEB 2 2 2002

9:08 AM
02/11/02

# Casino Padre
# Vendor Phone List
### February 11, 2002

| Vendor |
| --- |
| 1st National Bank |
| ABS Americas |
| ABS Safenet |
| Advertir |
| Advertir, Inc. |
| Aetna Engineering |
| Aetne Marine |
| Aldo Sevilla |
| Alex Sudarshan M.D. |
| Alexander/Ryan Marine & Safety |
| All Valley Key & Lock |
| American Building Co |
| American Gaming |
| American TV Electronics |
| Ameron International |
| Anthony Bourgue |
| Arnold Oil |
| AT&T |
| AWebBuilder.Com LLC |
| Bargain Book |
| Ben's |
| Bertha Butron Smith & Garza & Salinas, |
| Biock & Company |
| BLUE RAYS |
| Bluewater Books & Charts |
| Boaters World |
| Brandi rhea Lasne |
| Bruce Lee Smith |
| Burton Auto Supply |
| Bush Hydrolics |
| Bush Supply Co |
| C.A. Hansen |
| Cactus Flower |
| Cano Distributing |
| Canvas Creations |
| Carmack Marine Industry Service |
| Cashier T.W.C. |
| Casino Padre Payroll Account |
| Casio |
| Catus Flower |
| Cellular One |
| Central Power & Light |
| Charles S. Liberis |
| Charlie Trub |
| Coast to Coast Services, Inc. |
| Coastal Engineering Inc. |
| Coit |
| Commerical Kitchen |
| Comptroller of Public Accounts |
| Contract Services |
| Costal |
| CPL |
| CSL Development |
| Cumins Southern Plains |
| Cummins-Allison |
| D'Pizza |
| Dalor Limited Partnership |
| Dan's |
| Dan Verhoff |
| Daniel Cordero |
| Daniel Russell |
| David Kay |
| David Lashbrook |
| David Suissa |
| David Voros |
| Debbie Rivas |
| Deborah Rasheed/Garza&Salinas, LLP |

9:08 AM
02/11/02

# Casino Padre
## Vendor Phone List
### February 11, 2002

Vendor

Dept. Of Treasury
Destination SPI RV Resort
Dill Dill Carr Stonbraker & Hutchings
Directory Publishing Company
Discover
Dolar, LTD
Dollar Store
Earthgrains Baking
Econo Lodge
Eduardo Garica
Elizabeth Ellis
EMT ELECTRONIC
Federal Express
Feldman's Wine & Liquors
Fina Realty
Fire Protection Service Inc.
First Bankcard Center
First Nationa Bank
First National Bank
Francis j. McGarry
FRE Realty
Galleon Bay Club
GE Capital Modular Space
Gemaco Playing Cards
Gifford Brown
Global Cash Access
Global Charters
Glory
Grainger
Greg Lesan
Gregory L. Smith
GTB Photos
Gulf Coast Ignition
H.L. Wiring
Harris Signs
Hart & Price
HEB
High Performance Profits
Holt
Home Depot
Hospitality
Houston Ship Repair Inc
IGT
Impact Signs
Imperial Elec. Motor
Imtiaz A. Mehkri
Infinity Outdoor
Ingrid Espiritusanto
Internal Revenue Service
International Advertising Services
International Marine Diesel Specialists I
Island Flyer Distributors
Island Physicians
J&L A/C Refrigeration
J.C. Enterprises
Jackson & Rhodes P.C.
James A. Monniger, Jr
JL's Welding
John DeSomma
John Hendricks
John Prosek
John Scharff
Joseph Kolniak
Joseph Russell
Joy Greenwood
Jumbo
Karen Armstrong

# Casino Padre
## Vendor Phone List
### February 11, 2002

| Vendor |
| --- |
| Karen D. Armstrong |
| Katherine Mc Eachern |
| Kathy Hawkinson |
| Kennedy Bags |
| Kevin Miller |
| Kimberlie Fulenwider, |
| Kinko's |
| Kiriloff & Asscosaiates |
| L & F Distributor |
| Labor Ready |
| Leblanc & Associates |
| Leonor Rodriquez |
| Lillian Standfield |
| Local Plant Service |
| Lorda Corp |
| Lorena Carrizales . |
| Los Fresnos Health Clinic |
| Louie Lasne |
| Louis Lasne |
| Louis P. Lasne |
| Luiz Svazo |
| M & V Services |
| Marine Education Texbooks |
| Marine Electric Service |
| Marine Service |
| Mark Schrecengost. |
| Mark Eaton Attorney at Law Trust Account |
| Marsha Cote |
| MBNA America |
| MEMO'S |
| Michael Coachman |
| Michael Ng |
| Michaels & Bonner Trust Accont |
| Mid Valley Emer Phys, PLLC |
| Midwest Gaming Supply Co. |
| Mikohn |
| Mini Storall S. Padre |
| MNBA |
| Monica's House |
| Monica V. Vasquez |
| Muncipal Court |
| My Grandma's |
| Napa Auto Parts |
| National Pollution Funds Center |
| Nations First |
| Nevada Corp Center |
| Nunn Electric |
| Occupational Health Screening |
| Office Center |
| Office Depot |
| OSI |
| Our Lady Star of the Sea |
| Padre Travel |
| Paradise Recreation |
| Port Isabel Health Clinic |
| Port Isabel Press |
| Portmann Printing |
| Postmaster |
| Print Management Group, Inc |
| Prodata Software |
| Puente Fire Extinguisher |
| Quick Print |
| R & C Signs |
| Ramada Limited |
| Ramanda Unlimited |
| Ray Sanford |
| Raymond A. Cowley, Esq |

