# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

| | | |
|---|---|---|
| CSL DEVELOPMENT CORPORATION, INC. | § § § | |
| VS. | § § | CIVIL ACTION NO. B-01-059 |
| GAIM-KO, INC., RAY GALLEGOS, SOUTH PADRE ISLAND FISHING CENTER, INC., STANLEY MCELROY, DAVE FRIEDMAN, SRFP, INC., AND SOUTH PADRE ISLAND FISHING CENTER JOINT VENTURE | § § § § § § | |

TYPE OF CASE:　　　X　CIVIL　　　　　　　　　　____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**HEARING ON DEFENDANTS' SOUTH PADRE ISLAND FISHING CENTER, INC.; STANLEY McELROY; DAVE FRIEDMAN; SRFP, INC.; AND SOUTH PADRE ISLAND FISHING CENTER JOINT VENTURE MOTION TO COMPEL ANSWERS AND RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION PROPOUNDED TO PLAINTIFF**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**JUNE 12, 2002 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:　MAY 30, 2002

TO:　MR. JOHN FLOOD
　　　MR. PAUL FOURT, JR.
　　　MR. W. MICHAEL FISHER
　　　MS. CARLA SAENZ