43

United States District Court
Southern District of Texas
FILED

MAY 3 1 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | | |
|---|---|---|
| CSL DEVELOPMENT CORPORATION, INC. | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. B-01-059 |
| GAIM-KO, INC.; RAY GALLEGOS; | § | |
| SOUTH PADRE ISLAND FISHING | § | |
| CENTER, INC.; STANLEY McELROY; | § | |
| DAVE FRIEDMAN; SRFP, INC.; and | § | |
| SOUTH PADRE ISLAND FISHING | § | |
| CENTER JOINT VENTURE | § | |

**DEFENDANTS SOUTH PADRE ISLAND FISHING CENTER, INC.;
STANLEY McELROY; DAVE FRIEDMAN; SRFP, INC.; and
SOUTH PADRE ISLAND FISHING CENTER JOINT VENTURE'S
DESIGNATION OF EXPERT WITNESSES**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants SOUTH PADRE ISLAND FISHING CENTER, INC., STANLEY McELROY, DAVE FRIEDMAN, SRFP, INC., and SOUTH PADRE ISLAND FISHING CENTER JOINT VENTURE'S ("PIER DEFENDANTS") would designate the following retained experts that will be called to testify in the trial of this cause:

Rolando Roberto Santos
6830 SW 67 Street
Miami, Florida 33143
(305) 665-9216

Mr. Santos is a ship surveyor and marine engineer, who is expected to render opinions regarding the physical condition of the vessel Casino Padre f/k/a The Entertainer; its suitability to South Texas waters for the intended purpose of serving as a gambling casino; its design and dimensions for the intended purpose; but may be called for any purpose which is within his competence by reason of his training, experience, or personal knowledge. A copy of Mr. Santos's curriculum vitae is attached hereto as Exhibit "A."

Donald E. McGhie, C.P.A.
McGhie Consulting
100 California Ave.,
Reno, Nevada 89509
(775) 329-2999

 Mr. McGhie is a certified public accountant and gaming analyst, who is expected to render opinions regarding the gaming industry; the operation of Casino Padre f/k/a the Entertainer at the subject location; tourism in South Padre Island and its effect on the gaming business; the financial condition of Casino Padre f/k/a the Entertainer at the Pier Defendants' location during the subject period of time; the profitability, if any, of Casino Padre f/k/a the Entertainer during the subject period and at the subject location; but may be called for any purpose which is within his competence by reason of his training, experience, or personal knowledge. A copy of Mr. McGhie's curriculum vitae is attached hereto as Exhibit "B."

 Additionally, Pier Defendants anticipate calling the following non-retained experts:

Captain Louis Lasne
11803 Creek Blvd.
Jacksonville, FL
(954) 473-1437 - Hm.
(954) 668-4061 - (Mob. #)
(888) 193-5780 - (pager #)
or
Hide Bub
7200 N. Dixie Hwy.
Boca Rahon, FL. 33487

 Captain Louis Lasne will testify as to his experience and knowledge of the condition of Casino Padre f/k/a the Entertainer at the subject location during the subject period in question; its suitability to South Texas waters for the intended purpose of serving as a gambling casino; its design and dimensions for the intended purpose; but may be called for any purpose which is within his competence by reason of his training, experience, or personal knowledge. Please refer to Captain Lasne's Affidavit, attached to Pier Defendants' Motion for Summary Judgment.

Catherine Baker Stetson
Attorney at Law
1305 Rio Grande Blvd.
Albaqerque, N.M. 87104

 Ms. Stetson may testify as to her interpretation of the Charter-Purchase Agreement; but may be called for any purpose which is within her competence by reason of his training, experience, or personal knowledge. Please refer to her deposition testimony.

Lou Daleo
Coastal Marines, Ltd.
Coastal Passenger Vessels, Ltd., L.L.P.
9363 Shady Lane Circle
Houston, Texas 77063
(713) 532-2525

    May testify as to this particular business venture based on his knowledge as the broker in this case; but may be called for any purpose which is within his competence by reason of his training, experience, or personal knowledge. Please refer to his deposition.

