# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | |
|---|---|
| CSL DEVELOPMENT CORPORATION, INC. § § § | |
| VS. § | CIVIL ACTION NO. B-01-059 |
| § | |
| GAIM-KO, INC., RAY GALLEGOS, SOUTH § PADRE ISLAND FISHING CENTER, INC., § STANLEY MCELROY, DAVE FRIEDMAN, § SRFP, INC., AND SOUTH PADRE ISLAND § FISHING CENTER JOINT VENTURE § | |

TYPE OF CASE:       __X__ CIVIL                                      ____ CRIMINAL

TAKE NOTICE that the proceeding in this case set for the place date, and time shown below has been **PASSED**:

TYPE OF PROCEEDING:

HEARING ON DEFENDANTS SOUTH PADRE ISLAND FISHING CENTER, INC., STANLEY McELROY, DAVE FRIEDMAN, SRFP, INC., AND SOUTH PADRE ISLAND FISHING CENTER JOINT VENTURE'S FIRST MOTION FOR SUMMARY JUDGMENT AND

DEFENDANTS SOUTH PADRE ISLAND FISHING CENTER, INC.; STANLEY McELROY; DAVE FRIEDMAN; SRFP, INC.; AND SOUTH PADRE ISLAND FISHING CENTER JOINT VENTURE MOTION TO COMPEL ANSWERS AND RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION PROPOUNDED TO PLAINTIFF

| PLACE: | ROOM NO.: |
|---|---|
| UNITED STATES FEDERAL COURTHOUSE 600 E. HARRISON STREET BROWNSVILLE, TEXAS | SECOND FLOOR COURTROOM, #2 |
| | DATE AND TIME: |
| | JUNE 12, 2002 AT 2:00 P.M. |

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JUNE 11, 2002

TO:   MR. JOHN FLOOD
       MR. PAUL FOURT, JR.
       MR. W. MICHAEL FISHER
       MS. CARLA SAENZ