# FLOOD & FLOOD
## ATTORNEYS AT LAW

900 FROST BANK PLAZA
802 N. CARANCAHUA
CORPUS CHRISTI, TEXAS 78470
TELEPHONE 361.654.8877
FACSIMILE 361.654.8879

JOHN FLOOD
john@floodandflood.com

United States District Court
Southern District of Texas
FILED

JUN 1 7 2002

Michael N. Milby
Clerk of Court

June 11, 2002

**Via First Class Mail**
United States District Clerk
Southern District, Brownsville Division
1158 Federal Bldg.
600 E. Harrison St.
Brownsville, Texas 78520-7114

*Change of Address*

Re:   Civil Action No.B01-059; *CSL Development Corporation, Inc. vs. Gaim-Ko, Inc., et al.*; United States District Court Southern District of Texas Brownsville Division

Dear Clerk:

Pursuant to the Southern District of Texas' Local Rule 2F, please accept this letter as notice that the undersigned's address has changed:

John Flood
Texas Bar No. 07155910
Fed. I.D. No. 12593
Flood & Flood
900 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, Texas  78470
Phone: 361/654-8877
Fax:    361/654-8879

We request that you acknowledge same by placing your file stamp upon the extra copy provided and returning same to our offices via the enclosed envelope.

---
CHRIS FLOOD & CHARLES FLOOD
914 PRESTON, SUITE 800 ★ HOUSTON, TEXAS 77002 ★TELEPHONE 713.223.8877★ FACSIMILE 713.223.8879

United States District Clerk
Southern District
June 11, 2002
Page 2

Should you have any questions, please feel free to contact me.

Very truly yours,

FLOOD & FLOOD

John Flood

JF:ikc

cc:   All Counsel