IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 17 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CSL DEVELOPMENT CORPORATION, INC. | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. B01-059 JURY DEMANDED |
| GAIM-KO, INC.; RAY GALLEGOS; SOUTH PADRE ISLAND FISHING CENTER, INC.; STANLEY McELROY; DAVE FRIEDMAN; SRFP, INC.; and SOUTH PADRE ISLAND FISHING CENTER JOINT VENTURE | § § § § § § § | |
| Defendants. | § | |

## ORDER OF PARTIAL DISMISSAL

On this day came on for consideration the Stipulation of Dismissal of Complainant CSL Development Corporation, Inc.'s ("CSL") claims against Defendants South Padre Island Fishing Center, Inc., Stanley McElroy, Dave Friedman, SRFP, Inc., and South Padre Island Fishing Center Joint Venture ("Pier Defendants"). The Court finds that the Stipulation of Dismissal seeking dismissal of CSL's claims against the Pier Defendants with prejudice should be granted. It is therefore,

ORDERED that all claims of CSL Development Corporation, Inc., against South Padre Island Fishing Center, Inc., Stanley McElroy, Dave Friedman, SRFP, Inc., and South Padre Island Fishing Center Joint Venture, only, are hereby dismissed with prejudice with the parties to bear the related taxable costs of court as they were incurred. All other claims against any remaining parties

shall remain on file.

SIGNED this 14th day of June, 2002.

*[signature]*

HONORABLE FILEMON B. VELA
United States Magistrate Judge