Case 1:01-cv-00059  Document 48  Filed in TXSD on 06/12/2002  Page 1 of 1  48

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JUN 1 8 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CSL DEVELOPMENT CORPORATION, INC. | § § § | |
| VS. | § § | CIVIL ACTION NO. B-01-059 |
| GAIM-KO, INC., RAY GALLEGOS, SOUTH PADRE ISLAND FISHING CENTER, INC., STANLEY MCELROY, DAVE FRIEDMAN, SRFP, INC., AND SOUTH PADRE ISLAND FISHING CENTER JOINT VENTURE | § § § § § § | |

## ORDER

On this 12th day of June, 2002, the Court having considered the following Motions entered the following rulings:

Docket No. 39   Defendants South Padre Island Fishing Center, Inc., Stanley McElroy, Dave Friedman, SRFP, Inc., and South Padre Island Fishing Center Joint Venture's First Motion for Summary Judgment is hereby **MOOT**.

Docket No. 41   Defendants South Padre Island Fishing Center, Inc.; Stanley McElroy; Dave Friedman; SRFP, Inc.; and South Padre Island Fishing Center Joint Venture Motion to Compel Answers and Responses to Defendants' First Set of Interrogatories and Request for Production Propounded to Plaintiff is hereby **MOOT**.

DONE at Brownsville, Texas, on this 12th day of June, 2002.

John Wm. Black
United States Magistrate Judge