49

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CSL DEVELOPMENT CORPORATION, INC. | § § § | |
| VS. | § § § | CIVIL ACTION NO. B-01-059 |
| GAIM-KO, INC., RAY GALLEGOS, SOUTH PADRE ISLAND FISHING CENTER, INC., STANLEY MCELROY, DAVE FRIEDMAN, SRFP, INC., AND SOUTH PADRE ISLAND FISHING CENTER JOINT VENTURE | § § § § § | |

## ORDER

The Order filed June 11, 2002 mooting Defendants South Padre Island Fishing Center, Inc.,

Stanley McElroy, Dave Friedman, SRFP, Inc., and South Padre Island Fishing Center Joint Venture's

First Motion for Summary Judgment was erroneously listed as Docket No. 39, it should have been

Docket No. 35.

DONE at Brownsville, Texas, on this 17th day of June 2002.

John Wm. Black
United States Magistrate Judge