THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

FINAL PRETRIAL CONFERENCE/SETTLEMENT CONFERENCE

CIVIL ACTION NO. B-01-059         DATE & TIME 08/23/02 @ 1:00 P.M.

CSL DEVELOPMENT                   PLAINTIFF'S   JOHN FLOOD
                                  COUNSEL       JUAN MAGALLANES

VS

GAIN-KO                           DEFENDANTS'   PAUL L. FOURT, JR.
RAY GALLEGOS                      COUNSEL

---

Courtroom Deputy: Irma Soto
Law Clerk:        Christian Southwick
Court Reporter:   Barbara Barnard
CSO:              Mr. Figueroa

John Flood and Juan Magallanes appeared for Plaintiff.
Paul L. Fourt, Jr. appeared for Defendants.

Court informs the parties that Jury selection is set for 9/6/02 @ 8:30 am before Judge Vela. Jury Trial will begin on 9/9/02 @ 9:00 am before Judge Hanen.

Court addresses the Motions for Summary Judgment. After arguments of counsel, Court instructs the parties to submit evidence, in writing and not more than 5 pages, by next Friday, 8/30/02.

Atty Flood, for Plaintiff, informs the Court that they are waiving jury selection and proceed before the Court.

Atty Fourt, for the Defendants, is undecided and will inform the Court on 8/30/02 if they will be waiving jury selection.

Court is adjourned.