IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CSL DEVELOPMENT CORPORATION, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-059 |
| | § | |
| GAIM-KO, INC.; RAY GALLEGOS; | § | |
| | § | |
| Defendant. | § | |

United States District Court
Southern District of Texas
ENTERED

SEP 0 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## FINAL JUDGMENT

The Court having considered the cross-motions for summary judgment filed by Plaintiff CSL Development Corporation, Inc., and by Defendants, GAIM-KO and Ray Gallegos, and having additionally considered the responses, the summary judgment evidence, the arguments of counsel, and the legal briefing included in these motions and responses, hereby grants the Defendants' Amended Motion for Summary Judgment (which incorporates the Defendants' original Motion for Summary Judgment) and denies the Motion for Partial Summary Judgment (and the Supplemental Motion for Partial Summary Judgment) filed by the Plaintiff. Since all other parties have been dismissed from this cause previously, this Judgment disposes of all remaining parties and issues and is, therefore, final.

Signed September 4, 2002.

Andrew S. Hanen
United States District Judge