IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CSL DEVELOPMENT CORPORATION, INC. § <br> § <br> Plaintiff, § <br> § <br> VS. § <br> § <br> GAIM-KO, INC.; RAY GALLEGOS; § <br> SOUTH PADRE ISLAND FISHING § <br> CENTER, INC.; STANLEY McELROY; § <br> DAVE FRIEDMAN; SRFP, INC.; and § <br> SOUTH PADRE ISLAND FISHING § <br> CENTER JOINT VENTURE § <br> § <br> Defendants. § | CIVIL ACTION NO. B01-059 <br> JURY DEMANDED |

## NOTICE OF APPEAL

Notice is hereby given that CSL Development Corporation, Inc., Plaintiff in the above named case, hereby appeals to the United States Court for the Fifth Circuit from the final judgment on the 4th day of September, 2002.

John Flood
Federal Bar No. 12593
State Bar No. 07155910
900 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, Texas 78470
(361) 654-8877
(361) 654-8879 (Facsimile)

**ATTORNEY IN CHARGE FOR PLAINTIFF**

Page 1

## Certificate of Service

I certify that this notice of appeal has been forwarded to Paul Fourt, counsel for Ray Gallegos and Gaim-Ko by certified mail/return receipt requested, on this the 2nd day of October, 2002.

_____
John Flood