No. 02-41425

61

CSL DEVELOPMENT CORP

    Plaintiff - Appellant

v.

GAIM-KO INC; ET AL

    Defendants

GAIM-KO INC; RAY GALLEGOS

    Defendants - Appellees

United States District Court
Southern District of Texas
FILED
DEC 0 9 2002
Michael N. Milby
Clerk of Court

U.S. COURT OF APPEALS
FILED
DEC 4 2002
CHARLES R. FULBRUGE III
CLERK

B-01-59

### ENTRY OF DISMISSAL

Pursuant to the joint motion of the parties this appeal is dismissed this 4th day of December, 2002, see FED. R. APP. P. 42(b).

CHARLES R. FULBRUGE III
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Tabitha Casimier/Tobias, Deputy Clerk

FOR THE COURT - BY DIRECTION

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana    12/9/05

## CAUSE NO. 02-41425

## IN THE FIFTH COURT OF APPEALS
## NEW ORLEANS, LOUISIANA

CSL DEVELOPMENT CORPORATION

*Appellant*

vs.

GAIM-KO, INC. AND RAY GALLEGOS

*Appellees*

U. S. COURT OF APPEALS
F I L E D
DEC 3 2002
CHARLES R. FULBRUGE III
CLERK

## JOINT MOTION TO DISMISS APPEAL

**TO THE HONORABLE FIFTH COURT OF APPEALS:**

Appellant and Appellees file this joint motion to dismiss under Federal Rule of Appellate Procedure 42(b).

1. CSL Development Corporation is appellant. Gaim-Ko, Inc. and Ray Gallegos are appellees.

2. South Padre Island Fishing Center, Inc., Dave Friedman, SRFP, Inc. and South Padre Island Fishing Center Joint Venture were parties-defendant that were dismissed in the district court and are not parties in the appeal.

3. Appellant and appellees jointly move to dismiss the appeal.

Page 1

Case 1:01-cv-00059   Document 61   Filed in TXSD on 12/09/2002   Page 3 of 3

Nc '27 02 08:44a   Paul L. Fourt, Jr.   956-574-0227   p.2
11-26-02  17:50   FROM-FLOOD FLOOD CORPUS CHRISTI   3616548879   T-007  P.04/05  F-816

Respectfully submitted,

*[signature]*

John Flood
Federal Bar No. 12593
State Bar No. 07155910
900 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, Texas 78470
(361) 654-8877
(361) 654-8879 (Facsimile)

**ATTORNEY IN CHARGE FOR APPELLEE CSL DEVELOPMENT, INC.**

*[signature]*

Paul Fourt
Federal Bar No. 19663
State Bar No. 00785874
1000 E. Van Buren
Brownsville, Texas 78520
(956) 574-0109
(956) 574-0227 (Facsimile)

**ATTORNEY IN CHARGE FOR APPELLANTS GAIM-KO, INC. AND RAY GALLEGOS**

Page 2