## Casino Padre
## Vendor Phone List
### February 11, 2002

| Vendor |
| --- |
| Raymond Jose |
| Raymond Mosley |
| Reyes Marine Industries, Inc |
| Richard Stockton Photography |
| Robert H. Mendoza |
| Roberto Beaumont |
| Rodco Marine Supply |
| Rodriguez, Colvin & Chaney, LLP |
| Russell Raines |
| Russell W. Jones |
| Saia Motor Freight |
| Sam's Club |
| Santiago Beaumont |
| Sea Ranch Enterprises |
| Sea Ranch Fishing Pier |
| Sears |
| Sol Communication |
| South Padre Island Market Days |
| Southwestern Bell |
| SPI Ace Hardware |
| SPI Chamber of Commerce |
| SPI Office Center |
| Spin |
| Sprint |
| State Comptroller |
| State Treasurer |
| STCS |
| Stephanie Lashbrook |
| SurBET Casino |
| SurfTrain |
| Sysco |
| Target |
| Tejas Rental Equipment |
| Telecheck |
| Terrence Bailey |
| Terri |
| Terri Beasley |
| Terry Porter-Roewe |
| The Brownsville Herald |
| The Burton Company |
| The Coastal Current |
| The Company Corporation |
| The Dram Shop School |
| The Light House |
| The Monitor |
| The Printers Boder Press |
| The Stitchin Witch |
| Therese M. Murphy |
| Tommie Buchen |
| Toucan |
| Transamerica Insurance Finance |
| Travier's Bank |
| Turner Outdoor Advertising |
| Twin Diesel Service |
| U.S. Coast Guard |
| UniFirst |
| Unistat |
| United States Treasury |
| US Hospitality |
| US Treasury |
| USCG |
| Valerie Hendricks |
| Valle Vista Mall |
| Valley Aids Council |
| Valley Beverage |
| Valley Coca-Cola Bottling |
| Valley Morning Star |

9:08 AM
02/11/02

# Casino Padre
## Vendor Phone List
### February 11, 2002

| Vendor |
| --- |
| Valley Payroll Services |
| Valley Regional Medical Center |
| Valmac Electric |
| Veronica Meloni |
| Victor Laragione. |
| Visa |
| Void |
| Volare travel |
| Walmart |
| Walter J Hartley Jr. |
| Waste Management |
| Wayne Marks |
| Western Beverage |
| White Lumber Company |
| Willis of Mobile |
| WINPAK |
| WINPAK Technologies, Inc. |
| Wintex Business Solutions |
| XEROX Corportion |
| XRX Business Consultants |
| Zimco Marine Inc. |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CSL DEVELOPMENT CORPORATION, INC. §
§
  Plaintiff, §
§
VS. §   CIVIL ACTION NO. B01-059
§   JURY DEMANDED
GAIM-KO, INC., et al. §
§
  Defendants §

THE STATE OF FLORIDA  §
          §  VERIFICATION
COUNTY OF Escambia  §

BEFORE ME, the undersigned authority, on this day personally came and appeared,

CHARLES LIBERIS, Plaintiff, who having been duly sworn on oath, deposed and said:

> I am the Plaintiff in the above entitled and numbered; the information provided to
> my attorneys for use in preparing the answers and responses to the foregoing
> discovery is true and correct to the best of my knowledge, information and belief;
> the answers, responses and any objections were prepared with the assistance and
> advice of counsel; the answers and responses set forth herein, subject to
> inadvertent or undiscovered errors, are based on and therefore are necessarily
> limited by the records and information still in existence, presently recollected and
> thus far discovered in the course of the preparation of these answers;

consequently, Plaintiff reserves the right to make any changes in the answers and responses if it

appears at any time that omissions or errors have been made therein or that more accurate

information is available.