Miami Diver, Inc.
521 N.E. 1st Court
Miami, Florida 33137
(305) 571-9700

Jones Boat Yard, Inc.
3399 NW South River Drive
Miami, Florida 33142-6953
(305) 635-0891

Jones Machine Shop
Division of Jones Boat Yard, Inc.
3399 NW South River Drive
Miami, Florida 33142-6953
(305) 635-0891

Anchor Miami Propeller
2401-A NW 33rd. Avenue
Miami, Florida 33142
(305) 635-1308

Casino Miami
300 Biscayne Blvd. Way
Suite 015
Miami, Florida 33131
(305) 577-7770

    The above experts will testify regarding their inspection and repair on the Casino Padre f/k/a the Entertainer; the physical condition, design and structure of the subject vessel but may be called for any purpose which is within his competence by reason of his training, experience, or personal knowledge.

Helo J. Lachapelle, Jr.
Address and Phone number unknown

May testify as to his experience operating the subject vessel; but may be called for any purpose which is within his competence by reason of his training, experience, or personal knowledge.

E.L. Beche
Surveyor with American Bureau of Shipping
Address and Phone number unknown

May testify as to the surveying of the vessel; but may be called for any purpose which is within his competence by reason of his training, experience, or personal knowledge.

James Moon
Marine Associates
2511 B Nasa Road One #105
Seabrook, Texas 77586
(281) 326-7155

May testify as to the condition of the vessel; his inspection and investigation of the subject vessel; but may be called for any purpose which is within his competence by reason of his training, experience, or personal knowledge.

Additionally, Pier Defendants anticipate calling the following non-retained experts from the United States Department of Transportation, United States Coast Guard:

G.F. Ireland, Capt., USCG
U.S. Coast Guard
2100 Second Street S.W.
Washington, D.C., 20593-0001
(202) 267-6929

Stephen J. Masse, Captain, USCG
U.S. Coast Guard
2100 Second Street S.W.
Washington, D.C., 20593-0001
(202) 267-6929

R. Barry Eldridge, Captain, USCG
U.S. Coast Guard
2100 Second Street S.W.
Washington, D.C., 20593-0001
(202) 267-6929

W. Bruce Davis, Officer in charge of Marine Inspection, USCG
U.S. Coast Guard
2100 Second Street S.W.
Washington, D.C., 20593-0001
(202) 267-6929

L.N. Hein, Captain, USCG
U.S. Coast Guard
2100 Second Street S.W.
Washington, D.C., 20593-0001
(202) 267-6929

J.L. Brewer, Captain, USCG
U.S. Coast Guard
2100 Second Street S.W.
Washington, D.C., 20593-0001
(202) 267-6929

R.A. Sutherland, CDR, USCG
U.S. Coast Guard
2100 Second Street S.W.
Washington, D.C., 20593-0001
(202) 267-6929

W.J. Brasier, Captain, USCG
U.S. Coast Guard
2100 Second Street S.W.
Washington, D.C., 20593-0001
(202) 267-6929

R.J. Bosnak, Captain, USCG
U.S. Coast Guard
2100 Second Street S.W.
Washington, D.C., 20593-0001
(202) 267-6929

A.A. Fontaine, Captain, USCG
U.S. Coast Guard
2100 Second Street S.W.
Washington, D.C., 20593-0001
(202) 267-6929

R.B. Foley, Captain, USCG
U.S. Coast Guard
2100 Second Street S.W.
Washington, D.C., 20593-0001
(202) 267-6929

W.J.L. Parker, Captain, USCG
U.S. Coast Guard
2100 Second Street S.W.
Washington, D.C., 20593-0001
(202) 267-6929

H.N. Hansen, CDR, USCG
U.S. Coast Guard
2100 Second Street S.W.
Washington, D.C., 20593-0001
(202) 267-6929

While not retained as experts, the above experts will testify as to their inspection of the vessel in question; its condition and suitability for its intended purpose; any deficiencies or violations assessed on the Casino Padre f/k/a the Entertainer; but may be called for any purpose which is within their competence by reason of their training, experience, or personal knowledge.

Also, Pier Defendants anticipate calling the following persons as experts:

Mr. Stanley McElroy
3304 Thousand Oaks Cove
Austin, TX 78746

Mr. David Friedman
Sea Ranch Fishing Pier
1 Padre Blvd.
South Padre Island, TX 78597

The above experts will testify in the area of real estate investment and development but may be called for any purpose which is within their competence by reason of their training, experience, or personal knowledge.