_____
CHARLES LIBERIS, AFFIANT

Case 1:01-cv-00059   Document 41   Filed in TXSD on 05/28/2002   Page 908 of 958

SWORN TO AND SUBSCRIBED BEFORE ME on this the _19th_ day of
_Kbruary_, 2002, to certify which witness my hand and seal of office.

NOTARY PUBLIC IN AND FOR
THE STATE OF FLORIDA
My Commission Expires: _____



Barbara A. Barlow
MY COMMISSION # CC832644 EXPIRES
May 9, 2003
BONDED THRU TROY FAIN INSURANCE, INC.

# EXHIBIT "B"

# CARLA M. SAENZ & ASSOCIATES

### ATTORNEYS AT LAW
1325 PALM BOULEVARD, SUITE H
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 541-2862
FAX (956) 541-2864

CARLA M. SAENZ

April 9, 2002

**_Via CM/RRR 7000 1530 0005 5014 9329_**

Mr. John T. Flood
Mr. Bob Hillard
**HILLIARD & MUNOZ**
719 S. Shoreline, Suite 600
Corpus Christi, TX 78401

*Re:*    Cause No. B-01-059; _**CSL Development Corporation, Inc. vs. Gaim-Ko, Inc., Ray Gallegos, South Padre Island Fishing Center, Inc., Stanley McElroy, David Friedman, SRFP, Inc., and South Padre Island Fishing Center Joint Venture**_; In the United States District Court for the Southern District of Texas - Brownsville Division. _**Our File No.: 5600.0010/1806**_

Dear Mr. Flood:

With regard to Defendant South Padre Island Fishing Center, Inc., Stanley McElroy, Dave Friedman, SRFP, Inc., and South Padre Island Fishing Center Joint Venture's Written Interrogatories and Requests for Production propounded to Plaintiff in the above-referenced cause, I have reviewed your responses and/or objections to Interrogatory Nos. 2, 3, 14, 15, 17, and 25; and, Request for Production Nos.5, 6, 9, 10, 11, 12, 13, 14, 15, 24, 25, 28, and 29, and find that said responses are without merit. I would kindly ask that you please supplement your answers and respond to these discovery matters within ten (10) days of this letter, or I will have no choice but to file a Motion to Compel with the Court.

I would appreciate your cooperation in this matter. If you should have any questions, please do not hesitate to contact me.

Sincerely,

**CARLA M. SAENZ & ASSOCIATES, P.L.L.C.**

By: _Carla M. Saenz_
    Carla M. Saenz

CMS/ls

04-09-02

Mr. John T. Flood
**Hilliard & Munoz**
April 9, 2002
Page -2-

c.c.    Mr. W. Michael Fisher
**Roerig, Oliveira & Fisher, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, TX 78520

Paul L. Fourt, Jr.
**Attorney at Law**
1000 E. Van Buren
Brownsville, TX 78520

Mr. Joseph M Grant
**The Grant Law Firm**
2437 Bay Area Blvd., #100
Houston, TX 77058



# EXHIBIT "C"

# HILLIARD & MUÑOZ

TRIAL LAWYERS
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS

Robert C. Hilliard, P.C ♦
Jacob G. Muñoz, P.C.
Delmar Shelloy Hilliard
John T. Flood
Dax S. Cowart

Kevin W Grillo, Of Counsel

♦BOARD CERTIFIED IN PERSONAL INJURY
TRIAL LAW and CIVIL TRIAL LAW by the
TEXAS BOARD OF LEGAL SPECIALIZATION

719 S. Shoreline, Suite 600
Corpus Christi, Texas 78401
361.882.1612
fax 361.882.3015
hilliardandmunoz.com

April 11, 2002

**via Facsimile: (956) 541-2864**
Ms. Carla Saenz
**Carla Saenz & Associates, P.L.L.C.**
1325 Palm Blvd., Suite H
Brownsville, Texas 78520

Re: Civil Action No.B01-059; *CSL Development Corporation, Inc. vs. Gaim-Ko, Inc. et al.;* United States District Court Southern District of Texas Brownsville Division.

Dear Carla:

I have received your April 9, 2002, letter regarding your finding that some of the complainants' discovery responses are without merit. I disagree; but, in the interest of working on getting you answers you find merit-ful, I submit the following.

Requests for Production:

5: Complainant will provide additional certificates of inspection.

6: If Mr. Liberis has the policies for the time period 1997 to 2002, we will produce them.

10 - 14 & 29: Complainant does not agree that the documents requested are discoverable. Your letter did not state why his position is without merit; simply that it is in your estimation.

15 & 28: Certainly, complainant's response that he is searching for the documents you requested has merit.

24: The requested materials are produced.