Additionally, Pier Defendants anticipate calling the following as an expert witness:

Ms. Debra Vitale
1100 Quaker Hill Drive
Alexandria, VA 22314-4701
(703) 461-7958
or
1013 Princess Street
Alexandria, VA 22314-2246
(703) 683-6800

Ms. Vitale is an attorney in the State of Virginia, and a party to another legal proceeding involving the Plaintiff or Charles S. Liberis. She is expected to testify regarding same or similar legal issues and damages asserted by the Plaintiff in this case; business dealings with Charles S. Liberis; but may be called for any purpose which is within their competence by reason of their training, experience, or personal knowledge.

Pier Defendants also reserve the right to seek opinions from the following experts retained and designated by the Plaintiff. By so reserving this right, Pier Defendants are not adopting or ratifying each of the opinions of said witnesses but are merely reserving the right to bring out opinions through records or cross-examination:

Captain A.D. Guerrero
Aker Gulf Marine
FM Rd. 1069
Ingleside, Texas
(361) 643-8533

Plaintiff's vessel inspection expert.

C.M. Henkel III
Fritz, Byrne & Head, L.L.P.
500 N. Shoreline, Suite 800
Corpus Christi, Texas 78471
(361) 883-1500

Plaintiff's attorney's fees expert.

In addition, these Defendants specifically reserve the right to call any witness who may be identified by any other party, either past or present, to this lawsuit.

Defendants reserve their right to supplement this designation.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, TX 78520
(956) 542-5666 Tel
(956) 542-0016 Fax

By: *Michael Fisher with permission by Carla M. Saenz*
W. MICHAEL FISHER
State Bar No. 07062420
Federal Admission No.: 1080

**ATTORNEYS FOR DEFENDANTS**
**SOUTH PADRE ISLAND FISHING CENTER, INC.;**
**STANLEY MCELROY; DAVE FRIEDMAN; SRFP, INC.**

**CARLA M. SAENZ & ASSOCIATES, P.L.L.C.**
1325 Palm Blvd., Suite H
Brownsville, TX 78520
(956) 541-2862
(956) 541-2864 Fax

BY: *Carla M. Saenz*
Carla M. Saenz
State Bar No. 17514595
Federal Identification No. 7994

**ATTORNEYS FOR DEFENDANT**
**SOUTH PADRE ISLAND FISHING CENTER JOINT VENTURE**

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the above and foregoing document has been sent on this 31st day of May, 2002, to all counsel of record, to wit:

| | |
|---|---|
| Mr. John T. Flood<br>**Flood & Flood**<br>555 North Carancahua, Suite 830<br>Corpus Christi, TX 78478 | *Via CM/RRR 7000 0520 0024 6462 5902* |
| Mr. Joseph W. Grant<br>The Grant Law Firm<br>2437 Bay Area Blvd., #100<br>Houston, TX 77058 | *Via Regular Mail* |
| Mr. J.A. Magallanes<br>Magallanes, Hinojosa & Mancias<br>1713 Boca Chica Blvd.<br>Brownsville, TX 78520 | *Via Regular Mail* |
| Mr. Paul L. Fourt, Jr.<br>Attorney at Law<br>1000 E. Van Buren<br>Brownsville, TX 78520 | *Via Regular Mail* |
| Mr. Michael W. Fisher<br>Roerig, Oliveira & Fisher, L.L.P.<br>855 W. Price Road, Suite 9<br>Brownsville, TX 78520 | *Via Regular Mail* |
| Ms. Marcy L. Rothman<br>**Rothman & Hext, L.L.P.**<br>1301 McKinney Street, Suite 3177<br>Houston, Texas 77010 | *Via Regular Mail* |

_____
CARLA M. SAENZ

# Exhibit "A"

# Rolando Roberto Santos

Email: Roland_Santos@AlphaMarine.com
Residence: 6830 SW 67 Street Miami, Florida 33143
Phone: (305)665-9216

| | |
|---|---|
| **POSITION:** | President & Owner of Alpha Marine Surveyors, Inc. |
| **EDUCATION:** | B.S. Marine Engineering, 1981<br>United States Merchant Marine Academy<br>Kings Point, N.Y. 11024 |
| **LICENSES:** | USCG Third Assistant Engineer<br>Unlimited Horsepower of Steam & Motor Vessels |
| **MILITARY EXPERIENCE:** | U.S.N.R. 1981 - 1991. Lieutenant,<br>Honorable Discharge 12/31/91. |