Affiliated Firm: Hilliard & Heald*, L.L.P •550 Fannin, Suite 111•Beaumont, Texas 77701•409.832.7171•fax 409.832.1378
*Mr. Hilliard and Mr. Heald are Board Certified in Personal Injury Trial Law and Civil Trial Law by the Texas Board of Legal Specialization.

04 - 11 - 02

Ms. Carla Saenz
April 11, 2002
Page 2



25:            I don't understand your determination that complainant's response to
               this request is without merit.

### Interrogatories:

2, 14, 15, & 17:    Complainant stands on his objections and responses. Your
                    letter did not state why his objections and/or responses were
                    without merit; simply that they were in your estimation.

3:             The interrogatory is worded strangely. We'll amend to name Skip
               Henkel who has already been designated pursuant to the Scheduling
               Order.

25:            As stated, if the information is discovered, it will be provided.

Thank you.

                         Very truly yours,

                         HILLIARD & MUÑOZ, PPC

                         John Flood

JF:ic

cc:    via Facsimile: (281) 286-1444
       Joseph M. Grant

# EXHIBIT "D"



CARLA M. SAENZ & ASSOCIATES
ATTORNEYS AT LAW
1325 PALM BOULEVARD, SUITE H
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 541-2862
FAX (956) 541-2864

CARLA M. SAENZ

May 6, 2002

*Via CM/RRR 7000 1530 0005 5014 9534*

Mr. John Flood
**Flood & Flood**
555 North Carancahua, Suite 830
Corpus Christi, TX 78478

*Re:*   Cause No. B-01-059; *CSL Development Corporation, Inc. vs. Gaim-Ko, Inc., Ray Gallegos, South Padre Island Fishing Center, Inc., Stanley McElroy, David Friedman, SRFP, Inc., and South Padre Island Fishing Center Joint Venture*; In the United States District Court for the Southern District of Texas - Brownsville Division. *Our File No.: 5600.0010/1806*

Dear John:

I am in receipt of your letter dated April 11, 2002, in response to my letter requesting that you supplement your answers to Defendant South Padre Island Fishing Center, Inc., Stanley McElroy, Dave Friedman, SRFP, Inc., and South Padre Island Fishing Center Joint Venture's Written Interrogatories and Requests for Production propounded to Plaintiff in the above-referenced cause. I have reviewed your responses and find the following:

Interrogatories:

#2    -    I believe that if the person answering the interrogatories has a criminal record it is discoverable because it is relevant to the claims stated in the action.

#15 -    I disagree that providing the information regarding employees and vendors would be burdensome.  It is obvious that the information is contained in a computer program which is capable of running reports containing all the information we requested.  This information is relevant to the claims stated in the action.

#17    -    I believe we are entitled to discover all lawsuits that Charles S. Liberis has been a party to because they are relevant to the claims stated in the action.

#25    -    You have agreed to supplement when the information becomes available.

05-06-02

Mr. John T. Flood
**Flood & Flood**
May 6, 2002
Page -2-

---

<u>**Requests for Production**</u>

#6      -      Please make a reasonable inquiry as to whether Mr. Liberis has copies of the insurance policies and supplement accordingly.

#10-14-         The tax returns and business records requested are discoverable because they
& 29            are relevant to the damages being sought by Plaintiff as stated in the action.

I would kindly ask that you please supplement your answers and respond to these discovery matters within ten (10) days of this letter, or I will have no choice but to file a Motion to Compel with the Court.

I would appreciate your cooperation in this matter. If you should have any questions, please do not hesitate to contact me.

Sincerely,

CARLA M. SAENZ & ASSOCIATES, P.L.L.C.

By: _Carla Saenz_____
         Carla M. Saenz

CMSltr

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. John Flood
   **Flood & Flood**
   **555 North Carancahua, Suite 930**
   Corpus Christi, TX 78478

2. Article Number
   _(Transfer from service label)_   7000 1530 0005 5014 9534

PS Form 3811, August 2001        Domestic Return Receipt        102595-01-M-2509

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Emily Perez_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
   Emily Perez   5/08/02

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☑ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

   Re: SPIFCJV/resp. compel ltr

4. Restricted Delivery? _(Extra Fee)_   ☐ Yes

Mr. John T. Flood
**Flood & Flood**
May 6, 2002
Page -3-

c.c.    Mr. W. Michael Fisher
       **ROERIG, OLIVEIRA & FISHER, L.L.P.**
       855 W. Price Road, Suite 9
       Brownsville, TX 78520

       Paul L. Fourt, Jr.
       **Attorney at Law**
       1000 E. Van Buren
       Brownsville, TX 78520

       Mr. Joseph M Grant
       **The Grant Law Firm**
       2437 Bay Area Blvd., #100
       Houston, TX 77058