**PROFESSIONAL ASSOCIATIONS:**
S.N.A.M.E., Member
A.S.N.E., Member
A.B.Y.C., Member
A.S.H.R.A.E., Member
S.A.M.S. - Accredited Marine Surveyor, BW, C, E, Y&SC

**EXPERTISE/SPECIALTIES:**
1. Marine & Intermodal Refrigeration Systems
2. Cargo Surveys (Dry & Commodities)
3. Main Engine & Machinery Failures
4. Hull & Machinery Investigations
5. Power Plant Systems & Engineering (Steam, Diesel and Gas Turbine)
6. Combustion Control Engineering (Steam, Diesel and Gas Turbine)
7. Fault Tree Analysis for Failure Investigations
8. Yachts / Small Craft
    1. Engine, Lower Units & Gear Box Failures
    2. Electrical & Lightning Strikes
    3. Sinkings - Root Cause Analysis
    4. Fire - Cause & origin

**MAJOR PROFESSIONAL ACCOMPLISHMENTS:**
- US Patent #5,628,184 for the design & development of a Wet/Dry Low NOx Pollution Reduction Device. The patent encompasses two pollution control devices. The first is a "wet" system that utilizes water injected into the fuel system of the diesel engine, gas turbine or steam generator. The overall reduction in pollution (NOx) is accomplished by reducing the temperature of combustion. The second system consists of a "dry" system which utilizes a completely redesigned combustion chamber. The primary function of the combustion chamber is to

SPIFCJV

operate at off stochiometric conditions (fuel rich to fuel lean) and reduce thermal NOx by reducing overall flame temperatures. The development program of the combustion chamber took approximately (4) years at a cost of approximately four million dollars. Both devices resulted in exhaust gas pollution reduction in excess of 75%.

- AMS has developed a diagnostic tool called the "Refrigeration Cool-down" analysis that is used for analyzing Marine Refrigeration systems. The tool models the predicted performance of a Reefer Vessel or an Intermodal Reefer Container. The primary inputs are numerous variables inclusive but not limited to:

>   Stowage patterns
>   Pre-cooling methods
>   Packaging
>   AirFlow patterns

This tool has revolutionized the reefer industry by allowing any Marine Engineer / Reefer Engineer to properly model the vessel or the reefer container and essentially determine where the potential problem exists. AMS invested over 2.5 man-years of research & development and is the sole agent for the program.

**TECHNICAL PUBLICATIONS:** ASME Paper IGTI-Vol 8 ASME COGEN-TURBO 1993
"Dry Low NOx Reduction of Aircraft Derivative Gas Turbines". Presented in Bournemouth, England.

**SUMMARY OF EXPERIENCE:**
Mr. Santos has extensive experience with shipboard systems, Gantry Cranes, Bromma Spreader systems and the process of determining their root-cause for failure and/or lack of performance. Since the inception of his company in 1982 Mr. Santos has been involved in numerous Hull & Machinery investigations. His company conducts an average of 1000 surveys per year. A large percentage are Hull & Machinery surveys involving groundings, Main Engine Failures, Damaged Steering gear, Auxiliary Engine Failures, Turbo-Charger Failures, Contaminated Lube Oil Systems, Contaminated Fuel Oil, etc.

Mr. Santos also has extensive experience as an Offshore Sailboat Racer. Mr. Santos owned a Santana 525 ex-"Cat Dancing", Soverel 33 ex-"Blue Angel", Olson 30 ex-"Sting Ray" and a J-30 ex-"Cigar". Since graduating from USMMA where he skippered a Frers 40 ex-"Gambler" Mr. Santos has won numerous class races including a 1st in class in the 1997 Columbus Day Regatta hosted in Biscayne Bay, FL with the J-30 ex-"Cigar".

**EXPERT TESTIMONY/CONSULTATIONS:**

| | | |
|---|---|---|
| Vessel Sinking | Vessel Structural Failures | Vessel Valuation |
| Fatalities | Vessel Fuel Oil Contamination | Vessel |

Condition                                 
Vessel collisions                         Vessel Inert Gas Systems
Vessel Refrigeration Systems              Structural Failure Analysis of Intermodal
Equipment
Main Engine Failure Analysis              Combustion Control Analysis
Naval Architecture (small craft)          Boiler Tube Failures
Gas Turbine Blade Failures                Steam Turbine Bearing Failures
Diesel Engine Bearing Failure             Crankshaft Failures
Rotor Crack Detection R&D                 Diesel Engine/Gas Turbine coatings

**CARGO SURVEYING:**
Dry Cargo Damages         Refrigerated Cargo Damages       Security Seal
Checks/Counts
Bulk Cargo Damages        Vehicle Inspections              L.Q.V. Inspections
Cargo Transfers

**YACHT & SMALL CRAFT:**
Engine Failures      Gear Box Failures      Stability Investigations (TPI, Inclination)
Electrical / Lightning Strikes             Sinking Investigations
Fire Loss - Cause & Origin

**INTERMODAL EQUIPMENT SURVEYS: (Dry Equipment and/or Refrigeration Units)**
On-hires           Off-hires              Mobile Crane Inspections
Interchanges       In-service Inspections

**VESSEL RELATED SURVEYS:**
Loading & Discharge Surveys               Ro/Ro Loading & Discharge
Surveys
Barge Inspections                         Security Seal Checks
Vessel On & Off Hires                     Evaluation of Tug & Barge Tow

**SPECIAL CALCULATIONS & INVESTIGATIONS:**
Refrigeration Unit Cool-Down Analysis     Center of Gravity Calculations
Velocity versus Turning Radius            Wind Velocity Impact of Side of Vessel
Fuel Oil Temperature Correction           Vessel Studies (Ro/Ro) Toward Equip
Damages
Vessel Ops Studies Toward Equip Damages

**CUSTOMIZED SERVICES:**
Database (Equipment & Cargo Claims)       Cargo Claims Management
Cargo Claims Subrogation                  Vessel Loading Guides

**DIAGNOSTIC TOOLS / INVESTIGATIONS:**
R.A.M.P. (reliability availability maintenance program)
M.T.B.F. (mean time between failures)     Histograms
M.T.T.R. (mean time to repair)            Weibull Analysis

Reliability Growth Analysis   Performance testing of Motor, Gas Turbine
& Steam
Vibration Analysis of Rotating Components

**REFRIGERATION VESSELS INVESTIGATED/SURVEYED:**

| | |
|---|---|
| M/V Bruarfoss | M/V Ivory Falcon |
| M/V Artic Wolf | M/V Ivory Bay |
| M/V Wisida Artic | M/V Ivory Dawn |
| M/V Belinda | M/V Bluefrost |
| M/V EW Rainier | M/V Bluecrest |
| M/V Kohfu | M/V Bluecrystal |
| M/V Myrtia | M/V Delmonte Planter |
| M/V Triton Reefer | M/V Delmonte Harvester |
| M/V Ocean Freeze | M/V Caribbean Star |
| M/V Summer Wind | M/V Afric Star |
| M/V Summer Breeze | M/V Costa Rican Star |
| M/V Summer Meadow | M/V Avelona Star |
| M/V Summer Flower | M/V Avila Star |
| M/V Fiona | M/V Swan Lagoon |
| M/V Swan Stream | M/V Reefer Sun |
| M/V Coral Reef | M/V Caribbean Reef |
| M/V Hansa Visby | M/V Hansa Carrier |
| M/V Kaifu | M/V White Sun |
| M/V Tundra Queeen | M/V Skater |
| M/V Hercules | M/V Brenda |
| M/V Granada Carrier | M/V Swan River |
| M/V Wild Cosmos | M/V Avocado |
| M/V Thorhill | M/V Thorgull |
| M/V Iceflake | M/V Packer |
| M/V Cote Ivorian | M/V Astro Bright |
| M/V Green Winter | M/V Santa Lucia |
| M/V Saxon Star | M/V Koala |
| M/V Normandic | |

**HULL & MACHINERY:**

| | |
|---|---|
| M/V Charmyl | M/V Pram Prakash |
| M/V Marmil | M/V Trio Bravo |
| M/V Spear | M/V Toledo |
| M/V Merchant Patriot | M/V Castries |
| M/V Kingston | M/V Cartagena |
| M/V Canis J | M/V Brenda |
| M/V Wasaborg | M/V Zim Jamaica |
| M/V Sea Novia | M/V Sea Amazon |
| M/V Danube | M/V Fresa |
| M/V Vogtland | M/V Melody |
| M/V Almania | M/V Akti |
| M/V Balaton | M/V Lirena |

| | |
|---|---|
| M/V Nanku | M/V Algercias |
| M/V Discovery Sun | M/V Helvan |
| M/V Tahara | Barge Ex: McAllister Transporter |
| M/V Herrentor | M/V Yeocomico |
| M/V Kronoborg | M/V Severn |
| M/V Ocean Breeze | M/V MSC Bahamas |
| M/V Fandango | M/V Giem |
| M/V CSAV Guayas | M/V Stefan |
| M/V Seaboard Liberty | |

**EMPLOYMENT HISTORY:**

1981 - 12/1981: Worked for Family owned Construction Company and Mechanical Engineering Company. Responsibilities included Construction management and Refrigeration & A/C systems design and installation.

1/1982 - 12/1982: American Nautical Services, Inc. Miami, Florida Based Marine Surveying Company. Started & developed the Intermodal Refrigeration system On&Off-hire surveying procedures to identify such critical cost saving items such as "Normal wear & tear" items.

12/1982: Started Alpha Marine Surveyors to continue to develop Refrigeration expertise in the Marine Surveying Field.

12/1982 - 1993: Accepted a position at the Florida Power & Light Power Plant on the Midnight Shift in the Mechanical Maintenance department. Responsibilities included the planning, maintenance, repair and overhaul of (2) 400MW Steam Plants, (5) EMD Diesel Generators, (36) Gas Turbines, The Water Treatment Plant and the plant auxiliaries systems including HVAC. During employment I was involved in every aspect of maintenance and failure investigations conducted on failed components ranging from pumps, electric motors, boiler tubes, forced draft fans, hydraulic couplings, gas turbine blades, Main Lube Oil systems, vibration analysis, NDT (non-destructive testing techniques) including eddy current testing & x-ray, valve failure, rotor failures of rotating components. The final position held within the Mechanical Maintenance department was "Area Supervisor" which is equivalent to a Superintendent position in Maritime Terms. I was later promoted to the Technical Department which was responsible for the oversight of all maintenance and investigative process used within the Power Plants to improve reliability and efficiency. During my employment I was personally responsible for the development of a dry low NOx combustion chamber for the gas turbines and for the development of the water injection systems on the gas turbines and the diesel engines. Both projects were very successful and a patent was retained.

1993 - present: Resigned from "FPL" due to increased demands with "AMS". Continued with "AMS" on a full-time basis.

# Exhibit "B"

# McGhie Consulting

### Donald E. McGhie, CPA

### 775-329-2999

### mcghie@200.com

**Education:** University of Nevada, Bachelor of Science Degree, Major in Accounting, Minor in Economics.

**Professional Licenses:** Certified Public Accountant, State of Nevada, Certificate of Enrollment to practice as an agent before the Nevada State Gaming Control Board and Gaming Commission.

**Professional Organizations:** Nevada Society of Certified Public Accountants. American Institute of Certified Public Accountants.

**Honors:** Gaming Hall of Fame Nevada Society of Certified Public Accountants, Elected in 1995

**Experience:**

1. Casino consulting performed in the United States, Puerto Rico, the Caribbean, Canada and South Korea. In total, the number of individual casinos involved has exceeded 100. Consulting for governmental regulatory agencies including the Nevada Gaming Control Board and the Commission, the New Jersey Division of Gaming Enforcement, the Montana Gaming Control Division, the Compania de Turismo de Puerto Rico, the New Zealand Casino Control Authority, the Societe Des Casinos du Quebec and the Nova Scotia Gaming Corporation.

   Co-authored and published the Audit and Accounting Guide for Casinos as a member of the gaming industry special committee for the American Institute of Certified Public Accountants.

   Prior member of the Advisory Committee for the Bureau of Business and Economic Development, prior Director of the Advisory Committee for the Study of Gambling and Commercial Gaming and Dean's Advisory Committee College of Business Administration the University of Nevada.

**1987 to Present- President of McGhie Consulting**

Litigation support for legal matters. Qualified six times in Nevada District Court, twice in Federal Bankruptcy Court and the US District Court in Indiana as an expert in casinos. Engaged as an expert in gaming in seven other litigation issues that were settled.

Developing casino marketing strategies and studies to evaluate various individual casino's or equipment manufacturer's market: other studies have included the potential gaming market for riverboats in Louisiana and New Orleans, Mississippi, Illinois, Indiana, the economic impact of gaming in New Mexico, Kansas, New York and Oklahoma and preparation of financial projections for a large Hotel Casino in Colorado.

Consulting with clients to acquire financing. Engagements have included a trip to Japan to meet with Nippon Credit Bank; financial consulting on casino leases and management contracts.

Preparing conceptual structural amenity designs, marketing and feasibility studies for hotel casinos, including schedules of projected financial operations in the US, Caribbean and South Korea.

**1986-1987- Chief Operating Officer of Bally's Las Vegas, Nevada.**

> A 2,832 room hotel with 55,000 square foot casino, 110 table games, 1,000 slot machines, 4,200 employees, with an annual gross in excess of $250,000,000.

**Prior ot 1986- Senior Partner in Kafoury, Armstrong & Company, Certified Public Accountants. Largest accounting firm in Nevada.**

> Financial and operational auditing, income tax consulting and management advisory services for various industries with particular emphasis on the hotel and casino industry.

> Designed internal control systems for twelve casinos. Conducted research projects to evaluate slot machine mix for casinos. Developed a computerized method to evaluate supply and demand for slot machines, slot machine accounting and maintenance system.

> Designed and implemented other accounting and information systems for hotel casinos including, food and bar, front desk and reservations, security and surveillance. Developed computerized budgeting systems and participated in training casino personnel in budgeting.

> Prepared feasibility and marketing studies for numerous casinos. Participated in preparing rate studies for utilities subject to the rules of the Nevada Public Service Commission.

**Gaming Regulatory Authorities:**

**Nevada-** Consulted and instructed the Nevada Gaming Control Board in the development and implementation of regulations for the installation of casino internal control systems, audit procedures and reporting standards. Presented testimony before the Control Board and Commission explaining the proposed concepts. Presented training classes for the state agents for three years following the adoption of these regulations.

**New Jersey-** Consulted and instructed the New Jersey Division of Gaming Enforcement Audit Division in casino internal controls and audit procedures.

**Puerto Rico-** Consulted for the Compania de Turismo of Puerto Rico concerning expanding the number of slot machines, mix of machines, and internal controls for slot machines. Lectured to agency staff and casino managers on methods to evaluate mix and placement of slot machines

**New Zealand-** Consulted for the New Zealand Casino Control Authority on a regulatory overview of gaming laws in Nevada and New Jersey.

**Quebec-** Consulting for the Societe Des Casinos Du Quebec to train internal control managers and supervisors for the Montreal casino that opened in October 1993

**Montana-** Consulting on audit of video poker, keno and bingo automated gambling machines for the Attorney Generals Office

**Nova Scotia-** Consulting and feasibility study for the Nova Scotia Gaming Corporation concerning the Halifax Permanent Casino.

**Other Experience:**

State of Nevada System - Partner-in-Charge of computer program changes, documentation, training and installing of the Financial Information and Reporting System (FMIRS), designed daily on-line cash reporting system for the Treasurer, conducted management audit of the Department of Highways and developed organizational plan and budget for the Controller's Office. Presented testimony before Nevada Legislative Committees as part of all of these engagements.

University of Nevada - Managed the annual audit and examination of the general purpose financial statements, established overhead allocation rates, designed system to reconcile travel advances and designed special reports on the financial accounting system.

**Publications:**

"An Economic Impact Teaser, Gaming Tax Rate Issue Misunderstood" International Gaming & Wagering Business, 1993

"Seventeen Year History of Gaming in Nevada" International Gaming and Wagering Business, 1990.

"AuditAid" audit research working paper series report #84-003, J.M. Tull School of Accounting, The University of Georgia, 1985.

Audit and Accounting Guide for Casinos, co-author, the American Institute of Certified Public Accountants, 1984.

"Developing a Casino's Marketing Plan," co-author, Public Gaming, October 1983.

"Planning a Casino," co-author, Gaming Business, August 1982.

**Lecturer:**

American Institute of Certified Public Accountants, National Institute of Municipal Law Officers, International Association of Gaming Attorneys, International Gaming Business Exposition 89, and various gaming seminars sponsored by the Nevada Society of Certified Public Accountants, the Nevada State Bar Association and the World Gaming Congress.

Certified Public Accountants 100 California Ave., Reno, Nevada 89509, USA

Voice 775-329-2999 Fax 775-329-0271

Email: **mcghie@200.com**